UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; ANGELA GILMORE; AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA; and EQUALITY NORTH CAROLINA,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK MCCRORY, in his official capacity as Governor of North Carolina; ROY COOPER III, in his official capacity as Attorney General of North Carolina; UNIVERSITY OF NORTH CAROLINA; BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA; and W. LOUIS BISSETTE, JR., in his official capacity as Chairman of the Board of Governors of the University of North Carolina,<br><br>*Defendants*. | No. 1:16-cv-236-TDS-JEP |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Chase B. Strangio of American Civil Liberties Union Foundation as counsel of record for the Plaintiffs in the above-captioned civil action.

Mr. Strangio certifies that he is an active member in good standing of the bar of the State of New York. Mr. Strangio further certifies that he understands that by

1

entering an appearance he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. Strangio is appearing in the above-captioned civil action in association with Christopher A. Brook of the American Civil Liberties Union for North Carolina Legal Foundation. Mr. Brook is an active member in good standing of the bar of this Court. Mr. Brook certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Brook further certifies he will be present during pretrial conferences, potentially dispositive proceedings and at trial.

Dated: April 5, 2016

Respectfully submitted,

| /s/ Chase B. Strangio | /s/ Christopher A. Brook |
|---|---|
| Chase B. Strangio* | Christopher A. Brook |
| Elizabeth O. Gill* | N.C. State Bar No. 33838 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | AMERICAN CIVIL LIBERTIES UNION FOR NORTH CAROLINA LEGAL FOUNDATION |
| 125 Broad St., 18th Fl. | Post Office Box 28004 |
| New York, NY 10004 | Raleigh, North Carolina 27611 |
| Telephone: 212-549-2627 | Telephone: 919-834-3466 |
| Facsimile: 212-549-2650 | Facsimile: 866-511-1344 |
| egill@aclunc.org | cbrook@acluofnc.org |
| cstrangio@aclu.org | |

Tara L. Borelli*
Peter C. Renn*
Kyle A. Palazzolo*
LAMBDA LEGAL DEFENSE
   AND EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 1070
Atlanta, GA 30308-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org
prenn@lambdalegal.org
kpalazzolo@lambdalegal.org

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d).