UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; H.S., by her next friend and mother, KATHRYN SCHAFER; ANGELA GILMORE; KELLY TRENT; BEVERLY NEWELL; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK MCCRORY, in his official capacity as Governor of North Carolina; UNIVERSITY OF NORTH CAROLINA; BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA; and W. LOUIS BISSETTE, JR., in his official capacity as Chairman of the Board of Governors of the University of North Carolina,<br><br>*Defendants*. | No. 1:16-cv-00236-TDS-JEP |

## **NOTICE OF SPECIAL APPEARANCE**

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Paul M. Smith of Jenner & Block, LLP, as counsel of record for the Plaintiffs in the above-captioned civil action.

Mr. Smith certifies that he is an active member in good standing of the bar of the States of Maryland and New York and of the District of Columbia. Mr. Smith further certifies that he understands that, by entering an appearance, he submits to the

1

disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. Smith is appearing in the above-captioned civil action in association with Christopher A. Brook of the American Civil Liberties Union for North Carolina Legal Foundation. Mr. Brook is an active member in good standing of the bar of this Court. Mr. Brook certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Brook further certifies he will be present during pretrial conferences, potentially dispositive proceedings and at trial.

\* \* \*

Dated: April 21, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Paul M. Smith | /s/ Christopher A. Brook |
| Paul M. Smith* | Christopher A. Brook |
| Luke C. Platzer* | N.C. State Bar No. 33838 |
| Mark P. Gaber* | AMERICAN CIVIL LIBERTIES UNION FOR |
| Lorenzo Di Silvio* |    NORTH CAROLINA LEGAL FOUNDATION |
| Nicholas W. Tarasen* | Post Office Box 28004 |
| Thomas D. Garza* | Raleigh, North Carolina 27611 |
| JENNER & BLOCK LLP | Telephone: 919-834-3466 |
| 1099 New York Avenue, N.W. | Facsimile: 866-511-1344 |
| Suite 900, Washington, DC 20001 | cbrook@acluofnc.org |
| Telephone: 202-639-6000 | |
| Facsimile: 202-639-6066 | Tara L. Borelli* |
| psmith@jenner.com | Peter C. Renn* |
| lplatzer@jenner.com | Kyle A. Palazzolo* |
| mgaber@jenner.com | LAMBDA LEGAL DEFENSE AND |
| ldisilvio@jenner.com |    EDUCATION FUND, INC. |
| ntarasen@jenner.com | 730 Peachtree Street NE, Suite 1070 |
| tgarza@jenner.com | Atlanta, GA 30308-1210 |
| | Telephone: 404-897-1880 |
| Elizabeth O. Gill* | Facsimile: 404-897-1884 |
| Chase B. Strangio* | tborelli@lambdalegal.org |
| AMERICAN CIVIL LIBERTIES UNION | prenn@lambdalegal.org |
|    FOUNDATION | kpalazzolo@lambdalegal.org |
| 125 Broad St., 18th Fl. | |
| New York, NY 10004 | |
| Telephone: 212-549-2627 | |
| Facsimile: 212-549-2650 | |
| egill@aclunc.org | |
| cstrangio@aclu.org | |

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).