UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; H.S., by her next friend and mother, KATHRYN SCHAFER; ANGELA GILMORE; KELLY TRENT; BEVERLY NEWELL; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK MCCRORY, in his official capacity as Governor of North Carolina; UNIVERSITY OF NORTH CAROLINA; BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA; and W. LOUIS BISSETTE, JR., in his official capacity as Chairman of the Board of Governors of the University of North Carolina,<br><br>*Defendants*. | No. 1:16-cv-00236-TDS-JEP |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

NOW COME Plaintiffs Joaquín Carcaño; Payton Grey McGarry; H.S., by her next friend and mother, Kathryn Schafer; and American Civil Liberties Union of North Carolina (collectively, "Plaintiffs"), by and through their attorneys, and move the Court pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Rule 65.1(b) for a preliminary injunction against Patrick McCrory, in his official capacity as Governor of

North Carolina; the University of North Carolina; the Board of Governors of the University of North Carolina; and W. Louis Bissette, Jr., in his official capacity as Chairman of the Board of Governors of the University of North Carolina (collectively "Defendants"). In support thereof, Plaintiffs state as follows:

1. On April 21, 2016, Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief (D.E. 9), alleging that Plaintiffs are entitled to relief from this Court for violations of their rights under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, *et seq.*; and for violations of their rights under the Fourteenth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983.

2. Plaintiffs seek a preliminary injunction enjoining Defendants, their officers, employees, and agents; all persons acting in active concert or participation with any Defendant, or under any Defendant's supervision, direction, or control; and all other persons within the scope of Federal Rule of Civil Procedure 65, from enforcing Part I of House Bill 2.

3. Federal Rule of Civil Procedure 65 provides for the issuance of a preliminary injunction under circumstances such as those that exist in the present case.

4. In support of this motion, Plaintiffs submit a Memorandum of Law, addressing all necessary elements for the entry of a preliminary injunction; declarations from Plaintiffs Joaquín Carcaño, Payton Grey McGarry, and H.S.; a declaration of Sarah Preston on behalf of Plaintiff American Civil Liberties Union of North Carolina; expert declarations of Deanna Adkins, M.D., Randi Ettner, Ph.D, Jonathan Routh, M.D., and

Assistant Chief of University Police Aran C. Mull; and declarations of Monica Walker and Luke C. Platzer; and exhibits to these declarations.

5. Plaintiffs seek leave to present oral argument in support of this Motion pursuant to Local Civil Rule 65.1(b).

WHEREFORE, for the foregoing reasons, and for those set forth in Plaintiffs' supporting memorandum of law, Plaintiffs respectfully move that the Court enter a preliminary injunction enjoining Defendants, their officers, employees, and agents; all persons acting in active concert or participation with any Defendant, or under any Defendant's supervision, direction, or control; and all other persons within the scope of Federal Rule of Civil Procedure 65, from enforcing Part I of House Bill 2.

∗ ∗ ∗

Dated: May 16, 2016                                          Respectfully submitted,

/s/ Christopher A. Brook
Christopher A. Brook                                         Jon W. Davidson*
N.C. State Bar No. 33838                                     Tara L. Borelli*
AMERICAN CIVIL LIBERTIES UNION FOR                           Peter C. Renn*
    NORTH CAROLINA LEGAL FOUNDATION      Kyle A. Palazzolo*
Post Office Box 28004                                        LAMBDA LEGAL DEFENSE AND
Raleigh, North Carolina 27611                                    EDUCATION FUND, INC.
Telephone: 919-834-3466                                      730 Peachtree Street NE, Suite 1070
Facsimile: 866-511-1344                                      Atlanta, GA 30308-1210
cbrook@acluofnc.org                                          Telephone: 404-897-1880
                                                             Facsimile: 404-897-1884
Elizabeth O. Gill*                                           jdavidson@lambdalegal.org
Chase B. Strangio*                                           tborelli@lambdalegal.org
AMERICAN CIVIL LIBERTIES UNION                               prenn@lambdalegal.org
    FOUNDATION                           kpalazzolo@lambdalegal.org
125 Broad St., 18th Fl.
New York, NY 10004                                           Paul M. Smith*
Telephone: 212-549-2627                                      Luke C. Platzer*
Facsimile: 212-549-2650                                      JENNER & BLOCK LLP
egill@aclunc.org                                             1099 New York Avenue, NW, Suite 900
cstrangio@aclu.org                                           Washington, D.C. 20001-4412
                                                             Telephone: 202-639-6000
                                                             Facsimile: 202-639-6066
                                                             psmith@jenner.com
                                                             lplatzer@jenner.com

*Counsel for Plaintiffs*

\*Appearing by special appearance pursuant to L.R. 83.1(d).

4

Case 1:16-cv-00236-TDS-JEP   Document 21   Filed 05/16/16   Page 4 of 5

# CERTIFICATE OF SERVICE

I, Christopher A. Brook, hereby certify that on May 16, 2016, I electronically filed Plaintiffs' Motion for Preliminary Injunction, as well as the Memorandum of Law, declarations, and exhibits thereto in support, with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

I also hereby certify that I caused the foregoing to be delivered via first-class and electronic mail to the following non CM/ECF participants:

    Robert C. Stephens
    General Counsel to the Governor
    Office of the General Counsel
    20301 Mail Service Center
    Raleigh, NC 27699
    bob.stephens@nc.gov
    *Counsel for Governor Patrick McCrory*

    Thomas C. Shanahan
    UNC General Administration
    P.O. Box 2688
    Chapel Hill, NC 27515-2688
    tcshanahan@northcarolina.edu
    *Counsel for University of North Carolina; Board of Governors of the University of North Carolina; and W. Louis Bissette, Jr., Chairman of the Board of Governors of the University of North Carolina*

                                      /s/ Christopher A. Brook
                                      Christopher A. Brook