```
              UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

| | |
|---|---|
| JOAQUÍN CARCAÑO, et al., | |
| Plaintiffs, | |
| v. | No. 1:16cv236 |
| PATRICK MCCRORY, et al., | |
| Defendants. | |

ORDER

On consideration of Plaintiffs' Amended, Unopposed Motion for Leave To File Excess Pages in Support of Their Motion for a Preliminary Injunction (Doc. 30), and for good cause shown,

IT IS ORDERED that Plaintiffs' unopposed motion for leave to submit their memorandum of law in support of their Motion for Preliminary Injunction which exceeds the court's local rule page limits is hereby GRANTED. The Clerk is directed to accept as filed the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction.

                                                /s/ Thomas D. Schroeder
                                            United States District Judge

May 19, 2016