**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

JOAQUIN CARCAÑO; PAYTON GREY
MCGARRY; H.S., by her next friend and
mother, KATHRYN SCHAFER; ANGELA
GILMORE; KELLY TRENT; BEVERLY
NEWELL; and AMERICAN CIVIL
LIBERTIES UNION OF NORTH
CAROLINA,
              Plaintiffs,

        v.

PATRICK MCCRORY, in his official
capacity as Governor of North Carolina;
UNIVERSITY OF NORTH CAROLINA;
BOARD OF GOVERNORS OF THE
UNIVERSITY OF NORTH CAROLINA;
and W. LOUIS BISSETTE, JR., in his
official capacity as Chairman of the Board
of the University of North Carolina,
              Defendants.

Case No. 1:16-cv-00236-TDS-JEP

## ORDER

    Having reviewed the unopposed motion to intervene and supporting documents, it

is hereby ORDERED that Phil Berger, in his official capacity as President pro tempore of

the North Carolina Senate, and Tim Moore, in his official capacity as Speaker of the

North Carolina House of Representatives, are permitted to intervene as defendants in this

case pursuant to Federal Rule of Civil Procedure 24.

                          _____
                          Hon. Thomas D. Schroeder
                          United States District Judge

Dated: _____ ___, 2016