# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOAQUÍN CARCAÑO, *et al.*,

        *Plaintiffs*,

v.

PATRICK MCCRORY, in his official capacity as Governor of North Carolina, *et al.*,

        *Defendants*.

Case No. 1:16-cv-00236

## UNC DEFENDANTS' SUPPLEMENTAL BRIEF ON THE SCOPE OF INJUNCTIVE RELIEF

The Plaintiffs' position on the scope of available relief confirms that the UNC Defendants are not necessary parties to this case. The *Carcaño* Plaintiffs have taken the position that this Court has the authority to facially invalidate H.B. 2 across North Carolina, as well as to issue a statewide injunction against the Governor and all subsidiary agencies (like community colleges), *see* Dkt. 109, at pp. 10, 16 n.9, while the Department of Justice has recognized that Title IX claims could appropriately be brought against the State of North Carolina itself, Dkt. 107, at p. 3. The Plaintiffs' positions confirm that there is no practical reason (in addition to no legal one) to force the UNC Defendants to continue defending litigation over the permissibility of enforcing a law concerning bathroom usage that the UNC Defendants did not enact, have never enforced, and have never threatened to enforce.

Dated:   August 12, 2016                          Respectfully submitted,

/s/ Carolyn C. Pratt                              /s/ Noel J. Francisco
Carolyn C. Pratt                                  Noel J. Francisco
NC Bar No. 38438                                  Glen D. Nager
The University of North Carolina                  John M. Gore
P.O. Box 2688                                     James M. Burnham
Chapel Hill, NC 27515                             JONES DAY
Tel: (919) 962-3406                               51 Louisiana Avenue NW
Fax: (919) 962-0477                               Washington, DC 20001
Email: ccpratt@northcarolina.edu                  Tel: (202) 879-3939
                                                  Fax: (202) 626-1700
                                                  Email: njfrancisco@jonesday.com

# CERTIFICATE OF SERVICE

    I certify that on August 12, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.


Dated:   August 12, 2016  /s/ Noel J. Francisco
Noel J. Francisco
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: njfrancisco@jonesday.com

*Counsel for the University of North Carolina, the Board of Governors of the University of North Carolina, and W. Louis Bissette, Jr., in his Official Capacity as Chairman of the Board of Governors of the University of North Carolina*