IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOAQUÍN CARCAÑO, *et al.*,

    *Plaintiffs*,

v.

PATRICK MCCRORY, in his official capacity as Governor of North Carolina, *et al.*,

    *Defendants*.

Case No. 1:16-cv-00236

## UNC DEFENDANTS' STATEMENT REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT

The University of North Carolina and President Margaret Spellings (collectively UNC Defendants) respectfully submit this statement in response to Plaintiffs' Second Amended Complaint. As Plaintiffs have already stated (Mot. for Leave to File Second Am. Compl. 4–5, ECF No. 116), Plaintiffs and the UNC Defendants have stipulated as follows:

1. The UNC Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 89) and the accompanying brief (ECF No. 90) operate against the Second Amended Complaint.

2. All arguments in the motion and brief concerning the Board of Governors of the University of North Carolina are now moot.

3. All arguments in the motion and brief concerning W. Louis Bissette, Jr., in his official capacity as Chairman of the Board of Governors are deemed to apply to Margaret Spellings in her official capacity as President of the University of North Carolina. *See* Reply in Support of Mot. to Dismiss 16, ECF No. 120.

Dated:   October 7, 2016                                                Respectfully submitted,

/s/ Carolyn C. Pratt                                                    /s/ Noel J. Francisco
Carolyn C. Pratt                                                        Noel J. Francisco
NC Bar No. 38438                                                        Glen D. Nager
The University of North Carolina                                        John M. Gore
P.O. Box 2688                                                           James M. Burnham
Chapel Hill, NC 27515                                                   JONES DAY
Tel: (919) 962-3406                                                     51 Louisiana Avenue NW
Fax: (919) 962-0477                                                     Washington, DC 20001
Email: ccpratt@northcarolina.edu                                        Tel: (202) 879-3939
                                                                        Fax: (202) 626-1700
                                                                        Email: njfrancisco@jonesday.com

*Counsel for the University of North Carolina and Margaret Spellings in her Official Capacity as President of the University of North Carolina*

# CERTIFICATE OF SERVICE

I certify that on October 7, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.


Dated: October 7, 2016

/s/ Noel J. Francisco
Noel J. Francisco
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: njfrancisco@jonesday.com

*Counsel for the University of North Carolina and Margaret Spellings in her Official Capacity as President of the University of North Carolina*