**EXHIBIT E**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

JOAQUÍN CARCAÑO *et al.*,

    Plaintiffs,

       *v.*

PATRICK MCCRORY *et al.*,

    Defendants

CASE NO. 1:16-CV-00236-TDS-JEP

---

UNITED STATES OF AMERICA,

    Plaintiff,

       *v.*

STATE OF NORTH CAROLINA *et al.*,

    Defendants

CASE NO. 1:16-CV-00425-TDS-JEP

## DECLARATION OF CATHERINE RYAN

I, Catherine Ryan, declare the following:

1.     I am a resident of North Carolina, over 18 years of age and make this Declaration upon my own personal knowledge.

2.     I am the North Carolina State Registrar and Director of North Carolina Vital Records which is part of the Department of Health and Human Services Division of Public Health.

3.     North Carolina Vital Records is responsible for registering all births, deaths, fetal deaths, marriages and divorces which occur in North Carolina.

4.    North Carolina Vital Records is also responsible for coding these events for statistical purposes, maintaining these records, and providing certified or uncertified copies to individuals, researchers and public health programs.

5.    Only certain persons may obtain certified copies of North Carolina birth certificates pursuant to N.C. Gen. Stat. § 130A-93.

6.    Any person can obtain an uncertified copy of another person's North Carolina birth certificate, except as provided in N.C. Gen. Stat. § 130A-93, if they provide, at a minimum, the registrant's name, father's name (if born in wedlock), mother's full maiden name, date of birth and place of birth.

7.    North Carolina birth certificates list a person's sex, unless it is not determined at the time of birth.

8.    Although some information on a birth certificate is specifically designated confidential by law, the sex designation is not among that confidential information.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this the 28th day of October, 2016.

_Catherine C. Ryan_
Catherine C. Ryan