# EXHIBIT F

# EXHIBIT H

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO *et al.*,<br><br>  Plaintiffs,<br><br>    *v.*<br><br>PATRICK MCCRORY *et al.*,<br><br>  Defendants | CASE NO. 1:16-CV-00236-TDS-JEP |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    *v.*<br><br>STATE OF NORTH CAROLINA *et al.*,<br><br>  Defendants | CASE NO. 1:16-CV-00425-TDS-JEP |

## <u>EXPERT DECLARATION OF Paul W Hruz, M.D., Ph.D</u>

1.     I have been retained by counsel for Defendants as an expert in connection with the above-captioned litigation. I have actual knowledge of the matters stated in this declaration.  My professional background, experience, and publications are detailed in my curriculum vitae, a true and accurate copy which is attached as Exhibit A to this declaration.  I received my doctor of philosophy degree from the Medical College of Wisconsin in 1993.  I received my medical degree from the Medical College of Wisconsin in 1994.  I am currently the Director of the Division of Pediatric Endocrinology and Diabetes at Washington University School of Medicine.

I served as the Director of the Pediatric Endocrinology Fellowship Program at Washington University from 2008-2016.

2.      I am board certified in Pediatrics and Pediatric Endocrinology.  I have been licensed to practice medicine in Missouri since 2000.

3.      My professional memberships include the American Academy of Pediatrics, the Pediatric Endocrine Society, the Endocrine Society, and the American Association for Biochemistry and Molecular Biology.

4.      I have extensive experience in treating infants and children with disorders of sexual development and am an active member of the multidisciplinary Disorders of Sexual Development (DSD) program at Washington University.  The DSD Team at Washington University is part of the DSD-Translational Research Network, a national multi-institutional research network that investigates the genetic causes and the psychologic consequences of DSD.

5.      In the nearly 20 years that I have been in clinical practice I have participated in the care of hundreds of children with disorders of sexual development including but not limited to congenital adrenal hyperplasia, 3β-hydroxysteroid dehydrogenase deficiency, partial and complete androgen insensitivity, 17-hydroxysteroid dehydrogenase deficiency, cloacal extrophy, aphallia, and Turner syndrome.

6.      In my role as the director of the Division of Pediatric Endocrinology at Washington University, I have extensively studied the existing literature related to the incidence, potential etiology and treatment of gender dysphoria as efforts were made to develop a Transgender clinic at Saint Louis Children's Hospital.  I have also participated in local and national meetings where the endocrine care of children with gender dysphoria has been discussed and debated.   Pediatric patients referred to our practice for the evaluation and treatment of gender dysphoria are cared

for by an interdisciplinary team of providers that includes a psychologist and pediatric endocrinologist who have been specifically chosen for this role based upon a special interest in this rare patient population. Due to serious concerns regarding the safety, efficacy, and ethics of the current treatment paradigm, I have not directly engaged in hormonal treatment of patients with gender dysphoria.

7.      My opinions as detailed in this declaration are based upon my knowledge and direct professional experience in the subject matters discussed.  The materials that I have relied upon are the same types of materials that other experts in my field of clinical practice rely upon when forming opinions on the subject.  A list of the sources I have relied on is attached as Exhibit B to this declaration.

8.      Over my career, I have provided expert medical record review and testified at deposition in less than a dozen cases.  I have never testified at trial and I have not been involved in any depositions in the past four years.

9.      I am being compensated at an hourly rate for actual time devoted, at the rate of $350 per hour.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.


**Basic Terminology**

10.     Biological sex is a term that specifically refers to a member of a species in relation to the member's capacity to either donate (male) or receive (female) genetic material for the purpose of reproduction.  This remains the standard definition that has been accepted and used by scientists, medical personnel, and society in general.

11.     Gender, a term that had traditionally been reserved for grammatical purposes, is currently used to describe the psychologic and cultural characteristics of a person in relation to biological sex.  Gender therefore exists in reference to societal perceptions, not biology.

12.     Gender identity refers to a person's individual perception of being male or female.

13.     Sexual orientation refers to a person's arousal and desire for sexual intimacy with members of the male or female sex.

**Human sexuality in relation to fundamental biology and observed variations**

14.     Sex is genetically encoded at the moment of conception due to the presence of specific DNA sequences (i.e. genes) that direct the production of signals that influence the formation of the gonad to develop either into a testis or ovary.  This genetic information is normally present on X and Y chromosomes.  Chromosomal sex refers to the normal complement of X and Y chromosomes (i.e. normal human males have one X and one Y chromosome whereas normal human females have two X chromosomes).  Genetic signals are mediated through the activation or deactivation of other genes and through programmed signaling of hormones and cellular transcription factors.  The default pattern of development in the absence of external signaling is female.  The development of the male appearance (phenotype) depends upon active signaling processes.

15.     For members of the human species, sex is normatively aligned in a binary fashion (i.e., either male or female) in relation to biologic purpose.  Medical designation of an individual as male or female is typically made at birth according to external phenotypic expression of primary sexual traits (i.e., presence of a penis for males and presence of labia and vagina for females).

16.     Due to genetic and hormonal variation in the developing fetus, normative development of the external genitalia in any individual differs with respect to size and appearance while maintaining an ability to function with respect to biologic purpose (i.e. reproduction).  Internal structures (e.g. gonad, uterus, vas deferens) normatively align with external genitalia.

17.     Reliance upon external phenotypic expression of primary sexual traits is a highly accurate means to assign biologic sex.  In over 99.9% of cases, this designation will correlate with internal sexual traits and capacity for normal biologic sexual function.

18.     Due the complexity of signals that are involved in normal sexual development, it is not surprising that a small number of individuals are born with defects in this process.  Defects can occur either through inherited or de novo mutations in genes that are involved in sexual determination or through environmental insults during critical states of sexual development. Persons who are born with such abnormalities are considered to have a disorder of sexual development (DSD).  Most often, this is first detected as ambiguity in the appearance of the external genitalia.

19.     Normal variation in external genital appearance (e.g. phallic size) does not alter the basic biologic nature of sex as a binary trait.  "Intersex" conditions represent disorders of normal development, not a third sex.

20.     Medical care of persons with DSDs is primarily directed toward identification of the etiology of the defect and treatment of any associated complications.  Similar to other diseases, tools such as the Prader scale are used to stage the severity of the deviation from normal.  In children with DSDs, characterization based upon phenotype alone does not reliably predict chromosomal sex nor does it necessarily correlate with potential for biological sexual function.

Decisions on initial sex assignment in these rare cases require detailed assessment by a team of expert medical providers.

21.     Standard medical practice in the treatment of persons with DSDs has evolved with growing understanding of the physical and psychologic needs and outcomes for affected individuals.  Previously, it was felt that a definitive sex assignment was necessary shortly after birth with the belief that this would allow patients with DSDs to best conform to the assigned sex.  Current practice is to defer sex assignment until the etiology of the disorder is determined and, if possible, a prediction can be made on likely biologic and psychologic outcomes. When this cannot be done with confidence, a presumptive sex assignment is made.   Factors used in making such decisions include chromosomal sex, phenotypic appearance of the external genitalia, and parental desires.  The availability of new information can in rare circumstances lead to sex reassignment.  Decisions on whether to surgically alter the external genitalia to align with sex are generally deferred until the patient is able to provide consent.


**Gender Dysphoria in relation to Biological Sex**

22.     Although gender usually aligns with biological sex, some individuals experience discordance in these distinct traits.  Specifically, biologic females may identify as males and biologic males may identify as females.  As gender by definition is distinct from biological sex, one's gender identity does not change a person's biological sex.

23.     Individuals who experience significant distress due to discordance between gender identity and sex are considered to have "gender dysphoria".  Although the prevalence of gender dysphoria has not been established by rigorous scientific analysis, estimates reported in in the DSM-V are between 0.005% to 0.014% for adult males and 0.002% to 0.003% for adult females.

Thus, gender dysphoria is a rare condition. It is currently unknown whether these estimates are falsely low due to under-reporting, or if changing societal acceptance of transgenderism and the growing number of medical centers providing medical intervention for gender dysphoria affects the number of persons who identify as transgender. Recent data suggests that the number of people seeking care for gender dysphoria is increasing with some estimates as high as 4-fold.

24. Most people with gender dysphoria have normally formed and functional sexual organs. The etiology of gender dysphoria in these persons remains to be identified. Theories include prenatal hormone exposure, genetic variation, and postnatal environmental influences. Based upon the currently available but incomplete dataset, it is likely that gender dysphoria is multifactorial with differing qualitative and quantitative influences in any given individual. There is strong evidence against the theory that gender identity is determined at or before birth and is unchangeable. This comes from identical twin studies where siblings share genetic complements and prenatal environmental exposure but have differing gender identities.

25. Further evidence that gender identity is not fixed comes from well established peer reviewed literature demonstrating that the vast majority (80-95%) of children who express gender dysphoria revert to a gender identity concordant with their biological sex by late adolescence. It is not known whether individuals with gender dysphoria persistence have differing etiologies or severity of precipitating factors compared to desisting individuals.

26. The limited emerging data has suggested structural and functional differences between brains from normal and transgender individuals. These data do not establish whether these differences are innate and fixed or acquired and malleable. The remarkable neuronal plasticity of the brain is known and has been studied extensively in gender-independent contexts related to health and disease, learning and behavior.

**Gender Ideology**

27.     The modern attempt to equate gender identity with sex is not based upon sound scientific principles but rather is based upon ideology fueled by advocacy.  Although worldviews among scientists and physicians, similar to society at large, differ, science is firmly grounded in physical reality not perception.  The inherent link between human sexual biology and teleology is self-evident and fixed.

28.     The claims of proponents of transgenderism, which include opinions such as "Gender defines who one is at his/her core" and "Gender is the only true determinant of sex" must be viewed in their proper philosophical context. There is no scientific basis for redefining sex on the basis of a person's psychological sense of 'gender'.  It is erroneous and potentially damaging to equate these opinions as established medical fact.

29.      The prevailing, constant and accurate designation of sex as a biological trait grounded in the inherent purpose of male and female anatomy and as manifested in the appearance of external genitalia at birth remains the proper scientific and medical standard.  Redefinition of what is normal based upon pathologic variation is not established medical fact.


**Potential Harm Related to Gender Dysphoria Treatments**

30.     The fundamental purpose of the practice of medicine is to treat disease and alleviate suffering.  An essential tenet of medical practice is to avoid doing harm in the process.   Due to the frequent lack of clear and definitive evidence on how to best accomplish this goal, treatment approaches can and do frequently differ among highly knowledgeable, competent, and caring physicians.

31.     Persons with gender dysphoria as delineated in the DSM-V experience significant psychological distress related to their condition with elevated risk of depression, suicide, and other morbidities.  Thus, attempts to provide effective medical care to affected persons are clearly warranted.

32.     Efforts to effectively treat persons with gender dysphoria require respect for the inherent dignity of those affected, sensitivity to their suffering, and maintenance of objectivity in assessing etiologies and long-term outcomes.  Desistance (i.e. reversion to gender identity concordant with sex) provides the greatest lifelong benefit and is the outcome in the majority of patients and should be maintained as a desired goal. Any intervention that interferes with the likelihood of resolution is unwarranted and potentially harmful.

33.     There is an urgent need for high quality controlled clinical research trials to determine ways to develop supportive dignity affirming social environments that maintain affirmation of biological reality.

34.     The Endocrine Society published in 2009 clinical guidelines for the treatment of gender dysphoric  patients which include temporary suppression of pubertal development of children with GnRH agonists (hormone blockers normally used for children experiencing precocious puberty) followed by hormonal treatments to induce the development of secondary sexual traits consistent with one's gender identity. This guideline was developed using the GRADE (Recommendations, Assessment, Development, and Evaluation) system for rating clinical guidelines.  As directly stated in the Endocrine Society publication, "the strength of recommendations and the quality of evidence was low or very low." According to the GRADE system, low recommendations indicate "Further research is very likely to have an important

impact on our confidence in the estimate of effect and is likely to change the estimate". Very low recommendations mean that "any estimate of effect is very uncertain".

35.     There is little or no data to support pubertal suppression as a safe or effective treatment for gender dysphoria in children or adolescents.  As noted, it is well established that 80-95% of children with gender dysphoria will resolve by the end of puberty without direct intervention to affirm transgender identity.   Unfavorable long-term psychiatric outcomes for transgender adults point to gender resolution following puberty as the best hope for gender dysphoric children and adolescents.

36.     In addition, treatment of gender dysphoric children with hormonal treatment (pubertal suppression and cross-hormone therapy) carries significant risk.  It is generally accepted, even by advocates of transgender hormone therapy, that hormonal treatment results in sterility which in many cases is irreversible.  Emerging data also show that treated patients have lower bone density which may lead to increased fracture risk later in life.  Other potential adverse effects include disfiguring acne, high blood pressure, weight gain, abnormal glucose tolerance, breast cancer, liver disease, thrombosis, and cardiovascular disease.

37.     Since strategies for the treatment of transgendered children as summarized by the Endocrine Society guidelines are relatively new, long-term outcomes are unknown.  Evidence presented as support for short term reductions in psychological distress following social transition in a "gender affirming" environment remains inconclusive. When considered apart from advocacy based agendas, multiple potential confounders are evident.   The most extensive long-term data on this question comes from the Dutch experience.  Although appropriate caution is warranted in extrapolating these outcomes with current treatments, adults who have undergone

social transition with or without surgical modification of external genitalia continue to have rates of depression and suicide far above the background population.

38.     With regard to public restrooms and other intimate facilities, there is no evidence to support social measures that promote or encourage gender transition as a medically necessary or effective treatment for gender dysphoria.  If anything, one might expect that such social affirmation measures would interfere with known rates of gender resolution. Any activity that encourages or perpetuates transgender persistence for those who would otherwise desist can cause significant harm, including permanent sterility, to these persons.  This is particularly concerning given that children are likely incapable of making informed consent to castrating treatments.

39.     There remains a significant and unmet need to better understand both the biological, psychological, and environmental basis for the manifestation of discordance of gender identity in affected individuals together with rigorous controlled investigation of long-term outcomes including adverse consequences of attempted intervention.  Uncontrolled social experimentation including the forced acceptance of altered norms for distinguishing persons according to biological sex is a potentially harmful and unscientific approach to dealing with this serious condition.


Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date:    _____08/09/2016_____

Signed:  _____Paul W H_____
                 Paul W. Hruz, M.D., Ph.D

# Hruz Sources

1.  Aitken, M., Steensma, T. D., Blanchard, R., VanderLaan, D. P., Wood, H., Fuentes, A., Spegg, C., Wasserman, L., Ames, M., Fitzsimmons, C. L., Leef, J. H., Lishak, V., Reim, E., Takagi, A., Vinik, J., Wreford, J., Cohen-Kettenis, P. T., de Vries, A. L., Kreukels, B. P., and Zucker, K. J. (2015) Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *J Sex Med* **12**, 756-763

2.  Aitken, M., VanderLaan, D. P., Wasserman, L., Stojanovski, S., and Zucker, K. J. (2016) Self-Harm and Suicidality in Children Referred for Gender Dysphoria. *J Am Acad Child Adolesc Psychiatry* **55**, 513-520

3.  American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders, 5th editon.

4.  Beek, T. F., Kreukels, B. P., Cohen-Kettenis, P. T., and Steensma, T. D. (2015) Partial Treatment Requests and Underlying Motives of Applicants for Gender Affirming Interventions. *J Sex Med* **12**, 2201-2205

5.  Blanchard, R., Zucker, K. J., Cohen-Kettenis, P. T., Gooren, L. J., and Bailey, J. M. (1996) Birth order and sibling sex ratio in two samples of Dutch gender-dysphoric homosexual males. *Arch Sex Behav* **25**, 495-514

6.  Blom, R. M., Hennekam, R. C., and Denys, D. (2012) Body integrity identity disorder. *PLoS One* **7**, e34702

7.  Bradley, S. J., Blanchard, R., Coates, S., Green, R., Levine, S. B., Meyer-Bahlburg, H. F., Pauly, I. B., and Zucker, K. J. (1991) Interim report of the DSM-IV Subcommittee on Gender Identity Disorders. *Arch Sex Behav* **20**, 333-343

8.  Bradley, S. J., Steiner, B., Zucker, K., Doering, R. W., Sullivan, J., Finegan, J. K., and Richardson, M. (1978) Gender identity problems of children and adolescents: the establishment of a special clinic. *Can Psychiatr Assoc J* **23**, 175-183

9.  Bradley, S. J., and Zucker, K. J. (1990) Gender identity disorder and psychosexual problems in children and adolescents. *Can J Psychiatry* **35**, 477-486

10. Bradley, S. J., and Zucker, K. J. (1997) Gender identity disorder: a review of the past 10 years. *J Am Acad Child Adolesc Psychiatry* **36**, 872-880

11. Carmel, T.C., Erickson-Schroth, L. (2016) Mental Health and the Transgender Population. *Psychiatr Ann.* **46(6)**: 346-349.

12. Cohen-Kettenis, P. T., Owen, A., Kaijser, V. G., Bradley, S. J., and Zucker, K. J. (2003) Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: a cross-national, cross-clinic comparative analysis. *J Abnorm Child Psychol* **31**, 41-53

13. Cohen-Kettenis, P. T., Schagen, S. E., Steensma, T. D., de Vries, A. L., and Delemarre-van de Waal, H. A. (2011) Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. *Arch Sex Behav* **40**, 843-847

14. Cohen-Kettenis, P. T., Steensma, T. D., and de Vries, A. L. (2011) Treatment of adolescents with gender dysphoria in the Netherlands. *Child Adolesc Psychiatr Clin N Am* **20**, 689-700

15. Cohen-Kettenis, P. T., Wallien, M., Johnson, L. L., Owen-Anderson, A. F., Bradley, S. J., and Zucker, K. J. (2006) A parent-report Gender Identity Questionnaire for Children: A cross-national, cross-clinic comparative analysis. *Clin Child Psychol Psychiatry* **11**, 397-405

16. Cretella, M. A. (2016) Gender Dysphoria in Children and Suppression of Debate. *J Am Phys & Surg* **21/2**.

17. Daniolos, P. T. (2013) Gender identity: on being versus wishing. *J Am Acad Child Adolesc Psychiatry* **52**, 569-571

18. Davis, G. (2015) Normalizing Intersex: The Transformative Power of Stories. *Narrat Inq Bioeth* **5**, 87-89

19. de Vries, A. L., Doreleijers, T. A., Steensma, T. D., and Cohen-Kettenis, P. T. (2011) Psychiatric comorbidity in gender dysphoric adolescents. *J Child Psychol Psychiatry* **52**, 1195-1202

20. de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., and Cohen-Kettenis, P. T. (2014) Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics* **134**, 696-704

21. de Vries, A. L., Steensma, T. D., Cohen-Kettenis, P. T., VanderLaan, D. P., and Zucker, K. J. (2016) Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: a cross-national, cross-clinic comparative analysis. *Eur Child Adolesc Psychiatry* **25**, 579-588

22. de Vries, A. L., Steensma, T. D., Doreleijers, T. A., and Cohen-Kettenis, P. T. (2011) Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med* **8**, 2276-2283

23. Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L., Langstrom, N., and Landen, M. (2011) Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PLoS One* **6**, e16885

24. Drescher, J. (2016) Gender Diagnoses in the DSM and ICD. *Psychiatr Ann.* 46(6): 350-354.

25. Drummond, K. D., Bradley, S. J., Peterson-Badali, M., and Zucker, K. J. (2008) A follow-up study of girls with gender identity disorder. *Dev Psychol* **44**, 34-45

26. Fang, A., Matheny, N. L., and Wilhelm, S. (2014) Body dysmorphic disorder. *Psychiatr Clin North Am* **37**, 287-300

27. First, M. B., and Fisher, C. E. (2012) Body integrity identity disorder: the persistent desire to acquire a physical disability. *Psychopathology* **45**, 3-14

28. Fitzgibbons, R.P., Sutton, P.M., O'Leary, D. (2009) The Psychopathology of "Sex Reassignment" Surgery Assessing Its Medical, Psychological, and Ethical Appropriateness. *Natl Catholic Bioethics Quarterly* **9.1**: 97-125.

29. Fridell, S. R., Zucker, K. J., Bradley, S. J., and Maing, D. M. (1996) Physical attractiveness of girls with gender identity disorder. *Arch Sex Behav* **25**, 17-31

30. Gu, J., and Kanai, R. (2014) What contributes to individual differences in brain structure? *Front Hum Neurosci* **8**, 262

31. Hembree, W. C., Cohen-Kettenis, P., Delemarre-van de Waal, H. A., Gooren, L. J., Meyer, W. J., 3rd, Spack, N. P., Tangpricha, V., Montori, V. M., and Endocrine, S. (2009) Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab* **94**, 3132-3154

32. Heylens, G., De Cuypere, G., Zucker, K. J., Schelfaut, C., Elaut, E., Vanden Bossche, H., De Baere, E., and T'Sjoen, G. (2012) Gender identity disorder in twins: a review of the case report literature. *J Sex Med* **9**, 751-757

33. Jurgensen, M., Kleinemeier, E., Lux, A., Steensma, T. D., Cohen-Kettenis, P. T., Hiort, O., Thyen, U., and Group, D. S. D. N. W. (2010) Psychosexual development in children with disorder of sex development (DSD)--results from the German Clinical Evaluation Study. *Journal of pediatric endocrinology & metabolism : JPEM* **23**, 565-578

34. King, C. D. (1945) The Meaning of Normal. *Yale J Biol Med* **17**, 493-501

35. Kranz, G. S., Hahn, A., Kaufmann, U., Kublbock, M., Hummer, A., Ganger, S., Seiger, R., Winkler, D., Swaab, D. F., Windischberger, C., Kasper, S., and Lanzenberger, R. (2014) White matter microstructure in transsexuals and controls investigated by diffusion tensor imaging. *J Neurosci* **34**, 15466-15475

Case 1:16-cv-00236-TDS-JEP   Document 173-6   Filed 08/29/16   Page 14 of 29

36. Kreukels, B. P., and Cohen-Kettenis, P. T. (2011) Puberty suppression in gender identity disorder: the Amsterdam experience. *Nature reviews. Endocrinology* **7**, 466-472

37. Kuhn, A., Bodmer, C., Stadlmayr, W., Kuhn, P., Mueller, M. D., and Birkhauser, M. (2009) Quality of life 15 years after sex reassignment surgery for transsexualism. *Fertil Steril* **92**, 1685-1689 e1683

38. Lawrence, A. A. (2006) Clinical and theoretical parallels between desire for limb amputation and gender identity disorder. *Arch Sex Behav* **35**, 263-278

39. Leibowitz, S. F., and Spack, N. P. (2011) The development of a gender identity psychosocial clinic: treatment issues, logistical considerations, interdisciplinary cooperation, and future initiatives. *Child Adolesc Psychiatr Clin N Am* **20**, 701-724

40. McDermid, S. A., Zucker, K. J., Bradley, S. J., and Maing, D. M. (1998) Effects of physical appearance on masculine trait ratings of boys and girls with gender identity disorder. *Arch Sex Behav* **27**, 253-267

41. Moore, E., Wisniewski, A., and Dobs, A. (2003) Endocrine treatment of transsexual people: a review of treatment regimens, outcomes, and adverse effects. *J Clin Endocrinol Metab* **88**, 3467-3473

42. Mustanski, B. S., Garofalo, R., and Emerson, E. M. (2010) Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. *Am J Public Health* **100**, 2426-2432

43. Olson, J., Forbes, C., and Belzer, M. (2011) Management of the transgender adolescent. *Archives of pediatrics & adolescent medicine* **165**, 171-176

44. Olson, K. R., Durwood, L., DeMeules, M., and McLaughlin, K. A. (2016) Mental Health of Transgender Children Who Are Supported in Their Identities. *Pediatrics* **137**, e20153223

45. Pasterski, V., Zucker, K. J., Hindmarsh, P. C., Hughes, I. A., Acerini, C., Spencer, D., Neufeld, S., and Hines, M. (2015) Increased Cross-Gender Identification Independent of Gender Role Behavior in Girls with Congenital Adrenal Hyperplasia: Results from a Standardized Assessment of 4- to 11-Year-Old Children. *Arch Sex Behav* **44**, 1363-1375

46. Perrin, E., Smith, N., Davis, C., Spack, N., and Stein, M. T. (2010) Gender variant and gender dysphoria in two young children. *J Dev Behav Pediatr* **31**, 161-164

47. Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., and Mimiaga, M. J. (2015) Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *J Adolesc Health* **56**, 274-279

48. Ristori, J., and Steensma, T. D. (2016) Gender dysphoria in childhood. *Int Rev Psychiatry* **28**, 13-20

49. Sadler, T. W., and Jan Langman. *Langman's Medical Embryology*. Philadelphia: Lippincott William & Wilkins, 2010. Print.

50. Schwarz, K., Fontanari, A. M., Mueller, A., Soll, B., da Silva, D. C., Salvador, J., Zucker, K. J., Schneider, M. A., and Lobato, M. I. (2016) Neural Correlates of Psychosis and Gender Dysphoria in an Adult Male. *Arch Sex Behav* **45**, 761-765

51. Sharon, N. (2016) Psychiatry's Role in Supporting Healthy Development in Gender Diverse Children. *Psychiatr Ann.* **46(6)**: 355-360.

52. Shumer, D. E., Nokoff, N. J., and Spack, N. P. (2016) Advances in the Care of Transgender Children and Adolescents. *Adv Pediatr* **63**, 79-102

53. Shumer, D. E., and Spack, N. P. (2013) Current management of gender identity disorder in childhood and adolescence: guidelines, barriers and areas of controversy. *Curr Opin Endocrinol Diabetes Obes* **20**, 69-73

54. Shumer, D. E., and Spack, N. P. (2015) Paediatrics: Transgender medicine--long-term outcomes from 'the Dutch model'. *Nat Rev Urol* **12**, 12-13

Case 1:16-cv-00425-TDS-JEP   Document 113-6   Filed 08/29/16   Page 15 of 29

55. Singh, D., McMain, S., and Zucker, K. J. (2011) Gender identity and sexual orientation in women with borderline personality disorder. *J Sex Med* **8**, 447-454

56. Spack, N. (2005) Transgenderism. *Med Ethics (Burlingt Mass)* **12**, 1-2, 12

57. Spack, N. P. (2013) Management of transgenderism. *JAMA* **309**, 478-484

58. Sperling, M. *Pediatric Endocrinology*. Philadelphia: Saunders, 1996. Print.

59. Steensma, T. D., Biemond, R., de Boer, F., and Cohen-Kettenis, P. T. (2011) Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clin Child Psychol Psychiatry* **16**, 499-516

60. Steensma, T. D., and Cohen-Kettenis, P. T. (2011) Gender transitioning before puberty? *Arch Sex Behav* **40**, 649-650

61. Steensma, T. D., and Cohen-Kettenis, P. T. (2015) More than two developmental pathways in children with gender dysphoria? *J Am Acad Child Adolesc Psychiatry* **54**, 147-148

62. Steensma, T. D., Kreukels, B. P., de Vries, A. L., and Cohen-Kettenis, P. T. (2013) Gender identity development in adolescence. *Horm Behav* **64**, 288-297

63. Steensma, T. D., McGuire, J. K., Kreukels, B. P., Beekman, A. J., and Cohen-Kettenis, P. T. (2013) Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry* **52**, 582-590

64. Tishelman, A. C., Kaufman, R., Edwards-Leeper, L., Mandel, F. H., Shumer, D. E., and Spack, N. P. (2015) Serving Transgender Youth: Challenges, Dilemmas and Clinical Examples. *Prof Psychol Res Pr* **46**, 37-45

65. Trumbull, D., Cretella, M. A., and Grossman, M. (2015) Puberty is not a disorder. *Pediatrics* **135**, e1366

66. van de Grift, T. C., Cohen-Kettenis, P. T., Steensma, T. D., De Cuypere, G., Richter-Appelt, H., Haraldsen, I. R., Dikmans, R. E., Cerwenka, S. C., and Kreukels, B. P. (2016) Body Satisfaction and Physical Appearance in Gender Dysphoria. *Arch Sex Behav* **45**, 575-585

67. VanderLaan, D. P., Blanchard, R., Wood, H., Garzon, L. C., and Zucker, K. J. (2015) Birth weight and two possible types of maternal effects on male sexual orientation: a clinical study of children and adolescents referred to a Gender Identity Service. *Dev Psychobiol* **57**, 25-34

68. Vanderlaan, D. P., Blanchard, R., Wood, H., and Zucker, K. J. (2014) Birth order and sibling sex ratio of children and adolescents referred to a gender identity service. *PLoS One* **9**, e90257

69. VanderLaan, D. P., Leef, J. H., Wood, H., Hughes, S. K., and Zucker, K. J. (2015) Autism spectrum disorder risk factors and autistic traits in gender dysphoric children. *J Autism Dev Disord* **45**, 1742-1750]

70. VanderLaan, D. P., Postema, L., Wood, H., Singh, D., Fantus, S., Hyun, J., Leef, J., Bradley, S. J., and Zucker, K. J. (2015) Do children with gender dysphoria have intense/obsessional interests? *J Sex Res* **52**, 213-219

71. Wallien, M. S., and Cohen-Kettenis, P. T. (2008) Psychosexual outcome of gender-dysphoric children. *J Am Acad Child Adolesc Psychiatry* **47**, 1413-1423

72. Williams, Robert Hardin., and P. Reed. Larsen. *Williams Textbook of Endocrinology*. Philadelphia, PA: Saunders, 2003. Print.

73. Wood, H., Sasaki, S., Bradley, S. J., Singh, D., Fantus, S., Owen-Anderson, A., Di Giacomo, A., Bain, J., and Zucker, K. J. (2013) Patterns of referral to a gender identity service for children and adolescents (1976-2011): age, sex ratio, and sexual orientation. *J Sex Marital Ther* **39**, 1-6

74. World Health Organization, International Classification of Diseases, 10th edition

75. Yang, S., Cranford, J. A., Li, R., Zucker, K. J., and Buu, A. (2015) A time-varying effect model for studying gender differences in health behavior. *Stat Methods Med Res*

76. Zucker, K. J. (1999) Gender identity disorder in the DSM-IV. *J Sex Marital Ther* **25**, 5-9

77. Zucker, K. J. (2002) Evaluation of sex- and gender-assignment decisions in patients with physical intersex conditions: a methodological and statistical note. *J Sex Marital Ther* **28**, 269-274

78. Zucker, K. J. (2002) Intersexuality and gender identity differentiation. *J Pediatr Adolesc Gynecol* **15**, 3-13

79. Zucker, K. J. (2004) Gender identity development and issues. *Child Adolesc Psychiatr Clin N Am* **13**, 551-568, vii

80. Zucker, K. J. (2005) Gender identity disorder in children and adolescents. *Annu Rev Clin Psychol* **1**, 467-492

81. Zucker, K. J. (2008) On the "natural history" of gender identity disorder in children. *J Am Acad Child Adolesc Psychiatry* **47**, 1361-1363

82. Zucker, K. J. (2010) The DSM diagnostic criteria for gender identity disorder in children. *Arch Sex Behav* **39**, 477-498

83. Zucker, K. J. (2010) Reports from the DSM-V Work Group on sexual and gender identity disorders. *Arch Sex Behav* **39**, 217-220

84. Zucker, K. J., Beaulieu, N., Bradley, S. J., Grimshaw, G. M., and Wilcox, A. (2001) Handedness in boys with gender identity disorder. *J Child Psychol Psychiatry* **42**, 767-776

85. Zucker, K. J., Bradley, S. J., Ben-Dat, D. N., Ho, C., Johnson, L., and Owen, A. (2003) Psychopathology in the parents of boys with gender identity disorder. *J Am Acad Child Adolesc Psychiatry* **42**, 2-4

86. Zucker, K. J., Bradley, S. J., Doering, R. W., and Lozinski, J. A. (1985) Sex-typed behavior in cross-gender-identified children: stability and change at a one-year follow-up. *J Am Acad Child Psychiatry* **24**, 710-719

87. Zucker, K. J., Bradley, S. J., and Hughes, H. E. (1987) Gender dysphoria in a child with true hermaphroditism. *Can J Psychiatry* **32**, 602-609

88. Zucker, K. J., Bradley, S. J., Kuksis, M., Pecore, K., Birkenfeld-Adams, A., Doering, R. W., Mitchell, J. N., and Wild, J. (1999) Gender constancy judgments in children with gender identity disorder: evidence for a developmental lag. *Arch Sex Behav* **28**, 475-502

89. Zucker, K. J., Bradley, S. J., Owen-Anderson, A., Kibblewhite, S. J., and Cantor, J. M. (2008) Is gender identity disorder in adolescents coming out of the closet? *J Sex Marital Ther* **34**, 287-290

90. Zucker, K. J., Bradley, S. J., Owen-Anderson, A., Kibblewhite, S. J., Wood, H., Singh, D., and Choi, K. (2012) Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. *J Sex Marital Ther* **38**, 151-189

91. Zucker, K. J., Bradley, S. J., and Sanikhani, M. (1997) Sex differences in referral rates of children with gender identity disorder: some hypotheses. *J Abnorm Child Psychol* **25**, 217-227

92. Zucker, K. J., Bradley, S. J., Sullivan, C. B., Kuksis, M., Birkenfeld-Adams, A., and Mitchell, J. N. (1993) A gender identity interview for children. *J Pers Assess* **61**, 443-456

93. Zucker, K. J., Finegan, J. K., Doering, R. W., and Bradley, S. J. (1984) Two subgroups of gender-problem children. *Arch Sex Behav* **13**, 27-39

94. Zucker, K. J., Green, R., Coates, S., Zuger, B., Cohen-Kettenis, P. T., Zecca, G. M., Lertora, V., Money, J., Hahn-Burke, S., Bradley, S. J., and Blanchard, R. (1997) Sibling sex ratio of boys with gender identity disorder. *J Child Psychol Psychiatry* **38**, 543-551

95. Zucker, K. J., Green, R., Garofano, C., Bradley, S. J., Williams, K., Rebach, H. M., and Sullivan, C. B. (1994) Prenatal gender preference of mothers of feminine and masculine boys: relation to sibling sex composition and birth order. *J Abnorm Child Psychol* **22**, 1-13

96. Zucker, K. J., Lawrence, A. A., and Kreukels, B. P. (2016) Gender Dysphoria in Adults. *Annu Rev Clin Psychol* **12**, 217-247

97. Zucker, K. J., and Wood, H. (2011) Assessment of gender variance in children. *Child Adolesc Psychiatr Clin N Am* **20**, 665-680

98. Zucker, K. J., Wood, H., Wasserman, L., VanderLaan, D. P., and Aitken, M. (2016) Increasing Referrals for Gender Dysphoria. *J Adolesc Health* **58**, 693-694

# Curriculum Vitae

## Paul W. Hruz, MD, PhD

Date:        August 9, 2016

## Personal Information

Date of birth: November 22, 1965
Place of birth: WI
Citizenship:   USA

## Address and Telephone Numbers

University:                Washington University School of Medicine
                           Department of Pediatrics
                           Division of Endocrinology and Diabetes
                           660 South Euclid Avenue, Campus Box 8208
                           St. Louis, MO 63110
                           Phone: 314-286-2797
                           Fax: 314-286-2892
                           email: hruz_p@kids.wustl.edu

## Present Position

Associate Professor of Cell Biology and Physiology
Associate Professor of Pediatrics
Division Director, Pediatric Endocrinology and Diabetes

## Education and Training

| | |
|---|---|
| 1987 | B.S., Chemistry, Marquette University, Milwaukee, WI |
| 1993 | Ph.D., Biology and Physiology, Medical College of Wisconsin, Milwaukee, WI |
| 1994 | M.D., Medicine, Medical College of Wisconsin, Milwaukee, WI |
| 1994 - 1997 | Pediatric Residency, University of Washington - Pediatric , Seattle, Washington |
| 1997 - 2000 | Pediatric Endocrinology Fellowship, Washington University - Pediatric , Saint Louis, MO |

## Academic Positions and Employment

| | |
|---|---|
| 1996 - 1997 | Locum Tenens Physician, Group Health of Puget Sound Eastside Hospital, Group Health of Puget Sound Eastside Hospital, Seattle , WA |
| 2000 - 2003 | Instructor of Pediatrics, Washington University, St. Louis, MO |
| 2003 - 2011 | Assistant Professor of Pediatrics, Washington University, St. Louis, MO |

1

| 2004 - 2011 | Assistant Professor of Cell Biology and Physiology, Washington University, St. Louis, MO |
| 2011 - Pres | Associate Professor of Pediatrics, Washington University, St. Louis, MO |
| 2011 - Pres | Associate Professor of Cell Biology and Physiology, Washington University, St. Louis, MO |
| 2012 - Pres | Division Director, Pediatric Endocrinology and Diabetes, Washington University, St. Louis, MO |

**Appointments and Committees**

NIH Study Sections:

| 2005 | NIH- NIDDK Special Emphasis Panel ZDK1 GRB-6 (Non-Standing Member) |
| 2009 | NIH- ACE Competitive Revisions ZRG1 AARR-H (95) S (Non-Standing Member) |
| 2009 | NIH- AIDS and AIDS Related Research IRG (Standing Member) |
| 2011 | NIH- Pediatric Endocrinologist K12 ZDK1 GRB-C (Non-Standing Member) |
| 2014 | NIH- Special Emphasis Panel ZRG1 BBBPY 58 (Non-Standing Member) |
| 2014 | NIH- AIDS and AIDS Related Research IRG (Standing Member) |
| 2015 | NIH- Cardiovascular and Respiratory Sciences Special Emphasis Panel ZDK1 GRB-J (02) (Non-Standing Member) |
| 2015 | NIH- NIDDK Special Emphasis Panel ZRG1 CVRS-Q (80) (Non-Standing Member) |

University Affiliations:

| 2008 - Pres | Director, Pediatric Endocrinology & Diabetes Fellowship Program |
| 2010 - Pres | Pediatric Computing Facility Advisory Committee |
| 2012 - Pres | Disorders of Sexual Development Interdisciplinary Care Program |
| 2012 - Pres | Director, Division of Pediatric Endocrinology & Diabetes |
| 2014 - Pres | Research Consultant, ICTS Research Forum - Child Health |
| 2014 - Pres | Director, Pediatric Diabetes Research Consortium |

Hospital Affiliations:

| 2000 - Pres | Attending Physician, St. Louis Children's Hospital |

Thesis Committees (* Chair)

| | | Advisor |
|---|---|---|
| 2008 - 2011 | Kelly Diggs-Andrews | Simon Fisher |
| 2008 - 2010 | Irwin Puentes | Simon Fisher |
| 2008 - 2010 | Tony Frovola | Kelle Moley |
| 2009 - 2010 | Lauren Flessner | Kelle Moley |
| 2010 - 2012 | Katie Boehle | Kelle Moley |
| 2010 - 2013 | Candace Reno* | Simon Fisher |
| 2011 -Pres | Thomas Kraft | Paul Hruz |
| 2013 - 2015 | Chi Lun Pui | Audrey Odom |
| 2013 -Pres | Leah Imlay | Audrey Odom |
| 2014 -Pres | Anne Robinson | Katie Henzler-Wildman |

2

2015 -Pres    Allyson Mayer                    Brian DeBosch

Scholarship Oversight Committees
2013 -Pres    Brittany Knipsein (Advisor: David Rudnick)

## Licensure and Certifications

1997 - 2016    Board Certified in General Pediatrics
2000 - 2014    MO State License #2000155004
2001 - Pres    Board Certified in Pediatric Endocrinology & Metabolism

## Honors and Awards

1987          National Institute of Chemists Research and Recognition Award
1987          Phi Beta Kappa
1987          Phi Lambda Upsilon (Honorary Chemical Society)
1988          American Heart Association Predoctoral Fellowship Award
1994          Alpha Omega Alpha
1994          Armond J. Quick Award for Excellence in Biochemistry
1994          NIDDK/Diabetes Branch Most Outstanding Resident
1998          Pfizer Postdoctoral Fellowship Award
2002          Scholar, Child Health Research Center of Excellence in Developmental
              Biology at Washington University
2013          Julio V Santiago, M.D. Scholar in Pediatrics

## Editorial Responsibilities

Editorial Boards:
2014 - Pres    Endocrinology and Metabolism Clinics of North America

Ad Hoc Reviewer:
              AIDS
              AIDS Research and Human Retroviruses
              American Journal of Pathology
              American Journal of Physiology
              British Journal of Pharmacology
              Circulation Research
              Clinical Pharmacology & Therapeutics
              Comparative Biochemistry and Physiology
              Diabetes
              Experimental Biology and Medicine
              Future Virology
              Journal of Antimicrobial Chemotherapy
              Journal of Biological Chemistry
              Journal of Clinical Endocrinology & Metabolism
              Journal of Molecular and Cellular Cardiology
              Obesity Research

3

**Professional Societies and Organizations**

1992 - 2004   American Medical Association
1994 - 2005   American Academy of Pediatrics
1995 - 2014   American Association for the Advancement of Science
1998 - Pres   American Diabetes Association
1998 - Pres   Endocrine Society
1999 - Pres   Pediatric Endocrine Society
2004 - Pres   American Society for Biochemistry and Molecular Biology
2004 - Pres   Society for Pediatric Research
2004 - 2007   American Chemical Society
2005 - Pres   Full Fellow of the American Academy of Pediatrics
2013 - Pres   International Society for Pediatric and Adolescent Diabetes

**Major Invited Professorships and Lectures**

2002   St. Louis Children's Hospital, Pediatric Grand Rounds, St. Louis, MO
2004   National Disease Research Interchange, Human Islet Cell Research Conference, Philadelphia, PA
2004   NIDA-NIH Sponsored National Meeting on Hormones, Drug Abuse and Infections, Bethesda, MD
2005   The Collaborative Institute of Virology, Complications Committee Meeting, Boston, MA
2005   University of Indiana, Endocrine Grand Rounds, Indianapolis, IN
2006   Metabolic Syndrome Advisory Board Meeting, Bristol-Meyers Squibb, Pennington, NJ
2007   American Heart Association and American Academy of HIV Medicine State of the Science Conference: Initiative to Decrease Cardiovascular Risk and Increase Quality of Care for Patients Living with HIV/AIDS, Chicago, IL
2007   Medical College of Wisconsin, MSTP Annual Visiting Alumnus Lecture, Milwaukee, WI
2007   St Louis Children's Hospital, Pediatric Grand Rounds, St Louis, MO
2007   University of Arizona, Minority Access to Research Careers Seminar, Tucson AZ
2008   Boston University, Division of Endocrinology, Diabetes and Nutrition, Boston, MA
2009   St Louis Children's Hospital, Pediatric Grand Rounds, St Louis, MO
2010   American Diabetes Association Scientific Sessions, Symposium Lecture Orlando, FL
2010   University of Missouri Kansas City, School of Biological Sciences, Kansas City, MO
2011   Life Cycle Management Advisory Board Meeting, Bristol-Myers Squibb, Chicago, IL
2013   St Louis Children's Hospital, Pediatric Grand Rounds, St Louis MO
2013   St Louis Children's Hospital CPU Lecture, St Louis MO

2014        Pediatric Academic Societies Meeting, Vancouver, Canada, May 5, 2014
2014        American Diabetes Association 74th Scientific Sessions, San Francisco,
            CA, June 13, 2014

**Consulting Relationships and Board Memberships**

1996 - 2012    Consultant, Bristol Myers Squibb
1997 - 2012    Consultant, Gilead Sciences

**Research Support**

Governmental Support
R01 (Hruz)                              9/20/2009 - 5/31/2014 (NCE)
NIH
Direct Effects of Antiretroviral Therapy on Cardiac Energy Homeostasis
The goal of this project is to characterize the influence of antiretroviral therapies on
myocardial energy homeostasis and to elucidate how these changes in substrate
delivery adversely affect cardiac function in the stressed heart.
Role: Principal Investigator

R01 (Hruz)                              4/1/2007 - 1/31/2012 (NCE)
NIH
Mechanisms for Altered Glucose Homeostasis During HAART
The goal of this project is to identify the cellular targets of HIV protease inhibitors that
lead to peripheral insulin resistance, impaired beta-cell function, and alterations in
hepatic glucose production and to elucidate the molecular mechanisms of these effects.
Role: Principal Investigator

Non-Governmental Support
Research Program (Hruz)                 6/1/2009 - 5/31/2012 (NCE)
MOD
Regulation of GLUT4 Intrinsic Activity
The major goals of this project are to investigate the ability of the GLUT4 tethering
protein TUG and an UBL-domain containing N-terminal fragment of this protein to alter
the intrinsic activity of the insulin responsive facilitative glucose transporter, to determine
whether protein ubiquitination influences this association, and to characterize the role of
the GLUT4 binding site on the modulation of glucose transport.
Role: Principal Investigator

(Hruz)                                  3/9/2010 - 6/8/2011 (NCE)
Bristol-Myers Squibb
Protective Effect of Saxagliptin on a Progressive Deterioration of Cardiovascular
Function
Role: Principal Investigator

(Hruz)
Gilead Pharma

5

Novel HIV Protease Inhibitors and GLUT4
Role: Principal Investigator

II (Hruz)                                    2/1/2008 - 1/31/2011 (NCE)
CDI
Insulin Resistance and Myocardial Glucose Metabolism in Pediatric Heart Failure
Role: Co-Principal Investigator

Completed Support
R01 Student Supp (Hruz)                      6/10/2009 - 8/31/2011
NIH
Mechanisms for Altered Glucose Homeostasis During HAART

II (Hruz)                                    2/1/2012 - 1/31/2015
CDI
Solution-State NMR Structure and Dynamics of Facilitative Glucose Transport Proteins


**Past Trainees**
2002 - 2002   Nishant Raj- Undergraduate Student (Other)
              Study area: Research
2003 - 2004   Johann Hertel (Medical Student)
              Study area: Research
              Present position: Assistant Professor, University of North Carolina, Chapel
              Hill, NC
2003          John Paul Shen (Medical Student)
              Study area: Research
2004 - 2005   Carl Cassel- High School Student (Other)
              Study area: Research
2004 - 2004   Christopher Hawkins- Undergraduate Student (Other)
              Study area: Research
2004 - 2004   Kaiming Wu- High School Student (Other)
              Study area: Research
2005          Helena Johnson (Graduate Student)
2005          Jeremy Etzkorn (Medical Student)
              Study area: Research
              Present position: Assistant Professor, University of Pennsylvania
2006          Ramon Jin (Graduate Student)
              Study area: Research
2006          Taekyung Kim (Graduate Student)
              Study area: Research
2007 - 2008   Kai-Chien Yang (Graduate Student)
              Study area: Research
              Present position: Postdoctoral Research Associate, University of Chicago
2007          Paul Buske (Graduate Student)
              Study area: Research
              Present position: Postdoctoral Fellow, UCSF, San Francisco CA

2007        Randy Colvin (Medical Student)
            Study area: Research
2007 - 2007 Jan Freiss- Undergraduate Student (Other)
            Study area: Research
2008 - 2011 Arpita Vyas, MD (Clinical Fellow)
            Study area: Research
            Present position: Assistant Professor, Michigan State University, Lansing
            MI
2008 - 2009 Candace Reno (Graduate Student)
            Study area: Research
            Present position: Research Associate, University of Utah
2008        Temitope Aiyejorun (Grad Student)
            Study area: Research
2008 - 2012 Dennis Woo- Undergraduate Student (Other)
            Study area: Research
            Present position: MSTP Student, USC, Los Angeles CA
2009        Stephanie Scherer (Grad Student)
            Study area: Research
2009        Anne-Sophie Stolle- Undergraduate Student (Other)
            Study area: Research
2009 - 2009 Matthew Hruz- High School Student (Other)
            Study area: Research
            Present position: Computer Programmer, Consumer Affairs, Tulsa OK
2010        Constance Haufe- Undergraduate Student (Other)
            Study area: Research
2010 - 2011 Corinna Wilde- Undergraduate Student (Other)
            Study area: Researcher
2010 - 2010 Samuel Lite- High School Student (Other)
            Study area: Research
2011 - 2011 Amanda Koenig- High School Student (Other)
            Study area: Research
2011 - 2012 Lisa Becker- Undergraduate Student (Other)
2011 - 2011 Melissa Al-Jaoude- High School Students (Other)
2002 - 2010 Joseph Koster, PhD (Postdoc Fellow)
            Study area: Research
2005        Dominic Doran, DSc (Postdoctoral Fellow)
            Study area: HIV Protease Inhibitor Effects on Exercise Tolerance
            Present position: Faculty of Science, Liverpool John Moores Institute
2014 - 2014 David Hannibal (Clinical Research Trainee)
2010 - 2014 Lauren Flessner, PhD (Postdoctoral Fellow)
            Present position: Instructor, Syracuse University
2011 - 2016 Thomas Kraft (Graduate Student)
            Study Area: Glucose transporter structure/function
            Present position: Postdoctoral Fellow, Roche, Penzberg, Germany

7

## Clinical Responsibilities

General Pediatrician, General Pediatric Ward Attending: 2-4 weeks per year, St. Louis Children's Hospital
Pediatric Endocrinologist, Endocrinology Night Telephone Consult Service: Average of 2-6 weeks/per year, St. Louis Children's Hospital
Pediatric Endocrinologist, Inpatient Endocrinology Consult Service: 4-6 weeks per year, St. Louis Children's Hospital
Pediatric Endocrinologist, Outpatient Endocrinology Clinic: Approximately 50 patient visits per month, St. Louis Children's Hospital

## Teaching Responsibilities

Facilitator, Biology 5011- Ethics and Research Science, 6 hours/year
Facilitator, Cell Biology Graduate Student Journal Club, 4 hour/year
Facilitator, Discussion: Pituitary, Growth & Gonadal Cases, 2 hours/year
Facilitator, Medical Student Endocrinology and Metabolism Course, Small group
Lecturer, Cell Signaling Course, Diabetes module, 3 hours/year
Lecturer, Markey Course-Diabetes Module
Lecturer, Medical Student Growth Lecture (Women and Children's Health Rotation): Variable
Lecturer, Metabolism Clinical Rounds/Research Seminar: Presentations twice yearly
Lecturer, Pediatric Endocrinology Journal Club: Presentations yearly

## Publications

1. Hruz, P. W., Narasimhan, C., Miziorko, H. M. (1992). 3-Hydroxy-3-methylglutaryl coenzyme A lyase: affinity labeling of the Pseudomonas mevalonii enzyme and assignment of cysteine-237 to the active site. *Biochemistry*, 31 (29), 6842-7 PubMed: 1637819.
2. Hruz, P. W., Miziorko, H. M. (1992). Avian 3-hydroxy-3-methylglutaryl-CoA lyase: sensitivity of enzyme activity to thiol/disulfide exchange and identification of proximal reactive cysteines. *Protein Sci*, 1 (9), 1144-53. PMCID: PMC2142181 PubMed: 1304393.
3. Mitchell, G. A., Robert, M. F., Hruz, P. W., Wang, S., Fontaine, G., Behnke, C. E., Mende-Mueller, L. M., Schappert, K., Lee, C., Gibson, K. M., Miziorko, H. M. (1993). 3-Hydroxy-3-methylglutaryl coenzyme A lyase (HL). Cloning of human and chicken liver HL cDNAs and characterization of a mutation causing human HL deficiency. *J Biol Chem*, 268 (6), 4376-81 PubMed: 8440722.
4. Hruz, P. W., Anderson, V. E., Miziorko, H. M. (1993). 3-Hydroxy-3-methylglutaryldithio-CoA: utility of an alternative substrate in elucidation of a role for HMG-CoA lyase's cation activator. *Biochim Biophys Acta*, 1162 (1-2), 149-54 PubMed: 8095409.
5. Roberts, J. R., Narasimhan, C., Hruz, P. W., Mitchell, G. A., Miziorko, H. M. (1994). 3-Hydroxy-3-methylglutaryl-CoA lyase: expression and isolation of the recombinant

human enzyme and investigation of a mechanism for regulation of enzyme activity. *J Biol Chem*, 269 (27), 17841-6 PubMed: 8027038.

6. Hruz, P. W., Mueckler, M. M. (1999). Cysteine-scanning mutagenesis of transmembrane segment 7 of the GLUT1 glucose transporter. *J Biol Chem*, 274 (51), 36176-80 PubMed: 10593902.

7. Murata, H., Hruz, P. W., Mueckler, M. (2000). The mechanism of insulin resistance caused by HIV protease inhibitor therapy. *J Biol Chem*, 275 (27), 20251-4 PubMed: 10806189.

8. Hruz, P. W., Mueckler, M. M. (2000). Cysteine-scanning mutagenesis of transmembrane segment 11 of the GLUT1 facilitative glucose transporter. *Biochemistry*, 39 (31), 9367-72 PubMed: 10924131.

9. Hruz, P. W., Mueckler, M. M. (2001). Structural analysis of the GLUT1 facilitative glucose transporter (review). *Mol Membr Biol*, 18 (3), 183-93 PubMed: 11681785.

10. Hruz, P. W., Murata, H., Mueckler, M. (2001). Adverse metabolic consequences of HIV protease inhibitor therapy: the search for a central mechanism. *Am J Physiol Endocrinol Metab*, 280 (4), E549-53 PubMed: 11254460.

11. Murata, H., Hruz, P. W., Mueckler, M. (2002). Investigating the cellular targets of HIV protease inhibitors: implications for metabolic disorders and improvements in drug therapy. *Curr Drug Targets Infect Disord*, 2 (1), 1-8 PubMed: 12462148.

12. Hruz, P. W., Murata, H., Qiu, H., Mueckler, M. (2002). Indinavir induces acute and reversible peripheral insulin resistance in rats. *Diabetes*, 51 (4), 937-42 PubMed: 11916910.

13. Murata, H., Hruz, P. W., Mueckler, M. (2002). Indinavir inhibits the glucose transporter isoform Glut4 at physiologic concentrations. *AIDS*, 16 (6), 859-63 PubMed: 11919487.

14. Koster, J. C., Remedi, M. S., Qiu, H., Nichols, C. G., Hruz, P. W. (2003). HIV protease inhibitors acutely impair glucose-stimulated insulin release. *Diabetes*, 52 (7), 1695-700. PMCID: PMC1403824 PubMed: 12829635.

15. Liao, Y., Shikapwashya, O. N., Shteyer, E., Dieckgraefe, B. K., Hruz, P. W., Rudnick, D. A. (2004). Delayed hepatocellular mitotic progression and impaired liver regeneration in early growth response-1-deficient mice. *J Biol Chem*, 279 (41), 43107-16 PubMed: 15265859.

16. Shteyer, E., Liao, Y., Muglia, L. J., Hruz, P. W., Rudnick, D. A. (2004). Disruption of hepatic adipogenesis is associated with impaired liver regeneration in mice. *Hepatology*, 40 (6), 1322-32 PubMed: 15565660.

17. Hertel, J., Struthers, H., Horj, C. B., Hruz, P. W. (2004). A structural basis for the acute effects of HIV protease inhibitors on GLUT4 intrinsic activity. *J Biol Chem*, 279 (53), 55147-52. PMCID: PMC1403823 PubMed: 15496402.

18. Yan, Q., Hruz, P. W. (2005). Direct comparison of the acute in vivo effects of HIV protease inhibitors on peripheral glucose disposal. *J Acquir Immune Defic Syndr*, 40 (4), 398-403. PMCID: PMC1360159 PubMed: 16280693.

19. Hruz, P. W. (2006). Molecular Mechanisms for Altered Glucose Homeostasis in HIV Infection. *Am J Infect Dis*, 2 (3), 187-192. PMCID: PMC1716153 PubMed: 17186064.

20. Turmelle, Y. P., Shikapwashya, O., Tu, S., Hruz, P. W., Yan, Q., Rudnick, D. A. (2006). Rosiglitazone inhibits mouse liver regeneration. *FASEB J*, 20 (14), 2609-11 PubMed: 17077279.

21. Hruz, P. W., Yan, Q. (2006). Tipranavir without ritonavir does not acutely induce peripheral insulin resistance in a rodent model. *J Acquir Immune Defic Syndr*, 43 (5), 624-5 PubMed: 17133213.

22. Hruz, P. W., Yan, Q., Struthers, H., Jay, P. Y. (2008). HIV protease inhibitors that block GLUT4 precipitate acute, decompensated heart failure in a mouse model of dilated cardiomyopathy. *FASEB J*, 22 (7), 2161-7 PubMed: 18256305.

23. Hruz, P. W. (2008). HIV protease inhibitors and insulin resistance: lessons from in-vitro, rodent and healthy human volunteer models. *Curr Opin HIV AIDS*, 3 (6), 660-5. PMCID: PMC2680222 PubMed: 19373039.

24. Flint, O. P., Noor, M. A., Hruz, P. W., Hylemon, P. B., Yarasheski, K., Kotler, D. P., Parker, R. A., Bellamine, A. (2009). The role of protease inhibitors in the pathogenesis of HIV-associated lipodystrophy: cellular mechanisms and clinical implications. *Toxicol Pathol*, 37 (1), 65-77. PMCID: PMC3170409 PubMed: 19171928.

25. Tu, P., Bhasin, S., Hruz, P. W., Herbst, K. L., Castellani, L. W., Hua, N., Hamilton, J. A., Guo, W. (2009). Genetic disruption of myostatin reduces the development of proatherogenic dyslipidemia and atherogenic lesions in Ldlr null mice. *Diabetes*, 58 (8), 1739-48. PMCID: PMC2712781 PubMed: 19509018.

26. Guo, W., Wong, S., Pudney, J., Jasuja, R., Hua, N., Jiang, L., Miller, A., Hruz, P. W., Hamilton, J. A., Bhasin, S. (2009). Acipimox, an inhibitor of lipolysis, attenuates atherogenesis in LDLR-null mice treated with HIV protease inhibitor ritonavir. *Arterioscler Thromb Vasc Biol*, 29 (12), 2028-32. PMCID: PMC2783673 PubMed: 19762785.

27. Vyas, A. K., Koster, J. C., Tzekov, A., Hruz, P. W. (2010). Effects of the HIV protease inhibitor ritonavir on GLUT4 knock-out mice. *J Biol Chem*, 285 (47), 36395-400. PMCID: PMC2978568 PubMed: 20864532.

28. Gazit, V., Weymann, A., Hartman, E., Finck, B. N., Hruz, P. W., Tzekov, A., Rudnick, D. A. (2010). Liver regeneration is impaired in lipodystrophic fatty liver dystrophy mice. *Hepatology*, 52 (6), 2109-17. PMCID: PMC2991544 PubMed: 20967828.

29. Hresko, R. C., Hruz, P. W. (2011). HIV protease inhibitors act as competitive inhibitors of the cytoplasmic glucose binding site of GLUTs with differing affinities for GLUT1 and GLUT4. *PLoS One*, 6 (9), e25237. PMCID: PMC3179492 PubMed: 21966466.

30. Vyas, A. K., Yang, K. C., Woo, D., Tzekov, A., Kovacs, A., Jay, P. Y., Hruz, P. W. (2011). Exenatide improves glucose homeostasis and prolongs survival in a murine model of dilated cardiomyopathy. *PLoS One*, 6 (2), e17178. PMCID: PMC3040766 PubMed: 21359201.

31. Hruz, P. W., Yan, Q., Tsai, L., Koster, J., Xu, L., Cihlar, T., Callebaut, C. (2011). GS-8374, a novel HIV protease inhibitor, does not alter glucose homeostasis in cultured adipocytes or in a healthy-rodent model system. *Antimicrob Agents Chemother*, 55 (4), 1377-82. PMCID: PMC3067185 PubMed: 21245443.

32. Hruz, P. W. (2011). Molecular mechanisms for insulin resistance in treated HIV-infection. *Best Pract Res Clin Endocrinol Metab*, 25 (3), 459-68. PMCID: PMC3115529 PubMed: 21663839.

33. Remedi, M. S., Agapova, S. E., Vyas, A. K., Hruz, P. W., Nichols, C. G. (2011). Acute sulfonylurea therapy at disease onset can cause permanent remission of KATP-induced diabetes. *Diabetes*, 60 (10), 2515-22. PMCID: PMC3178299

Case 1:16-cv-00236-TDS-JEP   Document 173-6   Filed 08/29/16   Page 27 of 29

PubMed: 21813803.

34. Aerni-Flessner, L., Abi-Jaoude, M., Koenig, A., Payne, M., Hruz, P. W. (2012). GLUT4, GLUT1, and GLUT8 are the dominant GLUT transcripts expressed in the murine left ventricle. *Cardiovasc Diabetol*, 11, 63. PMCID: PMC3416696 PubMed: 22681646.

35. Vyas, A. K., Aerni-Flessner, L. B., Payne, M. A., Kovacs, A., Jay, P. Y., Hruz, P. W. (2012). Saxagliptin Improves Glucose Tolerance but not Survival in a Murine Model of Dilated Cardiomyopathy. *Cardiovasc Endocrinol*, 1 (4), 74-82. PMCID: PMC3686315 PubMed: 23795310.

36. Hresko, R. C., Kraft, T. E., Tzekov, A., Wildman, S. A., Hruz, P. W. (2014). Isoform-selective Inhibition of Facilitative Glucose Transporters: Elucidation of the Molecular Mechanism of HIV Protease Inhibitor Binding. *J Biol Chem*, 289 (23), 16100-16113. PMCID: PMC4047383 PubMed: 24706759.

37. Mishra, R. K., Wei, C., Hresko, R. C., Bajpai, R., Heitmeier, M., Matulis, S. M., Nooka, A. K., Rosen, S. T., Hruz, P. W., Schiltz, G. E., Shanmugam, M. (2015). In Silico Modeling-based Identification of Glucose Transporter 4 (GLUT4)-selective Inhibitors for Cancer Therapy. *J Biol Chem*, 290 (23), 14441-53 PubMed: 25847249.

38. Kraft, T. E., Hresko, R. C., Hruz, P. W. (2015). Expression, purification, and functional characterization of the insulin-responsive facilitative glucose transporter GLUT4. *Protein Sci* PubMed: 26402434.

39. Kraft, T. E., Armstrong, C., Heitmeier, M. R., Odom, A. R., Hruz, P. W. (2015). The Glucose Transporter PfHT1 Is an Antimalarial Target of the HIV Protease Inhibitor Lopinavir. *Antimicrob Agents Chemother*, 59 (10), 6203-9. PMCID: PMC4576095 PubMed: 26248369.

40. DeBosch, B. J., Heitmeier, M. R., Mayer, A. L., Higgins, C. B., Crowley, J. R., Kraft, T. E., Chi, M., Newberry, E. P., Chen, Z., Finck, B. N., Davidson, N. O., Yarasheski, K. E., Hruz, P. W., Moley, K. H. (2016). Trehalose inhibits solute carrier 2A (SLC2A) proteins to induce autophagy and prevent hepatic steatosis. *Sci Signal*, 9 (416), ra21 PubMed: 26905426.

41. Hresko, R. C., Kraft, T. E., Quigley, A., Carpenter, E. P., Hruz, P. W. (2016) Mammalian glucose transporter activity is dependent upon anionic and conical phospholipids. *J Biol Chem*, 2016 Jun 14. PubMed: 27302065.

**Invited Publications**

1. Hruz, P. W., Mueckler, M. M. (2001). Structural analysis of the GLUT1 facilitative glucose transporter (review). *Mol Membr Biol*, 18 (3), 183-93 PubMed: 11681785.

2. Hruz, P. W., Murata, H., Mueckler, M. (2001). Adverse metabolic consequences of HIV protease inhibitor therapy: the search for a central mechanism. *Am J Physiol Endocrinol Metab*, 280 (4), E549-53 PubMed: 11254460.

3. Murata, H., Hruz, P. W., Mueckler, M. (2002). Investigating the cellular targets of HIV protease inhibitors: implications for metabolic disorders and improvements in drug therapy. *Curr Drug Targets Infect Disord*, 2 (1), 1-8 PubMed: 12462148.

4. Hruz, P. W. (2006). Molecular Mechanisms for Altered Glucose Homeostasis in HIV Infection. *Am J Infect Dis*, 2 (3), 187-192. PMCID: PMC1716153 PubMed: 17186064.

5. Grunfeld, C., Kotler, D. P., Arnett, D. K., Falutz, J. M., Haffner, S. M., Hruz, P.,

Masur, H., Meigs, J. B., Mulligan, K., Reiss, P., Samaras, K., Working, Group 1 (2008). Contribution of metabolic and anthropometric abnormalities to cardiovascular disease risk factors. *Circulation*, 118 (2), e20-8. PMCID: PMC3170411 PubMed: 18566314.

6. Hruz, P. W. (2008). HIV protease inhibitors and insulin resistance: lessons from in-vitro, rodent and healthy human volunteer models. *Curr Opin HIV AIDS*, 3 (6), 660-5. PMCID: PMC2680222 PubMed: 19373039.

7. Flint, O. P., Noor, M. A., Hruz, P. W., Hylemon, P. B., Yarasheski, K., Kotler, D. P., Parker, R. A., Bellamine, A. (2009). The role of protease inhibitors in the pathogenesis of HIV-associated lipodystrophy: cellular mechanisms and clinical implications. *Toxicol Pathol*, 37 (1), 65-77. PMCID: PMC3170409 PubMed: 19171928.

8. Hruz, P. W. (2011). Molecular mechanisms for insulin resistance in treated HIV-infection. *Best Pract Res Clin Endocrinol Metab*, 25 (3), 459-68. PMCID: PMC3115529 PubMed: 21663839.

9. Hruz, P.W. (2014). HIV and endocrine disorders. *Endocrinol Metab Clin North Am*, 43 (3), xvii–xviii PubMed: 25169571.

**Book Chapters (most recent editions)**

1. Henderson KE, Baranski TJ, Bickel PE, Clutter PE, Clutter WE, McGill JB "Endocrine Disorders in HIV/AIDS ." *The Washington Manual Endocrinology Subspecialty Consult.* Philadelphia, PA: Lippincott Williams and Wilkins, 2008. 321-328.

12