**EXHIBIT H**

# EXHIBIT J

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> PATRICK MCCRORY *et al.*, <br><br> Defendants | CASE NO. 1:16-CV-00236-TDS-JEP |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> *v.* <br><br> STATE OF NORTH CAROLINA *et al.*, <br><br> Defendants | CASE NO. 1:16-CV-00425-TDS-JEP |

## DECLARATION OF ALLAN M. JOSEPHSON, M.D.

1.     I have been retained by counsel for Defendants as an expert witness in connection with the above-captioned litigation.  I have actual knowledge of the matters stated in this declaration.  My professional background, experience, and publications are detailed in my curriculum vitae, a true and accurate copy which is attached as Exhibit A to this declaration.

2.     I received my medical degree (M.D.) from the University of Alberta in 1976, after which I did residencies in psychiatry and child and adolescent psychiatry at the University of Minnesota. I served on the faculties of medicine at the University of Minnesota and Medical College of Georgia before assuming my current position at the University of Louisville.

3.　　I am currently Professor and Chief of Child, Adolescent and Family Psychiatry at the University of Louisville School Of Medicine, where I also hold position of CEO of the Bingham Clinic.

4.　　I am board certified in psychiatry and child and adolescent psychiatry. I have been licensed to practice medicine in the past in Minnesota and Georgia and in Kentucky since 2003.

5.　　In my career I have evaluated, treated, and consulted with approximately 35 transgender young people. These contacts have been among approximately 15,000 patients I have seen with psychiatric concerns in outpatient, inpatient, medical wards, residential treatment centers, schools, detention centers, and private psychotherapy offices. Many of these evaluations included assessments of the child's family.

6.　　I am a member of the American Psychiatric Association (Distinguished Life Fellow), American Academy of Child and Adolescent Psychiatry, Group for the Advancement of Psychiatry, American Medical Association, and the American College of Psychiatrists.

7.　　My opinions as detailed in this declaration are based upon my knowledge and direct professional experience in the subject matters discussed. The materials that I have relied upon are the same types of materials that other experts in my field rely upon when forming opinions. A list of sources relied upon is attached as Exhibit B to this declaration.

8.　　In the past four years I have testified as an expert for a trial or deposition in the following matters: *Bruscato, Vito v. Gwinnett-Rockdale-Newton Community Service Board, Superior Court of Gwinnett County State of Georgia*, Civil Action No. 04-A-5858-3 (Dekalb County Superior Court); *Landry, Lisa and Landry Michael v. Damond Logsdon, Ph.D.*, Civil Action No. 14EV002151F (Fulton County Superior Court).

9.     I am being compensated at an hourly rate for actual time devoted, at the rate of $350 per hour.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## Sex and Gender Defined

10.     Sex is the term used to categorize individuals on the basis of their ability to procreate, and thus continue the human race.  It is an objective fact based on the science of genetics and leads to a binary recognition of all humans, male and female.  The chromosomal complement is XX for female and XY for male. It is a binary organization of humankind and it is fixed/immutable.

11.     In disease there are extremely rare variations of genetic expression referred to as intersex conditions or disorders of sexual development (DSD), such as congenital adrenal hyperplasia.  These diseases can lead to difficulty identifying the correct sex at birth due to ambiguous genitalia.

12.     Gender (often used interchangeably with gender identity) refers to a person's basic sense or awareness of themselves as male or female.  It includes the knowledge that one is male or female and an emotional appraisal of this knowledge.  Gender is a psychological construct and by definition cannot be present at birth, but rather evolves throughout development.  It is culturally and societally influenced.

## Gender Development

13.     The processes of human development are sequential, moving from the simple to the complex. Each stage of development is related to the previous one and prepares for the successive one.

14.     Over decades of psychological work and research, the tasks of the following general developmental stages are accepted. The healthy child must learn to:

- trust other human beings;
- accept the boundary between self and others, especially the boundary of limits on one's behavior;
- socialize and relate to others;
- acquire specific facts and skills to be applied to life experience (e.g., academic tasks);
- develop a sense of self or self-identity: understanding what activities an individual is suited for, including male and female roles.

15.     Children and adolescents have individual temperaments that are shaped into identity by environmental experience, typically family experiences. The external inputs from family and others become consolidated into an internal sense of self.

16.     Whereas sex is a biological fact rooted in genetics, gender is a psychological construct or perception which begins with the fact of sex and then is developed through the experiences of life. Thus, efforts to determine or assign gender at the time of birth are unfounded and by definition impossible.

17.     Gender identity refers to an individual's personal sense of self as male or female. In the vast majority of cases, it is concordant with an individual's biological sex and remains stable over the lifetime. It initially develops early in life, around the ages 3 to 4, and is continually shaped and modified by interactions with the environment, typically family and parental influences.

18.     The concept of gender identity first developed from the work of clinicians in the 1950s working with children born with disorders of sexual development (i.e., physical inspection of the genitalia at the time of birth made it difficult to determine if a child was male or female).

4

# Gender Incongruity

19.     In the vast majority of individuals, gender identity, generally established in childhood, is consistent with biological sex and remains stable.

20.     Gender conformity exists for most children with play and playmate preferences. Rarely some children exhibit evidence of gender non-conformity. Gender non-conformity refers to behaviors or preferences that do not conform to those typical of the child's sex. Gender non-conformity does not necessarily indicate psychological pathology; there are healthy, well-adjusted boys who like to play with dolls and girls who like to climb trees.

21.     Gender Dysphoria is a diagnostic term that characterizes a person's sense of discomfort or unease about his or her status as a male or female. The diagnostic criteria for gender dysphoria in children and adolescents are set forth in DSM 5 (302.85) as follows:

    A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by at least two of the following:

        1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated sex characteristics).
        2. A strong desire to be rid of one's primary/and or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).
        3. A strong desire for the primary and/or secondary sex characteristics of the other gender.
        4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).
        5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).
        6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

    B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

5

22.     Prior to DSM-5 (the psychiatric diagnostic manual), the diagnosis of Gender Identity Disorder was used to describe individuals with gender incongruence. This was unacceptable to some and became controversial. The key area of controversy was over the degree to which the diagnostic criteria for gender identity disorder reflected an illness or social bias against gender incongruence.

23.     This controversy led to the decision to remove "disorder" as a definitional component of the diagnosis of gender dysphoria.  It remained a disorder only for the affects (distress) associated with the experience of gender discordance (commonly known as transgenderism These affects were primarily seen as deriving from bias and social ostracism by proponents of the revision

24.     Changes in diagnostic nomenclature in this area were not initiated through the result of scientific information but rather the result of cultural changes fueling political interest groups within professional organizations.  The diagnosis remained in the current diagnostic manual in part to facilitate continued access to mental health care.

25.     Among psychiatrists, it remains a matter of debate whether gender incongruence reflects a psychopathology or a variant of normal human functioning with concomitant psychiatric distress.

26.     Longitudinal studies of pre-pubertal children, including those without mental health treatment, indicate that for the majority of children studied, cross-gender wishes or desires typically fade over time and do not persist into adulthood. Studies range from approximately 65% to 95% of youth no longer being gender incongruent by late adolescence.

27.     When gender discordance continues well into adolescence, it is more likely to continue into adulthood.

28.     When gender discordance remits, it is thought to be due to increased cognitive flexibility, meaning that as children mature they can realize they can still be a boy or girl despite their behavior varying from conventional gender roles and norms.

29.     The etiology of transgender behavior is not definitively known, but almost all psychiatric disorders are heavily influenced by the early years of development.

30.     Putative biological factors have included genetics, differences in central nervous system lateralization and abnormal EEG findings, but findings have been inconsistent and inconclusive. It should be noted that these findings are of a correlational nature with causation unproven. At the present time, research has been unable to identify a clear biological anomaly associated with gender discordance. What can be said is biological influences, as in most psychiatric disorders, are likely influential but not all determinant.

31.     Healthy identification with (i.e., "becoming like") the same-sex parent is an important part of child development. When this does not take place, individual parental factors and parent relationship factors are typically responsible and the impact on a child's developing identity is significant. For example, a major impact of father absence and father psychopathology is seen in many adolescent clinical problems. The extent to which it influences gender discordance is not known and is an area of needed research.

32.     Familial psychopathology is common. Control studies have shown an increased incidence of parental psychopathology in boys with gender discordance although a causal relationship cannot be definitively established.

33.     Gender incongruent youth typically have other problems, referred to in the literature as comorbidities—most often anxiety, depression and suicidal thinking. A recent large-scale study showed that children with gender dysphoria were much more likely to have self-harm ideation,

7

suicidal thinking, depression, overall significantly increased behavior problems and poor peer relations.

## Treatment

34.    There is a paucity of research data on the treatment of gender discordance,, particularly in children and adolescents.  There are no controlled studies assigning youth to either psychological intervention or medical intervention groups.

35.    It is known that the majority of children and youth who identify as transgender will cease/desist by late adolescents with conservative treatment.

36.    Children are not equipped psychologically to make many important life decisions and thus are gradually transitioned into making these decisions themselves – "the external becomes internal."

37.    It is an abdication of parental responsibility to allow a child to "decide for themselves" regarding key life decisions. On the other hand sensitivity, flexibility and wisdom are necessary in facilitating a trial-and-error approach as the child reaches the age of emancipation.

38.    The consequences of a decision to change genders are dire and often permanent, and cannot be fully appreciated until young adulthood. These include social, medical, and psychiatric consequences.  It is important for the parents to provide empathic guidance to aid adolescent decision-making.

39.    It is unlikely that most adolescents understand the effects of hormone treatments and potential effects on fertility.

40.    Considering the dire risks of psychopathology, suicidal behavior, peer rejection, and the known risks of transition treatment and lifelong hormone use, including permanent sterility, combined with the likelihood that gender discordance will remit (desist) by the end of puberty, a

8

thorough exploration of contributing factors and empathic guidance in aligning gender with natal sex is indicated.

41.     Children and adolescents should receive individual therapy to understand some of the factors that fuel the desire to become a member of the opposite sex and attempt to resolve any conflicts and problems rather than solely be affirmed in the belief that they were born in the "wrong body."

42.     In psychiatry, a delusion is defined as a fixed, false belief which is held despite clear evidence to the contrary. In psychiatric practice, patients with the common diagnosis of anorexia nervosa have the false belief that they are overweight ("fat") in spite of overwhelming evidence of their cachexia. Similarly, those who are gender incongruent believe they are of the opposite sex despite clear and overwhelming evidence to the contrary.

43.     Parents should receive guidance/counseling to help a child feel more comfortable about being a girl or boy. This would include assisting the child in mastering basic cognitive concepts of gender, encouraging the development of same-sex friendships in areas where mutual interest can be identified, and empathic limit-setting on cross-gender behavior with the encouragement of gender-neutral or sex-typical behavior. It is important for parents to be sensitive to the child's temperamental characteristics while structuring the child's experience in planning and encouraging peer group encounters.

44.     This approach has support in the clinical guidelines literature. However, there is a paucity of randomized, controlled treatment trials in the literature. Given this lack of evidence, the knowledge that the condition remits by young adulthood and the dire risks of a gender incongruence position, a conservative, development-enhancing therapeutic approach is indicated.

9

45.     An assessment of family functioning, including assessment of parental psychopathology is indicated.

46.     The adolescent must always be affirmed as a person but this does not imply an immediate rush to affirmation of a transgender adolescent choice before the issues are explored. This is consistent with parental approaches to all the major life decisions of adolescents and is a necessary parental executive function to counter adolescent cognitive impulsivity.

### Conclusion

47.     As culture influences psychiatry more and more, there is increasing confusion between defending the rights of patients versus treating these patients. This is manifested in viewing gender dysphoria in terms of rights needing defending rather than a psychiatric condition needing compassionate and scientifically accurate treatment. This view does not serve our patients well.

48.     Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:     _August 11, 2016_

Signed:     _Allan M. Josephson, M.D._
                Allan M. Josephson, M.D.

**Exhibit B**

**Bibliography for Expert Allan M. Josephson, M.D.**

Adelson, S. (Primary Author). Practice Parameter on Gay, Lesbian, or Bisexual Oriention, Gender Nonconformity, and Gender Discordance in Children and Adolescents. J Am Acad Child Adolesc, 2012: 51:957-974.

Aitken, M et al. Self Harm and Suicidality in Children Referred for Gender Dysphoria. J Am Acad Child Adolesc Psychiatry, 2016, 55:513-520. . J Am Acad Child Adolesc Psychiatry, 2016, 55:513-520.

Bockting W.O. Vulnerability and Resilience Among Gender-Non Conforming Children and Adolescents: Mental Health Professionals Have a Key Role to Play. J Am Acad Child Adolesc Psychiatry, 2016, 55:441-443.

Cretella, M.A. Gender Dysphoria in Children and Suppression of Debate. Journal of American Physicians and Surgeons, 2016, 21:50-54.

Dhejne, C. et al. Long Term Follow Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2):e16885. DOI: 10.1371/journal.pone.0016885

Gottman, J. Raising an Emotionally Intelligent Child: The Heart of Parenting. Simon and Schuster, New yrk

Josephson, A. M . (Primary Author). Practice Parameter for the Assessment of the Family. American Academy of Child and Adolescent Psychiatry, Official Action. J Am Acad Child Adolesc Psychiatry, 2007, 46:922-937.

Josephson, A. M. Family Intervention as a Developmental  Psychodynamic Therapy. Child and Adolesc Psych Clin N Am, 2013, 22:241-260.

Masten, Ann. Ordinary Magic: Resilience in Development. The Guilford Press, 2014, New York.

Rettew, D. Child Temperament: New Thinking About the Boundary Between Traits and Illness. W.W.Norton, 2013, New York.

Sameroff A.(ed.) The Transactional Model of Developmentt: How Children and Contexts Shape Each Other. American Psychological Association, 2009, Washington, D.C.

Schechner, T. Gender  Identity Disorder: A literature review from a Developmental Perspective. Isr J Pschiatry Relat Sci (2010) 47: 132-138.

Smith, M.K. and Matthews, B. Treatment for gender dysphoria in children: the new legal, ethical and clinical landscape. Med Jnl of Australia, 2015, 202: 102-105.

Wallien, M. and Cohen-Kettenis, P. Psychosexual Outcome of Gender Dysphoric Children. J Am Acad Child and Adolesc Psychiatry, 2008, 47: 1413-1423.

Zucker, K. and Bradley, S. Gender Identity and Psychosexual Disorders. FOCUS: The Journal of Llifelong Learning in Psychiatry, 2005: Vol. III (4): 598-617.

Zucker K. et al. Psychopathology in the Parents of Boys with Gender Identity Disorder. J Am Acad Child Adolesc Psychiatry, 2003, 42:2-4.

# CURRICULUM VITAE

Allan M. Josephson, M.D.
Professor of Pediatrics and Psychiatry
Departments of Pediatrics and Psychiatry and Behavioral Sciences
University of Louisville School of Medicine

Director, Division of Child, Adolescent, and Family Psychiatry
University of Louisville School of Medicine

Chief Executive Officer
Bingham Clinic
Louisville, Kentucky

Bingham Clinic
200 East Chestnut Street
Louisville, Kentucky 40202-3869
502-852-1022
fax: 502-852-1055
email: allan.josephson@louisville.edu

## PERSONAL

Social Security:       XXX-XX-7327

Home Address:          7903 Bent Pine Court
                       Prospect, Ky. 40059

Home Telephone:        502-292-2816

Date of Birth:         November 19, 1951

Place of Birth:        Vancouver, British Columbia, Canada

Citizenship:           United States (naturalized)

Marital Status:        June 28, 1974
                       Jerral Bauman Josephson

Children:              Sarah (12/17/80)
                       Matthew (7/20/83)
                       Rachel (7/5/88)

## EDUCATION

1974            B.M. Sc. (Psychology/Sociology), University of Alberta, Edmonton, Alberta, Canada

1976            M.D., University of Alberta, Edmonton, Alberta

## POSTDOCTORAL TRAINING

1976 - 1980      Resident in Psychiatry, Department of Psychiatry, University of Minnesota Medical School, Minneapolis, Minnesota

1979 - 1980      Chief Resident, Department of Psychiatry, University of Minnesota

1979 - 1981      Fellow in Child and Adolescent Psychiatry, Division of Child and Adolescent Psychiatry, University of Minnesota Medical School, Minneapolis, Minnesota

## LICENSURE AND CERTIFICATION

1976            Licentiate of the Medical College of Canada

1977            National Board of Medical Examiners

1978-1988        State of Minnesota Physicians and Surgeons

1982            American Board of Psychiatry and Neurology (#23615)

1982            Royal College of Physicians and Surgeons (Canada) in Psychiatry

1983            American Board of Psychiatry and Neurology in Child Psychiatry (#1739)

1985-2003        State of Georgia Physicians and Surgeons License (#028019)

2003            State of Kentucky (#37853)

## ACADEMIC APPOINTMENTS

1981 - 1983      Instructor, Division of Child and Adolescent Psychiatry, Department of Psychiatry, University of Minnesota

1983 - 1985      Clinical Assistant Professor, Department of Psychiatry, University of Minnesota Medical School, Minneapolis, Minnesota

1985 - 1994      Associate Professor of Psychiatry, Medical College of Georgia, Department of Psychiatry and Health Behavior

1994 - 2002      Professor of Psychiatry, Medical College of Georgia, Department of Psychiatry and Health Behavior

| | |
|---|---|
| 2003 - 2012 | Professor of Psychiatry, University of Louisville School of Medicine, Louisville, Kentucky |
| 2003 -2012 | Associate in Pediatrics, University of Louisville School of Medicine, Louisville, Kentucky |
| 2012 | Professor of Pediatrics, University of Louisville School of Medicine, Louisville, Kentucky |
| 2012 | Associate in Psychiatry, University of Louisville School of Medicine, Louisville, Kentucky |

## CLINICAL / ADMINISTRATIVE APPOINTMENTS

| | |
|---|---|
| 1978 – 1979 | Psychiatric consultant to Hennepin County Adult Correction Facility, Minneapolis, Minnesota |
| 1981- 1982 | Staff Psychiatrist, Outpatient Services, Division of Child and Adolescent Psychiatry, University of Minnesota Hospitals, September |
| 1982 – 1983 | Attending Staff Psychiatrist, Adolescent Psychiatry Diagnostic and Treatment Unit, University of Minnesota Hospitals |
| 1983 – 1985 | Medical Director, Kiel Clinics, St. Paul, Edina and Fridley, Minnesota |
| 1985 – 1990 | Medical Director, Child and Adolescent Program, Georgia Regional Hospital at Augusta |
| 1986 – 2002 | Director of Training, Child and Adolescent Psychiatry Fellowship Program, Medical College of Georgia |
| 1990 – 1991 | Acting Chief, Division of Child, Adolescent and Family Psychiatry, Medical College of Georgia |
| 1991 – 2002 | Chief, Division of Child, Adolescent and Family Psychiatry, Medical College of Georgia |
| 1997 – 2000 | Director of Clinical Services, Department of Psychiatry and Health Behavior, Medical College of Georgia |
| 2003 – Present | Chief, Division of Child and Adolescent Psychiatry, Department of Psychiatry and Behavioral Sciences, University of Louisville School of Medicine |
| 2003 – 2012 | Vice Chair for Child and Adolescent Programs, Department of Psychiatry and Behavioral Sciences, University of Louisville School of Medicine |
| 2003 – Present | Chief Executive Officer, Bingham Clinic, Louisville, Kentucky |

## COMMITTEE ASSIGNMENTS

**Local**:

| | |
|---|---|
| 1980 - 1982 | Clinical Clerkship Committee, University of Minnesota Medical School |
| 1984 - 1985 | University of Minnesota Child Psychiatry Fellowship Training Committee |
| 1986 - 1990 | Augusta Area Coalition for Children and Youth, Member |
| 1986 - 1990 | Patient Care Review Committee, Medical College of Georgia |
| 1986 - 1990 | Residency Education Committee, Medical College of Georgia |
| 1986 - 2002 | Chair, Training Committee in Child Psychiatry, Medical College of Georgia |
| 1986 - 1993 | Chair, Medical Student Education in Child Psychiatry and Member, Department of Psychiatry Medical Student Education Committee |
| 1990 - 1991 | Member, Advisory Council to Medical College of Georgia, Department of Pediatrics, Section of Adolescent Medicine |
| 1990 - 2002 | Member, Medical College of Georgia, Department of Psychiatry Executive/Finance Committee |
| 1990 - 2002 | Chair, Martha McCranie Lectureship Committee |
| 1991 - 1993 | Member Academic Council, Medical College of Georgia |
| 1991 - 1999 | Member, Medical College of Georgia, Ad Hoc Dean's Committee on Resident Dismissals |
| 1991 - 1999 | Member, Medical College of Georgia, Graduate Medical Education Steering Committee |
| 1992 - 1998 | Chair, Psychiatry Work Group Consulting to Executive Planning Committee for Medical College of Georgia, Children's Medical Center |
| 1991 - 2002 | Chair, Child Psychiatry Grand Rounds Committee |
| 1992 - 1994 | Member, Medical College of Georgia, Department of Psychiatry Newsletter Editorial Board |
| 1993 - 1994 Georgia | Member, Search Committee for Chair of Pediatrics of Medical College of |
| 1993 - 1997 | Member, Medical College of Georgia, Department of Psychiatry Space |

|  | Committee |
|---|---|
| 1997 - 2002 | Member, Medical College of Georgia, Department of Psychiatry Education Committee |
| 1997 - 2000 | Chair, Department of Psychiatry and Health Behavior, Appointment, Promotions and Tenure Committee |
| 1997 - 2002 Committee | Chair, Department of Psychiatry and Health Behavior, Clinical Faculty |
| 1998 - 2000 | Member, Department of Psychiatry and Health Behavior, Managed Care Committee |
| 1998 - 2000 | Member, Governance Committee, State of Georgia Mental Health and Mental Retardation Region 12 Collaborative Program |
| 2003-2012 | Member, Executive Committee, Department of Psychiatry and Behavioral Sciences, University of Louisville School of Medicine |
| 2003-2010 | Member, Education Committee, Department of Psychiatry and Behavioral Sciences, University of Louisville School of Medicine |
| 2003-present | Member Executive Committee, Kosair Children's Hospital, Louisville, Kentucky |
| 2005-2012 | Member, Risk Management Committee, Department of Psychiatry and Behavioral Sciences, University of Louisville School of Medicine |
| 2010-2012 | Member, Committee on Medical Student Wellness, University of Louisville School of Medicine |

## National Committees:

| | |
|---|---|
| 1983 - 1984 | Director of Free University, Association for Academic Psychiatry |
| 1984 - 1989 | Chair, Section on Child and Adolescent Psychiatry, Association for Academic Psychiatry |
| 1985 - Present | Member, Committee on the Family, American Academy of Child and Adolescent Psychiatry |
| 1986 | Chairman, Family Therapy Institute, "The Family Therapy of Major Adolescent Psychopathology," American Academy of Child and Adolescent Psychiatry |
| 1987 - 1989 | Member, Recruitment Initiative in Child Psychiatry. Representatives from the American Psychiatric Association, American Academy of Child and Adolescent Psychiatry, American Association of Directors of Psychiatric Residency Training, |

|  | Society of Professors of Child Psychiatry, and the American Academy of Pediatrics |
|---|---|
| 1988 - Present | Specialist Site Visitor in Child Psychiatry for Residency Review Committee, (Psychiatry) of the Accreditation Council for Graduate Medical Education |
| 1989 | Co-Chair, Section on Child Psychiatry's Relationships with Adult Psychiatry Residency Training, National Conference on Recruitment in Child Psychiatry, San Diego, California |
| 1989 - 1991 | Association for Academic Psychiatry, Program Committee |
| 1989 - 1995 | American Psychiatric Association Program Committee |
| 1989 - Present | Senior Examiner in Child Psychiatry, American Board of Psychiatry and Neurology |
| 1989 - Present | Senior Examiner in Adult Psychiatry, American Board of Psychiatry and Neurology |
| 1989 - 2004 | Chair, Special Interest Group on Family Therapy, American Academy of Child and Adolescent Psychiatry |
| 1991 - 2002 | Chief Proctor, American Board of Psychiatry and Neurology, Part I Examinations |
| 1995 - 2009 | Chair, Committee on Family, American Academy of Child and Adolescent Psychiatry |
| 1996 | Chair, Family Therapy Institute.  Family Assessment and Family Treatment: An Update.  Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Philadelphia, PA |
| 1997- 2004 | Member, Selection Committee, Psychiatric Residency Curriculum Awards, National Institute for Health Care Research |
| 1999 - 2002 | Chair, Committee on Education and Training, Society of Professors of Child and Adolescent Psychiatry |
| 1999 | Member, Medical College of Georgia, Liaison Committee on Medical Education Task Force |
| 2001 | Chair, Family Therapy Institute, Family Therapy and Integrated Psychotherapeutic Treatments, American Academy of Child & Adolescent Psychiatry Annual Meeting, Honolulu, Hawaii |
| 2002 – 2004 | Program Chair, Society of Professors of Child and Adolescent Psychiatry |

| 2006-2008 | Membership Chair, Society of Professors of Child and Adolescent Psychiatry |

## EDITORIAL ACTIVITIES

| 1989 - Present | Journal Reviewer:<br>Academic Psychiatry<br>Journal of American Academy of Child and Adolescent Psychiatry<br>Family Process<br>American Journal of Psychiatry<br>Journal of Nervous and Mental Disease |
| 2009 | Asia Pacific Psychiatry |
| 2003-2015 | Editorial Board, Family Process |
| 2000 – 2006 | Editorial Board, Journal of American Academy of Child and Adolescent Psychiatry |

## CONSULTANTSHIPS

| 1981 - 1983 | Consultant in Adolescent Psychiatry, Arlington House, Residential Treatment Center, St. Paul, Minnesota |
| 1982 - 1983 | Consultant in Psychiatry, Kiel Clinics (private mental health clinic), St. Paul, Minnesota |
| 1983 - 1985 | Consultant in Child Psychiatry, Northland Mental Health Center, Grand Rapids, Minnesota |
| 1983 - 1985 | Consultant in Child and Adult Psychiatry, Central Mesabi Medical Center, Hibbing, Minnesota |
| 1985 - 1992 | Consultant to Augusta Regional Youth Development Center, Augusta, Georgia |
| 1987 | Consultant to "Focus on the Family," Private Organization, Non-Profit, Los Angeles, California |
| 1988 | Consultant to C. Everett Koop, M.D., Surgeon General of the United States |
| 1992 - 1993 | Consultant in Family Therapy, American Academy of Child and |
| 1996 - 1998 | Adolescent Psychiatry, Annual Meeting |
| 1995 - 2002 | Consultant in Telemedicine (Psychiatry), Medical College of Georgia |
| 1996 | Consultant to National Institute for Health Care Research on "Model Curriculum for Psychiatry Residency Training Programs: Religion and Spirituality in Clinical Practice." |

| | |
|---|---|
| 1996 - 1997 | Consultant to National Institute for Health Care Research, Conference on Progress in Spiritual Research |
| 1998 | Consultant to State of Georgia, Department of Medical Assistance, Assessment of State Mental Health Clinics' Children's Services |
| 2010 | Consultant to Laity Lodge, San Antonio, Texas |

## AWARDS / HONORS

| | |
|---|---|
| 1982 | "Rookie-of-the-Year Award." Recognition of excellence in teaching by junior faculty, University of Minnesota |
| 1989 | "Excellence in Supervision." Award from child psychiatry fellows, Medical College of Georgia, Augusta, Georgia |
| 1995 | Distinguished Faculty Award for Clinical Science Teaching, School of Medicine, Medical College of Georgia |
| 1997 | Association for Academic Psychiatry, "Teacher of the Year Award" (Southern Region) |
| 2001 | Educational Excellence Award, Department of Psychiatry and Health Behavior, Medical College of Georgia |
| 2004 | Consultantship, George Washington University Institute for Spirituality and Health |
| 2007 | Presidential Achievement Award, Primary Author, Practice Parameter on Assessment of the Family American Academy of Child and Adolescent Psychiatry |
| 2009 | The Oates Award, in recognition of significant contributions to the field of pastoral care, awarded by the Wayne Oates Institute |
| 2012 | Gaines Professional Award, outstanding contribution to the mental health of Kentucky, Mental Health of America (Kentucky) |
| 2015 | Oskar Pfister Award for outstanding career contributions to the study of religion, spirituality and psychiatry, awarded by the American Psychiatric Association. |

## GRANTS / CONTRACTS

| | | |
|---|---|---|
| 1987 - 1989 | ($60,000/yr) | Project Director, Training Contract, Gracewood State School & Hospital |
| 1987 - 1998 | ($30,000/yr) | Project Director, Training Contract, Sand Hills Psychoeducational Institute |

| | |
|---|---|
| 1987 - 6/30/87 ($76,000) | Project Director, Training Contract with Charter Hospital of |
| 1987 - 1988 ($235,000) | Augusta |
| 1988 - 1991 ($120,000/yr) | |
| 1992 - 1994 ($65,000/yr) | |
| | |
| 1986 - 1997 ($34-$36,000/yr) | Project Director, Training Contract with Department of Juvenile |
| 1998 - 1999 ($36,000/yr) | Justice, State of Georgia |
| 1999 - 2000 ($85,000/yr) | |
| 2000 - 2001 ($170,000/yr) | |
| | |
| 2001 – 2002 ($450,000) | Project Director, Child and Adolescent Respond and Evaluate (CARE) Program in Child and Adolescent Crisis Services for Region 12 (State of Georgia Department of Mental Health) |
| 2003-12 ($150,000/yr., average award) | Project Director, Metro United Way of Louisville Grant to Bingham Child Guidance Center |
| 2004-12 ($70,000/yr) | Training contract with Our Lady of Peace Medical Center, Louisville, Kentucky |
| 2005-12 ($60,000/yr) | Training Grant with Kentucky Department of Juvenile Justice, Louisville, Kentucky |
| 2003-12 ($45,000/yr, average award) | WHAS Crusade for Children Health Care Grant, Louisville, Kentucky |
| 2007-13 ($110,000/yr) | Training Contract with Seven Counties Services, Louisville, Ky. |

## LEGAL FORENSIC RESUME

Expert Witness/Consultation/Testimony in 52 cases: medical malpractice, custody, abuse, special education, adolescent pregnancy/family issues, criminal (loss of life/adolescent violence).

## SCIENTIFIC AND PROFESSIONAL SOCIETIES

### National:

| | |
|---|---|
| 1982-2001 | American Psychiatric Association |
| 1982-2006 | Royal College of Physicians and Surgeons (Canada) (Fellow) |
| 1983-Present | American Academy of Child and Adolescent Psychiatry (Distinguished Fellow) |
| 1983-Present | Association for Academic Psychiatry |
| 1983-1989 | American Scientific Affiliation |
| 1985-1989 | Society for Research in Child Development |

| | |
|---|---|
| 1985-1998 | American Orthopsychiatric Association |
| 1985-present | American Medical Association |
| 1986-2002 | American Association of Directors of Psychiatric Residency Training |
| 1989-Present | American Family Therapy Academy |
| 1986-2002 | Central Savannah River Area, Psychiatric Society |
| 1986-1992 | Georgia Psychiatric Association |
| 1986-1992 | Georgia Council on Child and Adolescent Psychiatry |
| 2001-Present | American Psychiatric Association (Distinguished Life Fellow) |
| 2003-Present | Jefferson County Medical Society |
| 2003-Present | Christian Medical and Dental Association<br>President, 2005-2008 |
| 2005-Present | American College of Psychiatrists |
| 2007-Present | Group for the Advancement of Psychiatry (Committee on Family) |

## TEACHING (Current)

"The Interactional Contribution to Child Development" to first and second year child psychiatry residents. This is a series of seminars discussing the role of family interaction in child development, part of a child development series.

Case Conference and selected lectures in child and adolescent psychiatry to psychiatry residents and child psychiatry residents.

Individual seminars on adolescence in "Growth, Development, and Psycho-pathology: A Contextual Approach" for first year child psychiatry residents.

Medical student lectures on "Normal Development and Child Psychopathology," "Family in Human Development and Medical Practice" and "Adolescent Disorders."

Family Therapy Seminar for second year child psychiatry residents.

Invited lectures to pediatric residents on family therapy, eating disorders and child development.

Coordinate Family and Couples Therapy for third year general residents

Coordinate Forensic and Administrative Seminar for Child and Adolescent Fellows

Directed Seminar at University of Louisville on "Spirituality and World View in Clinical Practice" for third year general psychiatry residents 2005-2007

Lecturer in University of Louisville School of Medicine series on "Religion, Spirituality, and Medicine" and "Medical Humanities"

Course Director, "At the Intersection of Religion and Medicine." Required course for second year medical students, University of Louisville School of Medicine.

## <u>PRESENTATIONS</u>
### <u>National / International:</u>

| | |
|---|---|
| March, 1982 | "Psychiatry residents and the telephone: An analysis of usage patterns and recommendations for training". Association for Academic Psychiatry Annual Meeting, Bethesda, Maryland. |
| September, 1982 | "Developmental Issues in the Eating Disorders." Council for Children with Behavior Disorders Annual Meeting, Minneapolis, Minnesota. |
| August, 1984 | "The Developmental Problems of Christian Families". Second National Conference on the Church and Family, College of St. Thomas, Minneapolis, Minnesota. |
| October, 1984 | "The Role and Meaning of Dietary Manipulations in Families with a Hyperactive Child." American Academy of Child Psychiatry Annual Meeting, Toronto, Canada. |
| October, 1984 | "Attentional Changes in Children after Food Color Challenge." American Academy of Child Psychiatry Annual Meeting, Toronto, Canada. |
| March, 1985 | "Approaches to Teaching Development in Academic Psychiatry." Association for Academic Psychiatry Annual Meeting, Tampa, Florida. |
| March, 1986 | "The Use and Abuse of Humor in Teaching." Association for Academic Psychiatry Annual Meeting, Tucson, Arizona. |
| March, 1986 | "Surviving as a Child Psychiatry Educator: History and Current Trends." Co-presented with J. Forster, H. Gabriel, and M. Drell, Association for Academic Psychiatry Annual Meeting, Tucson, Arizona. |
| October, 1986 | "Variants of Individuation Failure: The Family's Role." Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Los Angeles, California. |

| October, 1986 | "Audiovisual Approaches in the Understanding of Child Development." Co-presented with D. Fidler and W. Erickson. Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Los Angeles, California. |
|---|---|
| October, 1986 | "The Adolescent in Family Therapy: Integrating Individual and Family Dynamics." Chair of Workshop, also co-presented with J. Frey, S. Xenakis, and C. Malone. Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Los Angeles, California. |
| February, 1987 | "Working with Families of Hyperactive Children." Georgia Psychiatric Association Annual Meeting, Atlanta, Georgia. |
| March, 1987 | Chairman, Symposium on "Gender Issues in Career Development and Psychiatry Education." Association for Academic Psychiatry Annual Meeting, Tampa, Florida. |
| May, 1987 | Course Director and Presenter, "Integrating Individual and Family Dynamics in the Treatment of Major Psychiatric Disorders." American Psychiatric Association, Annual Meeting, Chicago, Illinois. |
| October, 1987 | "The Family Therapy of Adolescent Narcissism." Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Washington, DC. |
| January, 1988 | "Teaching the Integration of Individual and Family Therapy." American Association of Directors of Psychiatric Residency Training Annual Meeting, New Orleans, LA. |
| May, 1988 | "Family Therapy and Adolescent Narcissistic Disorders." American Psychiatric Association Annual Meeting, Montreal, Canada. |
| May, 1988 | "Informed Content: Legal Consent Versus Therapeutic Process." American Psychiatric Association Annual Meeting, Montreal, Canada. |
| May, 1988 | "Family Dysfunction and the Attention Deficit Disordered Child." American Psychiatric Association Annual Meeting, Montreal, Canada. |
| October, 1988 | "When Self and System Collide: Ethics in Family Therapy." Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Seattle, Washington. (with P. Jensen) |
| October, 1988 | "Limit Setting in Family Therapy." Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Seattle, Washington. |
| November, 1988 | "A Religious Perspective on the Developmental Process." International Congress on Christian Counseling Annual Meeting, Atlanta, Georgia. |

| November, 1988 | "Sin or Psychopathology: An Analysis of Two Divergent Views." International Congress on Christian Counseling Annual Meeting, Atlanta, Georgia. |
| --- | --- |
| November, 1988 | "A Developmental Perspective on Abortion." International Congress on Christian Counseling Annual Meeting, Atlanta, Georgia. |
| March, 1989 | "The Developmental Model: An Aid to Ethical Decision Making in Family Therapy." Association for Academic Psychiatry Annual Meeting, Atlanta, Georgia. |
| May, 1989 | Chair, Symposium, "Gender and the Academic Life Cycle of Psychiatrists." American Psychiatric Association Annual Meeting, San Francisco, California. |
| May, 1989 | "Why Johnny Can't Sit Still: Kids Ideas of Why They Take Stimulants." (with P.S. Jensen and M.W. Bain.) American Psychiatric Association Annual Meeting, San Francisco, California. |
| October, 1989 | "Teaching the Integration of Individual and Family Therapy", In "Child Psychiatry Training: Curriculum Development and Program Evaluation". Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY |
| January, 1990 | "Ethics and Family Therapy" (with A. Sondheimer, M.D.) American Association of Directors of Psychiatric Residency Training Annual Meeting, New Orleans. |
| October, 1990 | "Family Classification and Environmental Types: New Thoughts About Old Problems." (with P. Jensen, H. Davis, L. Blodeu, D. Smith.) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, Illinois. |
| October, 1990 | "Family Therapy of Children at Risk: Working with Character Disordered Parents." (with J. Connell, and J. Sargent) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, Illinois. |
| October, 1990 | "Teaching the Biopsychosocial Approach to the Severely Disturbed Child." (with M. Drell and R. Angell) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, Illinois |
| March, 1991 | "Psychiatric Residents as Teachers: Consultation to Non-Medical Professionals as a Training Experience." (with R. James) Association for Academic Psychiatry Annual Meeting, Tampa, Florida. |
| May, 1991 | "When World View of Patient and Psychotherapist Conflict." (with A. Nicholi, Jr., L. Bishop, R. Sider and I. Wiesner) American Psychiatric Association Annual Meeting, New Orleans, Louisianna. |
| May, 1991 | "Family Therapy and Personality Disordered Parents." (with J. Sargent) American Psychiatric Association Annual Meeting, New Orleans, Louisiana. |

| October, 1991 | "Relational Ethics and Child Treatment." (with L. Combrinck-Graham) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |
|---|---|
| October, 1991 | "Integrating Family Concepts in the Teaching of Child Development." Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |
| October, 1991 | "Family Therapy: Conceptual and Technical Approaches." (with M. Blotcky, J. Lewis, G.P. Sholevar, R. Stewart) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |
| October, 1991 | "Ethics and the Practice of Child and Adolescent Psychiatry." (with A. Sondheimer, J. Sargent) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |
| October, 1991 | "Academic Career Development in Child and Adolescent Psychiatry." (with J. Forster, M. Slonowitz, A. Unis, H. Wright) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |
| October, 1991 | "The Difficult-to-Treat Adolescent: An Integrative Approach." (with J. Sargent, E. Beresin, S. Grater, A. Sondheimer) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |
| October, 1991 | "State-University Collaboration in Child and Adolescent Psychiatry." (with D. Parmelee, H. Wright) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |
| October, 1991 | "The AACAP Clinical Database Project: Methods, Implementation and Results." (with T. Anders, P. Jenson, B. Leventhal, L. Bloedau, B. Lee) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |
| January, 1992 | "Non-Academic Challenges for Child Psychiatry Residents: The Resident and His Family." (with P. Holden, M. Drell, K. Matthews) American Association of Directors of Psychiatric Residency Training Annual Meeting, New Orleans, Louisianna. |
| January, 1992 | "Giving Talks to Non-Medical Audiences as a Training Experience." (with R.C. James) American Association of Directors of Psychiatric Residency Training Annual Meeting, New Orleans, Louisianna. |
| May, 1992 | "Alcohol and the Family: The Party's Over." Symposium discussant, American Psychiatric Association Annual Meeting, Washington, D.C. |
| October, 1992 | "State University Collaboration Issues in Child and Adolescent Psychiatry." (with |

|                | H. Wright and D. Parmelee) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Washington, D.C. |
|----------------|----------------|
| October, 1992  | "Ethics, the Family, and Child and Adolescent Psychiatry Practice." (with A. Sondheimer and J. Sargent) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Washington, D.C. |
| October, 1992  | "The Difficult to Treat Adolescent: An Integrative Approach." (with J. Sargent, A. Sondheimer, and E. Beresin) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Washington, D.C. |
| November, 1992 | "A Proposal Framework for Making Value Judgments in Psychotherapy." (with C. Cottle, R. Bagge') Second International Congress on Christian Counseling, Atlanta, Georgia. |
| November, 1992 | "Theological Perspectives on the Developmental Process: A Child Psychiatrist's Perspective." Second International Congress on Christian Counseling, Atlanta, Georgia. |
| May, 1993      | "The Psychiatrist's World View and Clinical Models." American Psychiatric Association Annual Meeting, San Francisco, California. |
| May, 1993      | "When A Child Dies: The Impact of the Parents' World View." American Psychiatric Association Annual Meeting, San Francisco, California. |
| October, 1993  | "The Difficult to Treat Adolescent: An Integrative Approach." (with J. Sargent, A. Sondheimer, G. Beresin) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Antonio, Texas. |
| March, 1994    | "The Politically Correct Psychiatrist: How Do We Promote Patient Autonomy and Responsibility When Everyone Is a Victim?" (with D. Misch) Association For Academic Psychiatry Annual Meeting, Tucson, Arizona. |
| May, 1994      | "The Exploration of World Views in Psychotherapy," Course Director, American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania. |
| October, 1994  | "Family Therapies: Integration with Other Treatment Modalities in the Treatment of the Seriously Disturbed Adolescents." Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York City, New York. |
| May, 1995      | "The Exploration of World Views in Psychotherapy," Course Director, American Psychiatric Association Annual Meeting, Miami, FL. |
| October, 1995  | "Multimodal Treatment of Disturbed Adolescents." (with J. Sargent, A. Sondheimer, G. Beresin) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New Orleans. |

| | |
|---|---|
| March, 1996 | "Myths About the Biopsychosocial Model." Association for Academic Psychiatry Annual Meeting, Tampa, Florida. |
| March, 1997 | "Teaching Minority Issues in Psychiatry Residency." (With R. Burket and B. Simpson) Southern Group on Educational Affairs Annual Meeting, Augusta, Georgia. |
| May, 2000 | "Clinical Models and a Religious/Spiritual World View: Toward a Rapprochement". American Psychiatric Association Annual Meeting, Chicago, Illinois. |
| May, 2000 | "World Views and the Doctor Patient Relationship". Symposium Chair, American Psychiatric Association Annual Meeting, Chicago, Illinois. |
| July, 2000 | "Raising Children in Foreign Cultures: Implications for Child and Adolescent Development." South Indian Ocean Missionaries and Educators Annual Conference, Reunion Island, France. |
| October, 2000 | "Do Families Cause, or Respond to, Psychopathology?" Association for Academic Psychiatry Annual Meeting, Vancouver, B.C., Canada. |
| March, 2001 | "Guidelines on Determining the Family's Role in Psychopathology: Implications for Psychiatric Residency Training." American Directors of Psychiatric Residency Training Annual Meeting, Seattle, Washington. |
| March, 2001 | "Ten Myths About the Biopsychosocial Model." Annual Meeting of the Society of Professors of Child and Adolescent Psychiatry, Key Largo, Florida. |
| May, 2001 | "Beyond Mind and Brain: Considering the Patient's World View." Symposium Chair, American Psychiatric Association Annual Meeting, New Orleans, Louisianna. |
| May, 2001 | "Clinical Psychiatry and Spirituality: Another Level of Integration." American Psychiatric Association Annual Meeting, New Orleans, Louisianna. |
| October, 2001 | "The Clinical Process of Sequencing Psychotherapeutic Treatments," Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Honolulu, Hawaii. |
| March, 2002 | "Becoming an Administrative Chief: Observations on Leading a Child Psychiatry Division," Annual Meeting of the Society of Professors of Child and Adolescent Psychiatry, Hollywood, Florida. |
| October 2002 | "Religion and Spirituality in Child and Adolescent Treatment", Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, California. |

| | |
|---|---|
| October 2002 | "Gay and Lesbian Parenting: Emerging Issues", Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco, Ca. |
| March, 2003 | "What Does  A New Division Chief Need To Learn", Annual Meeting of the Society of Professors of Child and Adolescent Psychiatry, Santa Fe, New Mexico. |
| October, 2003 | "Genetics and The Environment: Clinical Perspectives." (Symposium discussant). Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Miami, Florida. |
| March 2004 | "What Does a New Division Chief Need to Learn".  Annual Meeting of the Society of Professors of Child and Adolescent Psychiatry, San Juan, Puerto Rico. |
| May, 2004 | "Controversies at the Interface Between Religion and Psychiatric Practice". Workshop Chair, Annual Meeting of the American Psychiatric Association, New York, New York. |
| May, 2004 | "Religion, Spirituality and Psychiatric Practice at the University of Louisville", Annual Meeting of the American Psychiatric Association, New York, New York. |
| March 2005 | "Going from 'Good to Great': Helping Child Psychiatry Divisions Take the Next Step Forward", Annual Meeting of the Society of Professors of Child and Adolescent Psychiatry, Washington, D.C. |
| May 2005 | "World Views in Psychiatry: Approaches to Clinical Care", (with J. Peteet and M.L.Dell), Annual Meeting of the American Psychiatric Association, Atlanta, Georgia. |
| May 2005 | "Neutrality Revisited: Is Autonomy What We Most Want?" Workshop (with Thielman, SB, Bishop, LB and Peteet, JR)  American Psychiatric Association Annual Meeting, May |
| October 2005 | "Master Clinician", Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Toronto, Canada. |
| October 2005 | "Family Assessment Parameter: A Guide to Clinical Practice", Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Toronto, Canada. |
| April 2006, 2007, 2008, 2009 2012, 2013 | "What Does A Division Director Need to Know?" (with M. Drell) Annual Meeting of the Society of Professors of Child and Adolescent Psychiatry, Washington, D.C. |
| May 2006 | "Curricula in Spirituality and Psychiatry", Symposium Discussant,  Annual Meeting of the American Psychiatric Association, Toronto, Canada |
| May 2006 | "Can We Talk? A Model for Constructive Conversation between Opponents and |

Advocates of Same Sex Relationships toward a Dialogue on Homosexual Marriage". (With J Drescher, J Peteet, P. Feeley and C. Ambridge). Annual Meeting of the American Psychiatric Association, Toronto, Canada.

May 2006            "Worldview and Spirituality in Clinical Practice", Course Director, Annual Meeting of the American Psychiatric Association, Toronto, Canada.

May 2006            "Religious and Spiritual Aspects of Child and Adolescent Psychiatric Disorders", (with ML Dell). In symposium "A Research Agenda for DSM V Concerning Religious and Spiritual Issues in the Diagnostic Process". Annual Meeting of the American Psychiatric Association, Toronto, Canada.

October 2006        "Master Clinician", Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, California.

October 2006        "New Perspectives on Family Assessment", Chair, Special Interest Group, Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego California.

October 2006        "Failure: Recognizing, Accepting and Learning from Failures in Treatment" (with S Copans et al) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, California.

October 2006        "Psychosocial Research in ADHD", Discussant, Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, California.

May 2007            "Worldview and Spirituality in Clinical Practice", Course Director, Annual Meeting of the American Psychiatric Association, San Diego, California.

October 2007        "Master Clinician", Annual Meeting ot the American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts.

October 2007        "Family Treatments and Epidemiolgy", Maintenance of Certification Institute, Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts.

October 2007        "Catatonia in a Four Year Old Girl", Case Conference Discussant, Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts.

May 2008            "Worldview and Spirituality in Clinical Practice", Course Director, Annual Meeting of the American Psychiatric Association, Washington, D.C.

October 2008        "Master Clinician", Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, Illinois.

October 2008        "Limit Setting in Clinical Practice: Effective Strategies to Empower Parents", Annual Meeting of the American Academy of Child and Adolescent Psychiatry,

Chicago, Illinois.

| | |
|---|---|
| October 2008 | "Long Term Treatment of Psychosis in Young Children". Clinical Case Conference with S. Mason, M. Benoit, P. Joshi and N. Gogtay. Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, Illinois. |
| Octcober 2008 | "Religion and Spirituality in Clinical Practice". Co-Chair (with M L. Dell). Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, Illinois. |
| May 2009 | "From Development to DSM: Can our Teaching Bridge the Gap?" Annual Meeting of the Society of Professors of Child and Adolescent Psychiatry, Washington D.C. |
| October 2009 | "Master Clinician", Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Honolulu, Hawaii. |
| October 2010 | "Limit Setting in Clinical Practice: Effective Strategies to Empower Parents". Chair, Co-presented with S. Copans and P.A. Mabe, Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, New York. |
| October 2010 | "Religion and Spirituality in Child and Adolescent Psychiatric Practice". Chair of Institute, Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, New York. |
| October 2010 | "Religion and Spirituality in Child and Adolescent Psychiatry: A New Frontier". Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, New York. |
| October 2010 | "Integrating Religious and Spiritual Issues in the Treatment of Children, Adolescents, and Families." Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, New York. |
| October 2010 | "When the Diagnosis is Bipolar: Are There Other Explanations?" (Chair) Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, New York. |
| October 2010 | "The Family's Role in Self Regulation: Developing the Ability to "Stop". Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, New York. |
| November 2011 | "Families and Depression" with B. Beardslee and E. Berman, Annual Meeting of the National Network of Depression Centers, Baltimore, Maryland. |
| April 2013 | "Why the Family is Relevant for the Contemporary Psychiatrist." Group for the Advancement of Psychiatry, White Plains, New York. |
| May 2014 | "Lessons Learned from a Departmental Crisis: Moving a Child Psychiatry |

Division into a Department of Pediatrics", Annual Meeting of the Society of Professors of Child and Adolescent Psychiatry, Washington, D.C.

October 2014      Anxiety and Autism: Family Perspectives. Annual Meeting of the American Academy of Child and Adolescent Psychiatry,San Diego, California.

October 2014      Reinventing Family Therapy: Toward Family Intervention, Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, California.

October 2014      From Family Therapy to Family Intervention: The Next Paradigm, Annual Meeting of the American Academy of Child and Adolescent Psychiatry, San Diego, California.

## PRESENTATIONS

### Invited Lectureships:

September, 1987      "The Family Therapy of Adolescent Narcissism." Grand Rounds presented to the University of Minnesota, St. Paul Ramsey Medical Center, St. Paul, Minnesota.

June, 1989      "The Self in the System: Toward the Integration of Individual and Family Therapy." Grand Rounds, Pine Rest Christian Hospital, Teaching Hospital of Michigan State University, Grand Rapids, Michigan.

April, 1990      "Integration of Individual and Family Therapy", Grand Rounds, Department of Psychiatry, Loma Linda University , Loma Linda, California.

October, 1990      "An Interactional Perspective on Adolescent Narcissistic Disorder", Grand Rounds, Department of Psychiatry, University of South Carolina, Columbia, South Carolina.

January, 1995      "The Integration of Individual and Family Therapy," University of Pennsylvania, Philadelphia Child Guidance Clinic, Philadelphia, Pennsylvania.

November, 1996      "Ten Myths About Family Therapy," Grand Rounds, New Jersey Medical School, Newark, New Jersey.

February, 1997      "Ten Myths About Family Therapy," Grand Rounds, Mayo Medical School, Rochester, Minnesota.

September, 1997      "Contemporary Perspectives on Child and Adolescent Psychiatry," Menninger Clinic, Topeka, Kansas.

September, 1999      "Family Therapy in an Era of Biologic Psychiatry," Emory University, Atlanta, Georgia.

| | |
|---|---|
| May, 2001 | "Family Therapy in an Era of Biologic Psychiatry," Cleveland Clinic, Cleveland, Ohio. |
| August 2005 | "Family Based Treatment Research", Presented at the American Medical Association National Media Briefing , New York, New York. |
| March 2007 | "Dealing with Worldview and Spirituality in Clinical Practice", University of Puerto Rico, San Juan Puerto Rico. |
| October 2007 | "Diagnosis in Contemporary Psychiatry: What's in a Name" University of North Carolina, Chapel Hill, North Carolina. |
| March 2008 | "Spirituality and Religion in the Clinical Worlds of Patients and Families", University of Washington, Seattle. Children's Hospital, Seattle, Washington. |
| August 2008 | "Treating the Troubled Mind: Religious and Spiritual Perspectives". Annual Meeting of the Georgia Psychiatric Physicians' Association, Amelia Island, Florida. |
| September 2008 | "World View and Spirituality in Clinical Practice". University of California at Davis, Sacramento, California. |
| April 2009 | "World View and Spirituality in Clinical Practice", Loma Linda University, Loma Linda, California. |
| April 2009 | "Holistic Treatment of Adolescent Bipolar Disorder", St. Mary's Medical Center, Evansville, Indiana. |
| January 2010 | "Worldview and Spirituality in Psychiatric Practice", Virginia Tech School of Medicine/Carilion Clinic, Roanoke, Virginia. |
| May 2011 | When the Diagnosis is Bipolar: The Family's Role in Self Regulation, Harvard Medical School/Boston Children's Hospital. |
| September 2011 | Brewster Lecture, When the Diagnosis is Bipolar: The Family's Role in Self Regulation, University of Colorado School of Medicine. |
| September 2011 | Worldview and Spirituality: Child, Adolescent and Family Perspectives, University of Colorado School of Medicine. |
| September 2011 | When the Diagnosis is Bipolar: The Family's Role in Self Regulation, University of Kentucky School of Medicine. |
| March 2013 | When the Diagnosis is Bipolar: The Family's Role in Self Regulation, Emma Pendleton Bradley, Brown University. |
| March 2013 | Why the Family is Relevant for the Contemporary Psychiatrist. Position Statement presented at the Plenary of the Group for Advancement of Psychiatry, |

White Plains, New York.

December 2013 | When the Diagnosis is Bipolar: The Family's Role in Self Regulation, University of Texas (San Antonio).

May 2014 | The Family in Mental Health: Enduring Constants, Emerging Realities, University of Kentucky, Lexington, Kentucky.

## **PRESENTATIONS**

### **Regional:**

June, 1981 | "Relationships between Food and Behavior" to the "Nutritional Support in Development Disabilities" Conference, Sister Kenny Institute, Minneapolis, Minnesota.

October, 1982 | "The Psychodynamics of Eating Disorders" at the "Eating and Disorders Update" Conference, University of Minnesota, Minneapolis, Minnesota.

November, 1982 | "A Contemporary Psychiatric View of the Mind - Brain Problem" at the McLaurin Institute for Interdisciplinary Studies, Minneapolis, Minnesota.

March, 1984 | "Borderline Personality: Diagnosis and Management", Northland Mental Health Center, Grand Rapids, Minnesota.

September, 1984 | "Family Dysfunction and the Eating Disorders", Central Mesabi Medical Center, Hibbing, Minnesota.

January, 1986 | "Hyperactive Behaviors, Diets, and Families", Grand Rounds, Department of Psychiatry, Medical College of Georgia, Augusta, Georgia.

July, 1986 | "Emotional Development: Theological Implications", Georgia Regional Hospital, Atlanta, Georgia.

May, 1986 | "Alcohol Use and Associated Family System Dysfunction", Georgia Episcopal Diocese, Augusta, Georgia.

September, 1986 | "The Developmental Cycle of Families". Presented to Georgia Regional Hospital, Social Service Department, Augusta, Georgia.

October, 1986 | "Psychiatric Symptoms and Their Relationship to Family Dysfunction." Presented to Georgia Regional Hospital Social Service Department, Augusta, Georgia.

January, 1987 | "Managing Conduct Disorders in School Settings", Richmond County Special Education Conference, Augusta, Georgia.

| | |
|---|---|
| February, 1987 | "Variants of Adolescent Individuation Failure." Grand Rounds, Department of Psychiatry, Medical College of Georgia, Augusta, Georgia. |
| February, 1987 | "The Severe Character Disorder in the Public Mental Health Setting." Presented at "A Public Health Symposium on the Major Psychiatric Illnesses," Augusta, Georgia. |
| May, 1987 | Chair, "Working With Families in Crisis," sponsored by Charter Hospital of Augusta and the Department of Psychiatry and Health Behavior of the Medical College of Georgia, Augusta, Georgia. |
| May, 1988 | Chair, "Parenting the Behavior Disordered Child," sponsored by Charter Hospital of Augusta and the Department of Psychiatry and Health Behavior of the Medical College of Georgia, Augusta, Georgia. |
| May, 1988 | "Self in the System: Toward the Integration of Individual and Family Therapy." Grand Rounds, Department of Psychiatry, Medical College of Georgia, Augusta, Georgia. |
| February, 1990 | "Epidemiology of Adolescent Narcissistic Disorder in Adolescent Psychiatric Inpatients", Grand Rounds, Department of Psychiatry, Medical College of Georgia, Augusta, Georgia. |
| February, 1991 | "Narcissistic Adolescents and Their Families", Charter Hospital of Augusta, Georgia. |
| April, 1991 | "Psychopharmacology Review in Child Psychiatry', Continuing Medical Education Symposium, Medical College of Georgia, Augusta, Georgia. |
| June, 1991 | "Inpatient Child and Adolescent Psychiatry", Continuing Medical Education Symposium, Medical College of Georgia, Augusta, Georgia. |
| September, 1991 | "Integration of Individual and Family Therapy in the Treatment of Adolescent Disorders", Charter Hospital, St. Simon's Island, Georgia. |
| February, 1992 | "Update in Adolescent Psychiatry", Chair, Medical College of Georgia, Continuing Medical Education, Augusta, Georgia. |
| April, 1992 | "Integration of Individual and Family Therapy in the Treatment of Child and Adolescent Disorders", Grand Rounds, Department of Psychiatry, Medical College of Georgia, Augusta, Georgia. |
| October, 1992 | "Clinical Features of Tic Disorders in Children and Adolescents", (with M. McSwiggan-Hardin and P. Hartlage) Georgia Chapter of American Academy of Pediatrics, Atlanta, Georgia. |
| November, 1992 | "Family Issues: Severe Tourette's Syndrome and Services Home and School Problems", (with M. McSwiggan-Hardin) Regional Symposium of Tourette |

Syndrome Association of Georgia, Atlanta, Georgia.

| | |
|---|---|
| June, 1994 | "Violence in Children, Adolescents and Families", Chair, Medical College of Georgia, Continuing Medical Education, Augusta, Georgia. |
| November, 1998 | "Children and Acute Hospitalization", Medical College of Georgia, Children's Medical Center, Continuing Medical Education, Augusta, Georgia. |
| February, 2000 | "Family Interventions with Tyrannical Adolescents", Annual Meeting of the Georgia Psychiatric Physician's Association. |
| June, 2000 | "Child and Adolescent Depression: An Update", Annual Meeting Georgia Academy of Pediatrics, Sea Island, Georgia. |
| January/February 2001 | "Suicide in Delinquent Youth: Diagnostic and Treatment Issues", Department of Juvenile Justice, State of Georgia, Forsythe, Georgia (with A. Mabe, Ph.D.) |
| March, 2003 | "An Integrated Approach to the Use of Pharmacotherapy in the Treatment of Child and Adolescent Disorders", Annual Meeting of the Kentucky Psychiatric Association, Louisville, Kentucky. |
| October 2006 | "Child and Adolescent Depression", NAMI sponsored conference for Mental Health Awareness Week, Louisville Kentucky. |
| February 2006 | "An Update on Family Treatments", Annual Meeting of the American Association of Family Therapy (Kentucky Chapter). |
| November 2007 | "Diagnosis in Child and Adolescent Psychiatry: What is In a Name?", Keynote Address, Pediatric Care Forum, Louisville, Kentucky, Sponsored by U of L Healthcare and Passport Health Plan. |
| March 2008 | "Diagnosis in Child and Adolescent Psychiatry: What is In a Name?" Grand Rounds, University of Louisville Department of Pediatrics, Louisville, Kentucky. |
| October 2008 | "Spirituality and Depression: Making Sense of the Relationship", Second Annual University of Louisville Depression Conference, Louisville, Kentucky. |
| October 2009 | "Bipolar Disorder in Children and Adolescents: A Reappraisal", Seventeenth Annual Pediatric Symposium, Department of Pediatrics, University of Louisville. |
| February 2011 | "What's Worldview Got to do With It?" Plenary address at the University of Louisville School of Medicine, Wellness Day. |
| August 2011 | "Children's Mental Health Treatment: Best Diagnosis for Best Care", Mental Health Symposium, Kentucky Academy of Pediatrics and American Academy of Pediatrics, Barren River, Kentucky. |

September 2011          "Building Hope in Depression: The Role of Religion and Spirituality", Universtiy of Louisville Depression Center, Louisville Kentucky.

March 2012          "The Myth of the Bipolar Syndrome." Plenary Address at "Faces of Childhood Trauma" Symposium, sponsored by Kent School of Social Work, Jefferson County Circuit Court (Family Division) and East End Psychological Associates.

November 2013          "The Family in Mental Health: Enduring Constants, Emerging Realities." Plenary address of the 100th Anniversary of the Bingham Clinic Symposium, Louisville.

September 2014          The Myth of the Bipolar Syndrome, Third Annual Mental Health Forum, University of Louisville, Department of Pediatrics.

## AUDIOVISUAL PROGRAMS

September, 1981          "The Development of Personality." Produced by University of Minnesota Media Resources. Three hours of demonstration of normal child development. Review: H.J. Lurie, Hospital and Community Psychiatry, 1991, 42(1), p. 21.

## PUBLICATIONS
## ABSTRACTS

Josephson AM, MacKenzie TB. (Dec 1980) Thyroid-Induced mania in hypothyroid patients. *Digest of Neurology and Psychiatry* p. 452.

Josephson A.M, MacKenzie TB (Mar 1981) Thyroid-Induced mania in hypothyroid patients. *Psychiatry Digest* pp.6-7.

Josephson AM, Frey J, Xenaxis S, Malone C. (1986) The Adolescent in family therapy: Integrating individual and family dynamics. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 2, 45.

Josephson AM, Fidler D, Erickson W. (1986) Audiovisual approaches in the understanding of child development. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 2, 45.

Josephson AM, Thompson M. (1987) The family therapy of adolescent narcissism: Controlling behavior and developing empathy. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 3, 19-20.

Josephson AM. (1988) Integrating individual and family therapy. *American Association of Directors of Psychiatric Residency Training Workshop Supplement* 16(2), 5-6.

Josephson AM, Jensen P. (1988) When self and system collide: Ethics in family therapy. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 4, 25.

Chowanec G, Josephson A, Coleman C. (1989) Self harming behavior in incarcerated male delinquent

adolescents. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 5, 81.

Wright H, Josephson AM, Parmelle D. (1991) State-University collaboration in child and adolescent psychiatry. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 7, 24.

Josephson AM. (1991) Alternative pathways to academic career development. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 7, 36.

Sondheimer A, Sargent J, Josephson AM. (1991) Ethics and the practice of child and adolescent psychiatry. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 7, 20.

Anders T, Jensen P, Leventhal B, Bloedau L, Josephson A, Lee B, Traylor J. (1991) The AACAP data base project: Methods, implementation and results. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 7, 24.

Sargent J, Beresin E, Josephson A, Sondheimer A. (1992) The difficult to treat adolescent: An integrated approach. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 8, 22.

Wright H, Josephson A, Parmellee D. (1992) State-University collaboration issues in child and adolescent psychiatry. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 8, 20.

Sondheimer A, Sargent J, Josephson A. (1992) Ethics, the family and child and adolescent psychiatry practice. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 8, 21.

Sargent J, Sondheimer A, Beresin E, Josephson A. (1993) The difficult to treat adolescent: An integrative approach. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 9, 20-21.

Misch D, Josephson A. (1994) The politically correct psychiatrist: How do we promote patient autonomy and responsibility when everyone is a victim. *Bulletin of the Association for Academic Psychiatry* 22(1), 7.

Sargent J, Sondheimer A, Beresin E, Josephson A. (1994) Integrating treatment modalities for seriously disturbed adolescents: indications, methods, pitfalls. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 10, 16.

Josephson AM. (1995) Creating and maintaining excellent clinical rotations. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 11, 3.

Sargent J, Beresin E, Josephson A, Sondheimer A. (1995) Integrating treatment modalities for seriously disturbed adolescents: indications, methods and pitfalls. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 11, 31.

Josephson AM. (1996) Family assessment: utilizing historical and observational approaches. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 12, 9.

Josephson AM, Black J. (1996) Family therapy of adolescent narcissism: Controlling behavior and developing empathy. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 12, 28.

Mabe PA, Josephson A. (1997) Back to basics: Parent management training. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 13,26.

Drell MJ, Josephson A, Hendren R, Sexson, S. (1997) Administrative skills for the child and adolescent psychiatrist. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 13, 29.

Josephson AM. (1997) Family therapy of adolescent narcissism: Advanced workshop controlling behavior and developing empathy. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 13, 31.

Mabe PA, Josephson A. (1998) Back to basics: Parent  management training. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 14, 30.

Josephson AM. (1998) Family therapy of adolescent narcissism: Advanced workshop controlling behavior and developing empathy.  Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry 14, 33.

Josephson AM. (1998) The nuts and bolts of recruiting, *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 14, 32.

Mabe PA, Josephson A. (1999) Back to basics: Parent management training. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 15, 24.

Josephson AM. (1999) Change, cataclysmic change and chronic change: Implications for administrators. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 15, 26.

Josephson AM. (2000) Working with families in an age of biological psychiatry. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 16, 25.

Josephson AM. (2001) The clinical process of sequencing therapies: When, what, how.  *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 17, 14.

Bussing R, dosReis S, Palinkas L, Zima B, Josephson A. (2006) Optimizing ADHD treatment: Family focused approaches to improve family engagement. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 22, 83-85.

Josephson AM. (2007) Epidemiology, family treatment, and research update. *Scientific Proceedings of the Annual Meeting of the American Academy of Child and Adolescent Psychiatry* 23,19.

## JOURNALS

Josephson, A.M., & MacKenzie, T.B.: Manic psychosis after rapid normalization of thyroid status. American Journal of Psychiatry, 1979, 136:846-847.

Josephson, A.M., & MacKenzie, T.B.: Thyrotoxicosis and mania. (letter), American Journal of Psychiatry, 1980, 137:262-263.

Josephson, A.M., & MacKenzie, T.B.: Thyroid induced mania in hypothyroid patients. British Journal of Psychiatry, 1980, 137:222-228.

Jensen, P.S., Josephson, A.M., Frey, J.: Informed consent: Legal content versus therapeutic process. American Journal of Psychotherapy, 1989, 93:378-386.

Chowanec, G.C., Josephson, A.M., Coleman, C., Davis, H.: Self harming in incarcerated male delinquents. Journal of the American Academy of Child and Adolescent Psychiatry, 1991, 30:202-207.

Josephson, A.M., Erickson, W.D.: The effect of paternal Huntington's Disease on male adolescents. Adolescent Psychiatry, 1992, 18:306-321.

Josephson, A.M., Drell, M.: Didactic modules for curricular development in child and adolescent psychiatry. Academic Psychiatry, 1992, 16:44-51.

Sunde, E., Mabe, P.A., Josephson, A.M.: Difficult parents: From adversaries to partners. Clinical Pediatrics, 1993, 32:213-219.

Bishop, L.C., Josephson, A.M.: The myth of the abortion trauma syndrome revisited (letter), Journal of the American Medical Association, 1993, 269:2209.

Josephson, A.M.: The interactional problems of Christian families and their relationship to developmental psychopathology: Implications for treatment. Journal of Psychology and Christianity, 1993, 12:312-328.

Josephson, A.M.: A clinical theology of the developmental process: A child psychiatrist's perspective. Journal of Psychology and Theology, 1994, 22:120-129.

Randall, E.J., Josephson, A.M., Chowanec, G.C., and Thyer, B.A.: The reported prevalence of physical and sexual abuse among a sample of children and adolescents at a public psychiatric hospital. Journal of Traumatic Stress, 1994, Vol. 7:713-718.

Burke, M.S., Josephson, A.M., Sebastian, C.S., Schulman, S.: Clozapine and cognitive function. (letter), Journal of the American Academy of Child and Adolescent Psychiatry, 1995, 34:127-128.

Burke, M.S., Josephson, A.M., Lightsey, A.: Abnormal peripheral blood smear associated with methylphenidate and imipramine treatment." (letter) Journal of the American Academy of Child and Adolescent Psychiatry, 1995, 34:403-404.

Jensen, P.S., Irwin, R., Josephson, A.M., Davis, H., Bloedau, L., Ness, R., Xenakis, S., Mabe, A., Lee, B.,

Traylor, J. and Clawson, L.: Data gathering tools for "real world" clinical settings: A multi site feasibility study. Journal of American Academy of Child and Adolescent Psychiatry, 1996, 35:55-66.

Sprenger, D., Josephson, A.M.: Integration of pharmacotherapy and family therapy in the treatment of children and adolescents. Journal of the American Academy of Child and Adolescent Psychiatry, 1998, 37:887-889.

Josephson, A.M., Juthani, N., Larson, D: What is happening in psychiatry regarding spirituality? Psychiatric Annals, 2000, 30:533-541.

Josephson, A., Serrano, A. : The integration of individual therapy and family therapy in the treatment of child and adolescent psychiatric disorders. Child and Adolescent Psychiatric Clinics of North America, 2001, 10:431-450.

Davidson, B., Quinn, W., Josephson, A.: The assessment of the family: An overview. Child and Adolescent Psychiatric Clinics of North America, 2001, 10:415-430.

Mabe, P., Turner, K., Josephson, A.: Parent management training. Child and Adolescent Psychiatric Clinics of North America, 2001, 10:451-464.

Lemmon, C., Josephson A.: The family therapy of eating disorders. Child and Adolescent Psychiatric Clinics of North America, 2001, 10:519-542.

Londino, D, Mabe P., Josephson, A.: Child and adolescent psychiatric emergencies: family psychodynamic issues, Child and Adoles Psychiatric Clin N Am, 2003, 12:629-647.

Josephson, A, Dell, ML: Religion and spirituality in child and adolescent psychiatry: A new frontier, Child and Adoles Psychiatric Clin N AM, 2004, 13:1-15.

Moncher, F, Josephson, A: Religious and spiritual assessment of the family, Child and Adoles Psychiatric Clin N AM, 2004, 13:49-70.

Josephson, A: Formulation and Treatment: Integrating religion and spirituality in clinical practice, Child and Adoles Psychiatric Clin N AM, 2004, 13:71-84.

Mabe PA, Josephson, A: Child and adolescent psychopathology: Spiritual and religious perspectives, Child and Adoles Psychiatric Clin N AM, 2004, 13:111-125.

Diamond G., Josephson A.: Family Based Treatment Research: A 10-Year Update. Journal of the American Academy of Child and Adolescent Psychiatry J Am Acad Child Adolesc Psychiatry, 2005, 44:872-887.

Drell, M, Josephson, AM, Pleak, R, Riggs, P and Rosenfeld, A. Clinical Problem Solving: The Case of John, Part I. J Am Acad Child Adolesc Psychiatry, 2006, 45:1124-1131.

Dell, ML and Josephson, A: Working with the Spiritual Issues of Children, Psychiatric Annals, 2006, 36:176-184.

Drell, M, Josephson, AM, Pleak, R, Riggs, P and Rosenfeld, A. Clinical Problem Solving: The Case of John, Part II. J Am Acad Child Adolesc Psychiatry, 2006, 45:1243-1251.

Drell, M, Josephson, AM, Pleak, R, Riggs, P and Rosenfeld, A. Clinical Problem Solving: The Case of John, Part III. J Am Acad Child Adolesc Psychiatry, 2006, 45: 1370-1380

Josephson, A. (Primary Author): Practice Parameter for The Assessment of the Family. American Academy of Child and Adolescent Psychiatry Official Action. J Am Acad Child Adolesc Psychiatry, 2007, 46:922-937

Josephson, AM, Peteet, JR: Talking with patients about spirituality and worldview: Practical interviewing techniques and strategies. Psychiatric Clin N Am, 2007, 30: 181-197

Josephson A. Depression and Suicide in Children and Adolescents: A Spiritual Perspective. Southern Medical Journal, 2007, 100:744-745.

Josephson A, Peters CK, Dell ML: Adolescent Dysphoria, Sexual Behavior and Spirituality. Southern Medical Journal, 2007, 100: 633-634.

Dell ML, Josephson A: Religious and Spiritual Factors in Childhood and Adolescent Eating Disorders and Obesity. Southern Medical Journal, 2007, 100: 628-632.

Bishop LC, Josephson A, Thielman, S, Peteet J: Neutrality, Autonomy and Mental Health: A Closer Look. Bulletin of the Menninger Clinic, 2007, 71:164-178.

Josephson A: The Reinvention of Family Therapy: Toward Family Intervention As a New Treatment Modality. Academic Psychiatry, 2008, 32:405-413.

Logsdon C, Pinto Fultz, M, Stein, B, Usui W, Josephson A: Adapting and Testing Telephone Based Depression Care Management Intervention for Adolescent Mothers. Archives of Women's Mental Health, 2010, 13 (4):307-317.

Josephson, A.M. (2011, March). Spiritual truth and clinical truth: Are they the same? Oates Journal, volume 11. Online: http://journal.oates.org/current/articles/302-ajosephson-2011

Josephson, A.M. Family Intervention as a Developmental Psychodynamic Therapy. Child and Adoles Psychiatric Clin N AM, 2013, 22:241-260.

Josephson, A. M. From Family Therapy to Family Intervention. Child and Adoles Psychiatric Clin N AM, 2015, 24:457-470.

## BOOKS AND CHAPTERS

Josephson, A.M.: "Psychodynamics in Anorexia Nervosa and Bulimia," in Anorexia Nervosa and Bulimia, J. Mitchell Ed. University of Minnesota Press, 1985.

Josephson, A., Moncher, F.: "Family History," in Handbook of Child and Adolescent Psychiatry, J. Noshpitz Ed., John Wiley and Sons, New York, 1998, Vol. 5, p.284-296.

Josephson, A., Moncher, F.: "Observation, Interview, and Mental Status Assessment (OIM): Family Unit," in Handbook of Child and Adolescent Psychiatry, J. Noshpitz Ed., John Wiley and Sons, New York, 1998, Vol. 5, p.393-414.

Josephson, A., Moncher, F.: "Family Treatment," in Handbook of Child and Adolescent Psychiatry, J. Noshpitz Ed., John Wiley and Sons, New York, 1998, Vol. 6, p.294-312.

Josephson, A.: (Contributing Editor). "The Family Redefined," in Your Child: What Every Parent Needs to Know." D. Pruitt, Editor in Chief, Harper Collins Publishers, New York, 1998, p.197-221.

Josephson, A.: (Contributing Editor). "The Family Redefined," in Your Adolescent: What Every Parent Needs to Know." D. Pruitt, Editor in Chief, Harper Collins Publishers, New York, 1999, p.101-126.

Josephson, A.: "Forensic Psychiatry," in Baker's Encyclopedia of Psychology, 2nd Edition, D. Benner Ed., Baker Books, Grand Rapids, 1999, p.464-466.

Moncher, F., Josephson, A.: "The Family Life Cycle," in Baker's Encyclopedia of Psychology, 2nd Edition, D. Benner, Ed., Baker Books, Grand Rapids, 1999, p.437-438.

Moncher, F., Josephson, A.: "Abuse and Neglect," in Baker's Encyclopedia of Psychology, 2nd Edition, D. Benner, Ed., Baker Books, Grand Rapids, 1999, p.33-36.

Josephson, A.: "Family Therapy of Child and Adolescent Psychiatric Disorders," in H. Kaplan and B. Sadock, Eds., Comprehensive Textbook of Psychiatry, Seventh Edition, Lippincott, Williams and Wilkins, Philadelphia, 2000, p.2821-2831.

Josephson, A.: (Editor). Current Perspectives on Family Therapy: Child and Adolescent Psychiatric Clinics of North America, W.B. Saunders, Philadelphia, 2001.

Josephson, A: "Family Therapy," in Lewis, M. (Editor), Child and Adolescent Psychiatry: A Comprehensive Textbook, Third Edition, Lippincott, Williams and Wilkins, Philadelphia, 2002, p.1036-1054.

Josephson, A., Peteet J.: (Eds.) Handbook of Spirituality and Worldview in Clinical Practice, American Psychiatric Publishing, Inc., 2004.

Josephson, A, Wiesner, I. Worldview in Psychiatric Assessment. In Josephson, A., Peteet J.: (Eds.) Handbook of Spirituality and Worldview in Clinical Practice, American Psychiatric Publishing, Inc., 2004, pp.15-30.

Josephson, A, Peteet, J. Worldview in Diagnosis and Case Formulation. Josephson, A., Peteet J.: (Eds.) Handbook of Spirituality and Worldview in Clinical Practice, American Psychiatric Publishing, Inc., 2004, pp.31-46.

Josephson, A.: "Family Therapy of Child and Adolescent Psychiatric Disorders," in H. Kaplan and B. Sadock, Eds., Comprehensive Textbook of Psychiatry, Eighth Edition, Lippincott, Williams and Wilkins, Philadelphia, 2004, pp.3352-3363

Josephson, A, Dell, ML. Religion and Spirituality: Child and Adolescent Clinics of North America, W.B. Saunders, Philadelphia, 2004

Josephson, A. Family Therapy in an Era of Biological Psychiatry: Diagnostic and Treatment Recommendations. In <u>Children in Family Contexts</u>. Combrinck-Graham, Ed. L. Guilford Press, New York, 2006, pp. 71-89.

Ruble L, Mathai G, Tanguay P, Josephson A: Psychosocial Treatment of Asperger's Disorder. In <u>Asperger's Disorder,</u> J. Rausch and M. Casanova, Eds. Informa Healthcare, New York, 2008, pp293-325.

Josephson, AM, Peteet, JR and Tasman, A: Religion and the Training of Psychotherapists. In <u>Religion and Psychiatry: Beyond Boundaries</u> P. Verhagen, H. v Praag, J. Lopez-Ibor, J. Cox and D. Moussaoui. Eds., World Psychiatric Association, Wiley: New York, 2010, pp. 571-586

Josephson, AM, Nicholi, AM and Tasman, A: Religion and Psychoanalysis: Past and Present. In <u>Religion and Psychiatry: Beyond Boundaries</u> P. Verhagen, H. v Praag, J. Lopez-Ibor, J. Cox and D. Moussaoui. Eds., World Psychiatric Association, Wiley: New York, 2010, pp. 283-303

Mabe, PA, Dell, M L and Josephson A. Spiritual and Religious Perspectives on Child and Adolescent Psychopathology. In <u>Religious and Spiritual Issues in Psychiatric Diagnosis: A Research Agenda for DSM-V</u>. Peteet, JR, Lu FG and Narrow WE (Eds), American Psychiatric Press Inc: Washington, DC., 2010, pp. 123-142.

Kinne, P and Josephson, AM. "Mental Health Assessment for Families." In <u>Encyclopedia of Family Health,</u> Craft-Rothberg, M and Pehler, SR, Eds. Sage, New York, 2011, p.734-740.

## BOOK AND MEDIA REVIEWS

Josephson, A.M. <u>Bulimia: Book For Therapist and Client</u>, By B.G. Bauer et al, Accelerated Development, Inc., International Journal of Eating Disorders, Vol. 7 (2), p. 7, 1988.

Patterson, T., Josephson, A.M. <u>Handbook of Behavior Family Therapy</u>. I. Falloon, Ed., Guildford Press, American Journal of Psychiatry, 1989, 146:1503-1504.

Josephson, A.M. <u>Stress, Coping and Development in Children</u>. Rutter, M. and Garmezy, N. Eds., Johns Hopkins Press, Journal of the American Academy of Child Psychiatry, 1990, 29:153-155.

Connell, J.A. and Josephson, A.M. <u>Relationship Disturbances in Early Childhood: A Developmental Approach</u>. Sameroff, A.J. and Emde, R.N., Eds. Basic Books American Journal of Psychiatry, 1991, 148:264-265.

James. R.L. and Josephson, A.M. <u>Of Human Bonding: Parent Child Relations Across the Life Course</u>. Rossi, A.S. and Rossi, P.H. Aldine de Gruyter, Journal of the American Academy of Child and Adolescent Psychiatry, 1992, 31:572-573.

Josephson, A.M. <u>Giant Steps: Therapeutic Innovations in Child Mental Health</u>. L. Combrinck-Graham, Basic Books, Journal of the American Academy of Child and Adolescent Psychiatry, 1992, 31:757-758.

Josephson, A.M. <u>Physicians with A.I.D.S.: An Interview with Peter</u>. Produced by Michael F. Myers. Bio Medical Communications, Hospital and Community Psychiatry, 1992, 43:872-873.

Josephson, A.M.  Evaluating Family Mental Health:  History, Epidemiology and Treatment Issues.  By J. Schwab, J. Stephenson and J. Ice, Plenum Press.  Journal of the American Academy of Child and Adolescent Psychiatry, 1996, 35:1099-1100.

Slayden, E.R. and Josephson, A.M.  Bridging Worlds - Understanding and Facilitating Adolescent Recovery from the Trauma of Abuse.  By Kennedy, Joyce & McCarthy, Carol J.  The Haworth Press.  Journal of the American Academy of Child and Adolescent Psychiatry, 2000, 39:391-392.

Josephson, A.M.  Case Studies in Family Violence. (Second Edition).  Edited by Ammerman, R.T. and Hersen, M.  Kluwer Academic/Plenum Publishers, Journal of the American Academy of Child and Adolescent Psychiatry, 2002, 41:887-888.

Moorman, M. and Josephson, A.M.  Getting Through to Difficult Kids and Parents.  By Taffel, R., The Guilford Press, Journal of the American Academy of Child and Adolescent Psychiatry, 2002, 41:1384-1385.

Josephson, A. M.  Spiritually Integrated Psychotherapy: Understanding and Addressing the Sacred. By Kenneth Pargament. The Guilford Press (2007) Journal of Psychiatric Practice, 2009, 15:154-156.

**OTHER PUBLICATIONS**:

Jensen, PS and Josephson, AM.  "Patient Compliance Guidelines Parallel Obstacles in Psychotherapy". Psychiatric Times, Vol 8 (2): p1, 7-9, 1991.

Josephson, A.M.  "Working With Families: Toward a Common Sense Empathy."  American Academy of Child and Adolescent Psychiatry News, Vol. 27(1):46-47, 1996.

Josephson, A.M.  "Building Self Esteem in Children."  Christian Counseling Today, Vol. 9, 42-45, 2001.

Josephson, A.M.  "Myths of the Biopsychosocial Model."  American Academy of Child and Adolescent Psychiatry News, Vol. 33(2) 73-75, 2002.

Josephson, A.M. and Dell, M L.   "Integrating Religion and Spirituality in Clinical Practice with Children and Adolescents". Psychiatric Times, Vol. 22: 58-61, 2005.

Peters CK, Josephson, AM.  "Understanding and Managing Adolescent Disruptive Behaviors: A Developmental Family Perspective" Psychiatric Times, 26:42-47, 2009.

Josephson, A.M.  What Part of "No" Don't You Understand? American Academy of Child and Adolescent Psychiatry News, Vol. 40:262-263, 2009.

Cook MN, Josephson, AM. Parental Participation Paramount Across Paradigms. American Academy of Child and Adolescent Psychiatry News, Vol. 43:75-78, 2012.

Josephson, AM., Kramer, D. Why the Family is Relevant for the Contemporary Child Psychiatrist. American Academy of Child and Adolescent Psychiatry News, Vol. 45:10-11, 2014.

7-2015