# EXHIBIT J

EXHIBIT L

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> PATRICK MCCRORY *et al.*, <br><br> Defendants | CASE NO. 1:16-CV-00236-TDS-JEP |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> *v.* <br><br> STATE OF NORTH CAROLINA *et al.*, <br><br> Defendants | CASE NO. 1:16-CV-00425-TDS-JEP |

## DECLARATION OF WALT HEYER

**1.** I provide the following testimony under penalty of perjury, pursuant to 28 U.S.C § 1746. I have personal knowledge of the matters stated, and am not being compensated for this testimony.

**2.** I was born a male and started my transgender journey in 1944 at 4 years of age. That's when the desire to become female first took hold. I bring over 70 years of personal life experience to the discussion of transgenderism. I underwent transition from male to female and lived as a woman for eight years, only to see first-hand it was not the proper treatment for Gender Dysphoria. Instead of helping, it inflicted great harm.

**3.** My view of the transgender experience comes from the perspective of having lived my life as a transgender bolstered by relevant education, employment and mentoring of other transgenders like myself who regret ever having attempted to change from one sex to another.

**4.** I studied at UC Santa Cruz in the late 1980s and completed the course requirements for a certificate in psychology and pharmacology, working to become a counselor. I interned as a counselor to drug dependent individuals in San Jose, California, earning over 2500 hours of supervised counseling experience.

**5.** I was employed at a Santa Monica hospital near Los Angeles in the lockdown psychiatric unit. As part of my internship I was a counselor to the dual diagnosed psychiatric patients in the hospital who needed 24-hour care. Later, I became the Director of Care/Counseling Ministries in Indian Wells, California at a church of over 3,000 regular attendees and served in that position for 3 ½ years. Ten years ago, I launched my website to reach out to those who regret having undergone a sex change and want to restore their innate sex and their life.

**6.** My story of restoration gives much-needed hope to individuals contemplating suicide and provides a roadmap back to living life in their innate gender. I have authored 5 books[1] and been interviewed for television, radio and print media around the world. Over 350,000 people from 180 countries came to my website www.sexchangeregret.com in calendar year 2015 alone. I am considered a leading authority by many on the subject of transgender ideology. My blog and books all serve to help individuals return to the gender they lost and to help their families.

**7.** Over the last 10 plus years I have informally mentored and assisted scores of transgenders who regret changing from male to female or female to male. I encourage those who

---

[1] *A Transgender's Faith* – Walt Heyer's autobiography.
*Paper Genders* – the history of failed attempts to resolve psychiatric or psychological disorders with surgery.
*Gender, Lies and Suicide* – The tragedy of transgender suicide, with personal stories and research data.
*Perfected with Love* – Walt Heyer's story gives insight into how to show God's love to a transgender person.
*Kid Dakota and the Secret at Grandma's House* – a novel based on Walt Heyer's life.

contact me who have Gender Dysphoria to seek psychological and psychiatric assessment for other disorders that are also present, which is the case in a majority of those who desire to change genders.

8. Over seventy years ago, at four years of age, I was drawn to cross-dressing for reasons that were unknown to me. My grandmother encouraged me and she enjoyed our secret times of playing dress-up. I liked how I felt dressed like a little girl and I liked how Grandma fawned over me. The desire to not only cross-dress but to actually become a female took root and grew stronger every day. From that onset in 1944 at Grandma's house the persistent unrelenting desire never went away for even a day.

9. My grandmother made me a full length purple chiffon evening dress to wear in our secret play times. Her excitement of seeing me in that hand-made dress was affirmation to me that I should have been born a girl and made the feelings to want to change into a girl even stronger.

10. I started dreaming as if I were already a little girl. In one of the most memorable dreams I was the girl in the purple chiffon evening dress walking alongside a tall man strolling down the sidewalk.

11. The feelings never went away. I kept my feelings inside and did not share my female identity with my older brother or talk about my feelings with my parents. I lived my life as a boy outside and as the girl in the purple dress inside. That was quite okay with me. I liked keeping the secret that I wanted to become a female someday from everyone. There was no stress with keeping it secret. In fact, that was a major plus in keeping my girl excitement about my future. No one would know to ask me uncomfortable questions like why I felt that way or how my feelings started.

**12.** High school was a great time and I did typical boy activities: football team, car club, dating girls. I told my best friend about my girl side. He was cool and never told anyone. We never talked about it again and remained great friends. Like most transgenders I have known over the last 35 years, I was not homosexual. I just wanted to change genders. Transgenderism for me was not a sexual issue but rather a strong desire to express my female feelings to the world. In my secret world, I even took on a female name.

**13.** Throughout my childhood even during my high school and college years I continued the secret cross-dressing I enjoyed so much.

**14.** Eventually I got engaged and told my future wife about my cross-dressing and my early childhood. She was undaunted by the idea and we got married in 1962. By 1968 we had two kids and my career was unfolding in incredible ways.

**15.** After some specialized education in electronic drafting I became an associate design engineer on the Apollo space missions program, working in the area of cryogenics as part of a team that prepared specifications for NASA. Later, in the automotive manufacturing business, I quickly worked my way up to the executive level. Yet the desire to cross-dress and change genders never went away, even for one day.

**16.** By the time I was in my thirties in the 1970s I started to hear about individuals who were changing genders. They said they had a strong desire, just like I did, and there was a name for it: Gender Identity Disorder (what is now called Gender Dysphoria). At the cross-dressing bars in San Francisco that I frequented, people were talking about a doctor who would administer cross-gender hormones. I wanted to fulfill the dream that started at Grandma's house when I was four years old, to become a girl.

**17.** I needed to find out if I had Gender Identity Disorder and scheduled an appointment with a leading expert, Dr. Paul Walker, PhD, the distinguished chairperson and one of the original authors of the Harry Benjamin International Standards of Care, the same standards published today by the successor organization, World Professional Association for Transgender Health (WPATH).

**18.** The WPATH organization is such a strong advocacy group they have lost their way in caring for the long-term health and welfare of the transgender population. WPATH has failed to set effective, sound standards for diagnosing co-existing psychiatric and psychological disorders that lead to regret and too many suicides among transgender people.

**19.** Dr. Walker diagnosed me with Gender Identity Disorder and provided an approval letter that said I was someone who would benefit from hormone therapy and gender reassignment surgery. I started hormone therapy at the direction of Dr. Walker. I waited more than two years then returned to see Dr. Walker again to see if he had changed his diagnosis of me.

**20.** Dr. Walker was steadfast in his diagnosis and the need for me to be treated with hormones and gender reassignment surgery. He prepared an updated letter, again approving me for male-to-female surgery.

**21.** I looked forward to finally having resolution to my life-long desire to be female and I scheduled the surgery. As a result, my wife filed for divorce. I went ahead with the gender reassignment surgery in the hands of the world-renowned Dr. Stanley Biber, who over his lifetime performed over 4,000 sex reassignment surgeries. Reassignment surgery for male to female consists of removing the testicles while retaining the penis, but surgically inverting the penis into a pouch. No female genitalia are ever used. Legally I became Laura Jensen, female.

**22.** I lived nearly 8 years as a female in San Francisco working for the federal government at the FDIC and the US Postal Service. I began studying psychology at the University of Santa Cruz. I wanted to better understand addictive behaviors and wanted to learn how I could help other people who were struggling from difficult childhoods.

**23.** For 8 years, there were happy times at first, but as the years passed my Gender Dysphoria re-emerged. I became concerned and depressed because the male-to-female reassignment surgery was a huge life change and my Gender Dysphoria symptoms had returned. I was switching between Laura and Walt every few days. I was even more confused than I had been before my change to Laura. I consulted a psychologist who told me to "give it time." Eight years seemed like enough time to me. But the counselor, a specialist in Gender Dysphoria, told me adapting to Laura would take time, even years.

**24.** A new awareness came while I was employed in a psychiatric unit. A staff psychiatrist pulled me aside to ask me questions about my childhood. After a few days of talking with me, he suggested I might have a previously undiagnosed and untreated disorder. At his suggestion I spent time with a psychologist who could assess whether or not I had a co-existing disorder, and if so, what it was.

**25.** That was a turning point for me. I was taken aback when I learned from the psychologists that people who changed genders like me could have additional undiagnosed and untreated disorders, such as depression, anxiety, bipolar disorder, obsessive-compulsive disorder, dissociative disorder, schizophrenia and body dysmorphic disorder, to mention a few.

**26.** With the knowledge I had been suffering all my life from a co-existing disorder in addition to Gender Dysphoria, I went headlong into psychotherapy. There I learned that engaging in cross-dressing at a young age for a two-year period most likely was a contributing

factor of my dissociative disorder. I also have learned I was not alone: dissociative disorders, it has been reported, can be present in nearly 30% of all transgender individuals.

27. Dissociative disorder is an extreme coping mechanism, usually a result of, but not limited to, sexual abuse, emotional trauma, physical harm, abandonment, broken homes and deep personal loss. Dissociative disorders are a survival mode, a way to cope.

28. The person dissociates from who he really is and attempts to become someone he isn't. The person's identity splits into fragment identities who do not feel the pain of the past. They are all parts of the original person. In my case, Laura was a fragment identity who had the reassignment surgery. There were other fragments: Andrea, Crystal and Nicole were female; JJ and Jimmy were male. To heal, I would need psychological treatment to re-integrate the fragment identities.

29. The stunning moment for me came when a psychologist told me that the treatment I had undergone for Gender Dysphoria—hormone therapy and gender reassignment surgery—would make re-integration of the identities extremely difficult because I had a body that was fashioned to look like Laura, but according to the additional diagnosis of dissociative disorder, I needed to reintegrate all the fragments into the surgically mutilated male body of Walt.

30. Because Dr. Walker only focused his attention and diagnosis on Gender Dysphoria (a correct diagnosis), he failed to take the next step—exploring the existence of co-existing disorders that might also be causing my gender distress. Dissociative disorder often mimics Gender Dysphoria and as a result is overlooked and undiagnosed. It was clear my co-existing psychological disorder should have been treated prior to any hormones or gender surgery. Hope of living a happy life was fading away. I attempted suicide because I was so distressed. A change of gender identity did not resolve the problems that started in my early childhood.

7

Case 1:16-cv-00236-TDS-JEP   Document 143-10   Filed 10/28/16   Page 8 of 12

31. It took a long time and restoration was extremely difficult. I was in counseling for years, sometimes meeting every day, but I was finally able to put my Gender Dysphoria to rest through psychotherapy to effectively treat the co-existing dissociative disorder. When the dissociative disorder and the childhood pain that had led to it were treated, the feelings of wanting to be a girl went away. It was only after treating the dissociative disorder that I achieve the serenity and happiness I had always wanted.

32. I work with people who regret their change, helping them identify that moment in time, the onset, when Gender Dysphoria captivated their psyche. People who I have worked with all come to realize they were not born with transgenderism. Transgenderism is a learned behavior, a social ideology, not an innate condition from birth.

33. Nothing has changed from the days I sought out Dr. Walker for help. The majority of Gender Dysphoria specialists continue to urge individuals to undergo hormone therapy and gender reassignment surgery with a total disregard for considering the possibility of the presence of coexisting psychological disorders that could be the primary cause driving the desire to change genders. I have seen too much unhappiness and regret over the years from hormone therapy and surgeries.

34. Almost all those who write to me say their wish to go back comes anywhere from three weeks to fifteen years after changing genders when they realize reassignment surgery and hormones were ineffective as treatment for their Gender Dysphoria.

35. Hormones in themselves are powerful drugs and taking them can alter how one looks, thinks, feels and behaves. Taking hormones lures the person into desiring gender reassignment surgery. Hormones and surgery have been known to offer a temporary reprieve, but not a life-

long solution. If hormones and reassignment surgery were a lifetime solution there would be no regret, no unhappiness and drastically fewer transgenders like myself attempting suicide.

36. An example of regret came today while writing this summary from a female who wants to change her legal documents back: "Please let me know the steps to detransition legally and change the gender marker back. There is little information on the topic and most discussing stopping hormones or a surgical reversal without discussing the steps to change the legal documents back to birth gender."

37. Some who write me are clearly in deep distress, feeling the weight of a huge mistake. One Sunday, on Father's Day, I received an email from a man, an airline captain, who was ready to commit suicide. He had undergone gender reassignment surgery three years prior and realized it was the biggest mistake of his life and now he wanted to take his life. After several hundred emails, phone contact and getting him into counseling, thankfully he is still alive, working through his issues and wanting to return to his innate gender after reassignment surgery.

38. Another man, a physician, wrote me expressing his regret with gender reassignment:

> How naïve and stupid was I despite being a well-trained physician with nearly two million in the bank. My gender story was the same as most. I felt trapped in the wrong body and thought of little else since age seven. I wanted to be a girl… If I could only go back to the day before my surgery in March of 2005 -- I would run from that surgeon's knife. I have lived and worked as a surgically altered man trying to play the part of a woman for six years… My attempt at being a member of the softer gender was not working, and I had become no more than a caricature and source of amusement for others. Now I was trapped—I was truly a person in the wrong body…I am now trying to correct this wrong, and for the first time I have the love and support of a wonderful loving human being. She has done much to educate me about women and who and what they truly are. Chromosomes do matter, and undeniable birth gender should not be altered.

39. Another email illustrates the truth about damaged lives. This man's story of transition started in his teens. When this man's childhood trauma was treated

9

appropriately, his transgender feelings faded. But tragically, he lost ten years of his life and the ability to father biological children.

> I transitioned to female beginning in my late teens and changed my name in my early 20s, over ten years ago. But it wasn't right for me; I feel only discontent now in the female role. I was told that my transgender feelings were permanent, immutable, physically deep-seated in my brain and could NEVER change, and that the only way I would ever find peace was to become female. The problem is, I don't have those feelings anymore. When I began seeing a psychologist a few years ago to help overcome some childhood trauma issues, my depression and anxiety began to wane but so did my transgender feelings. So two years ago I began contemplating going back to my birth gender, and it feels right to do so. I have no doubts--I want to be male!
>
> I did have orchiectomy [the removal of one or both testicles], and that happened before my male puberty had completed, so I have a bit of facial hair which I never bothered to get electrolysis or laser for, and so the one blessing about all this is that with male hormone treatment I can still resume my male puberty where it was interrupted and grow a full beard and deep voice like I would have had if transgender feelings hadn't intruded upon my childhood. My breasts are difficult to hide though, so I'll need surgery to get rid of them. And saddest of all, I can never have children, which I pray God will give me the strength to withstand that sadness.

**40.** The long-term result of providing cross-gender hormones and gender reassignment surgery is too many people whose lives are full of regret.

**41.** I, as best I can, lend a helping hand to anyone who is struggling to restore a life ruined and destroyed by the false idea that hormones and reassignment would resolve the gender conflict. Sadly, there are too many. Through my media appearances and books, I try to give hope in helping them find real wholeness.

**42.** After over 70 years of living on some level with transgenderism I can tell you people are not born with it. They think they are trapped in the wrong body, but it is due to emotional, psychological or psychiatric problems that have not been diagnosed or treated properly. Hormones and surgery aren't the solution for coexisting mental issues.

Case 1:16-cv-00236-TDS-JEP Document 173-19 Filed 08/29/16 Page 10 of 12

**43.** Thankfully, the gender change destruction did not define my entire life. By the age of 55, I finally felt whole again living as a man. I've been married now for 19 years. I'm at peace with my body and my male gender and I enjoy helping other people find the same serenity and wholeness that I have found beyond the transgender life.

Signed: *Walt Heyer*
Walt Heyer

Date: 8/11/2016