# EXHIBIT K

# EXHIBIT M

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

STATE OF NORTH CAROLINA et al.,

      Defendants.

Case No. 1:16-cv-00425-TDS-JEP

## <u>EXPERT DECLARATION AND REPORT OF KENNETH V. LANNING</u>

      This is a preliminary report. As discovery is still underway, there may be a need for this report to be amended or supplemented. I am including a portion of my Curriculum Vitae in this report detailing my education, qualifications, law enforcement training and experience in the public safety field. I have been retained as an expert for the defense in this litigation. A list of materials I reviewed while making this opinion is attached as Exhibit A.

### <u>Summary of Opinions</u>

1.  Multi-occupant public facilities present a special class of public safety risks in connection with the activities of male sex offenders. These public safety risks are magnified substantially by the imposition of gender-identity based access policies or social norms ("GIBAPs") that purport to create access rights to showers, locker rooms, and restrooms based solely upon patrons' unverifiable self-declarations of their gender identities. It is not because transgender individuals use facilities that do not correspond with their biological sex that GIBAPs increase public safety risks, but rather because GIBAPs offer increased opportunities for improper and illegal conduct to both situational and preferential sex offenders.

2.  By providing a clear objective criterion for who is legally entitled to use women-only facilities, Part I of North Carolina's HB2 makes it more difficult for male sex offenders to access female victims in public facilities without detection, and makes it more feasible for law enforcement personnel to report, investigate, and prosecute those offenses. Part I of HB2 also sends a clear message to society about what is unlawful in public facilities designated for women and girls and what kinds of activities should be reported to law enforcement officials.

## Background and Qualifications

3. My name is Kenneth V. Lanning. After completing my military service as an Explosive Ordnance Disposal officer and diver in the U.S. Navy, I joined the Federal Bureau of Investigation ("FBI") in 1970. I spent over 30 years working as a Special Agent in the FBI, including over a decade as an investigating field agent.

4. I have been involved in the professional study of the criminal aspects of deviant sexual behavior since 1973. In 1973 I received specialized training from the FBI and was designated a field "Sex Crimes" police instructor. While assigned as a field agent in the San Antonio, Texas, and Los Angeles, California field divisions of the FBI from 1973 to 1980, as a collateral responsibility, I conducted training for local, state, and federal law enforcement in the area of sex crimes. To expand my knowledge in this area, I enrolled in graduate school, read books and articles, and consulted with law enforcement investigators who conducted such investigations.

5. In 1981, after obtaining my Masters Degree, I was assigned to the FBI Behavioral Science Unit (BSU) and the National Center for the Analysis of Violent Crime (NCAVC) at the FBI Academy in Quantico, Virginia. The objective of this Unit was the practical application of knowledge of the behavioral sciences to the investigative process. I was assigned there for 20 years (1981-2000) – longer than any other FBI agent. During this time I focused primarily on behavioral analysis of sexual offenses of all kinds, especially those against children. My duties included analyzing and understanding how sex offenders commit their crimes and how their victims respond.

6. As my attached *curriculum vitae* (CV) indicates (see Exhibit B), my primary focus at the BSU was teaching, researching, and consulting regarding sex crime investigation and the behavior of sex offenders. I taught classes accredited by the University of Virginia on "Interpersonal Violence," Violence in America," and "Sexual Victimization of Children." During my two decades in the BSU, I became one of the world's leading experts in the dynamics of sex offenses and the real world behavior of sex offenders.

7. My expertise, conclusions, and observations concerning sex offender and victim behavior are therefore based on the totality of my reflective experience from being simultaneously involved in training, research, and case consultation in the same subject area for more than 35 years. I conducted original research, monitored the research of others, and studied closed cases. I also benefitted from extensive advanced specialized training in all aspects of the investigation and prevention of sex offenses.

8. As an FBI Agent, when doing case consultations, I had access to detailed law enforcement records (i.e., investigative reports, interviews of offenders and victims, crime scene photographs, medical reports, laboratory reports, computer records, pornography, erotica, collateral evidence, etc.) that are not typically available to mental health professionals and academic researchers. My analysis and conclusions in these cases were based on objective evaluation of the totality of the most detailed, reliable, and corroborated information available.

2

9.  I developed a unique level of expertise through the unequalled opportunities afforded by the BSU's role as consultant to federal, state, local, and international law enforcement agencies. Over the course of twenty years in the BSU, I was able to consult on and evaluate literally thousands of sex offense cases, generally with full access to case investigators and their complete investigative and evidentiary files. I was able to consult on far more cases than I ever would have had the time or the jurisdiction to personally investigate. While assigned to the BSU, I also testified in dozens of state and federal criminal trials involving sex offenses. It is unlikely that any other U.S. law enforcement professional at any level of government has equivalent experience in the field.

10. Over the course of my career, I have provided instruction to well over 50,000 law enforcement officers, prosecutors, social workers, mental health and medical personnel, judges, and other professionals at training schools, seminars, and conferences conducted all over the United States and throughout the world, on topics including but not limited to Crime Prevention, Evaluation of Sex Offenders, Sexual Victimization of Children, Deviant Criminal Sexuality, Nuisance Sex Offenses, Sexual Homicide, Criminal Profiling and Crime Analysis, Sexual Exploitation of Children, and Ritualistic Crime.

11. The following is just a small sampling of the organizations that have invited me to speak and before which I have presented my analysis and findings. Please see my *curriculum vitae*, attached as Exhibit B for a more complete list:

*   Academy of Criminal Justice Sciences
*   American Academy of Forensic Sciences
*   Institute of Law, Psychiatry, and Public Policy
*   Department of Psychiatric Medicine - Western State Hospital
*   Department of Psychology, University of Alabama
*   Johns Hopkins University
*   St Luke Institute for Sexual Disorders
*   Walter Reed Army Medical Center
*   Lee Institute of Forensic Science & University of New Haven
*   University of Virginia
*   University of Southern California
*   National Council of Juvenile and Family Court Judges
*   National Judicial College
*   Flaschner Judicial Institute
*   Bronx County Special Grand Jury
*   Solicitor General of Canada
*   Department of Defense Polygraph Institute
*   National Association of Counsel for Children
*   Association for Treatment of Sex Abusers (ATSA)
*   American Orthopsychiatric Association
*   American Academy of Psychiatry and the Law
*   American Psychological Association

3

- American Academy of Child and Adolescent Psychiatry
- Benjamin N. Cardozo School of Law
- The Association of the Bar of the City of New York
- American Bar Association
- Tyndale University College and Seminary
- U.S. Naval Justice School
- National Advocacy Center
- Texas Juvenile Probation Commission
- 9th Circuit Chief District Judges and Lawyer Representatives
- U.S. Government Accountability Office's Homeland Security and Justice Team
- American Professional Society on the Abuse of Children (APSAC)

12. I have also researched and written extensively in the field. I have published several monographs and numerous articles for scholarly and professional journals. I have served as a peer reviewer for a number of journals as well, including the *International Journal of Child Abuse and Neglect*, the *Journal of Interpersonal Violence*, *Child Maltreatment*, *Sexual Abuse*, the *FBI Law Enforcement Bulletin*, and *The Police Chief*.

13. Several of my more relevant publications include:

- "Pedophile Collectors," chapter in *Child Pornography and Sex Rings*. Lexington, MA: Lexington Books, D.C. Heath and Company (1984)
- "Child Pornography and Sex Rings" (co-author), FBI *Law Enforcement Bulletin*, January 1984 (Reprinted in Victoria Police Association Journal, February 1985)
- *Child Molesters: A Behavioral Analysis*, monograph published by National Center for Missing & Exploited Children (1986) (1987, 2nd Ed) (1992, 3rd Ed) (2001, 4th Ed) (2010, 5th Ed)
- *The Sexual Exploitation of Children* (contributing author), New York, NY: Elsevier Science Publishing (1986)
- "Child Molesters: A Behavioral Analysis for Law Enforcement," chapter in *Practical Aspects of Rape Investigation*. New York, NY: Elsevier Science Publishing (1987)
- "The Maligned Investigator of Criminal Sexuality" (co-author), *FBI Law Enforcement Bulletin*, September 1988
- "Satanic, Occult, Ritualistic Crime: A Law Enforcement Perspective," *The Police Chief*, October 1989 (Reprinted in *Roundtable* 1990)
- "Child Pornography," chapter in *Pornography: Research Advances and Policy Considerations*. Hillsdale, NJ: Lawrence Erlbaum Associates Publishers (1989)
- *Child Sex Rings: A Behavioral Analysis*, monograph published by National Center for Missing & Exploited Children (1989) (1992, 2nd Ed)
- "Child Molesters Who Abduct" (co-author), *Violence and Victims* (1991)
- "Ritual Abuse: A Law Enforcement View or Perspective," Commentary in *Child Abuse and Neglect: The International Journal* (1991)
- "Satanic, Occult, Ritualistic Crime: A Law Enforcement Perspective," *Homicide Investigators Journal*, Spring, 1992 (Reprinted in *Australian Criminal Intelligence Digest*, January 1994)

- *Investigator's Guide to Allegations of "Ritual" Abuse*, monograph Published by U.S. Department of Justice (1992)
- *Crime Classification Manual* (contributing author), New York, NY: Lexington Books (1992)
- "Sexual Homicide of Children," *APSAC Advisor*, Vol. 7, No. 4 (Winter 1994)
- *Child Molesters Who Abduct* (author and co-editor), monograph published by National Center for Missing & Exploited Children (1995)
- "Child Molesters: A Behavioral Analysis For Law Enforcement," chapter in *Practical Aspects of Rape Investigation*, 2nd Ed. Boca Raton, FL: CRC Press (1995)
- "Collateral Materials and Sexual Crimes" (co-author), chapter in *Practical Aspects of Rape Investigation* 2nd Ed. Boca Raton, FL: CRC Press (1995)
- "Criminal Investigation of Sexual Victimization of Children," chapter in *The APSAC Handbook on Child Maltreatment*. Thousand Oaks, CA: Sage Publications (1996)
- "The Witch Hunt, the Backlash, and Professionalism," *APSAC Advisor*, Vol. 9, No. 4 (Winter 1996)
- *Law Enforcement Response to Child Abuse* (co-author), monograph in the Portable Guides to Investigating Child Abuse Series, U.S. Department of Justice (1997)
- *Understanding and Investigating Child Sexual Exploitation* (co-author), monograph in the Portable Guides to Investigating Child Abuse Series, U.S. Department of Justice (1997)
- "Cyber 'Pedophiles': A Behavioral Perspective," *ASAC Advisor*, Vol. 11, No. 4 (Winter 1998)
- *Use of Computers in the Sexual Exploitation of Children* (co-author), monograph in the Portable Guides to Investigating Child Abuse Series, U.S. Department of Justice (1999)
- "Investigating Potential Child Abduction Cases" (co-author), *FBI Law Enforcement Bulletin*, April 2001
- "The Maligned Investigator of Criminal Sexuality" (co-author), chapter in *Practical Aspects of Rape Investigation*, 3rd Ed. Boca Raton, FL: CRC Press (2001)
- "Collateral Materials and Sexual Crimes" (co-author), chapter in *Practical Aspects of Rape Investigation*, 3rd Ed. Boca Raton, FL: CRC Press (2001)
- "Child Molesters and Cyber Pedophiles-A Behavioral Perspective," chapter in *Practical Aspects of Rape Investigation*, 3rd Ed. Boca Raton, FL: CRC Press (2001)
- "Criminal Investigation of Sexual Victimization of Children," chapter in *The APSAC Handbook on Child Maltreatment*, 2nd Ed. Thousand Oaks, CA: Sage Publications (2002)
- "Cyber Pedophiles: A Behavioral Perspective," chapter in *Prosecuting Online Child Exploitation Cases*, US Department of Justice (2002)
- "A Law Enforcement Perspective on the Compliant Child Victim," *APSAC Advisor*, Vol. 14, No. 2 (Spring 2002)
- "The Compliant Child Victim," Guest Co-editor for Special Issue, *APSAC Advisor*, Vol. 14, No. 2 (Spring 2002)
- "Acquaintance Child Molesters: A Behavioral Analysis," chapter in *Medical, Legal, & Social Science Aspects of Child Sexual Exploitation*. St. Louis, MO: G.W. Medical Publishing, Inc. (2005)
- "Compliant Child Victim: Confronting an Uncomfortable Reality," chapter in *Viewing

5

*Child Pornography on the Internet*. Dorset, UK: Russell House Publishing (2005)
- "Collateral Materials and Sexual Crimes" (co-author), chapter in *Practical Aspects of Rape Investigation*, 4th Ed. Boca Raton, FL: CRC Press (2009)
- "Cyber 'Pedophiles': A Behavioral Perspective," chapter in *Practical Aspects of Rape Investigation*, 4th Ed. Boca Raton, FL: CRC Press (2009)
- "Cyber 'Pedophiles': A Behavioral Perspective," chapter in *Serial Offenders: Theory and Practice*. Sudbury, MA: Jones & Bartlett Learning (2012)
- "Twenty-five Years of APSAC: A Personal, Law Enforcement Perspective," *APSAC Advisor*, Vol 24, No 1 & 2 (Winter/Spring 2012)
- "Acquaintance Child Molesters and Youth-Serving Organizations" (coauthor), *Journal of Interpersonal Violence*, Vol 29, No 15 (October 2014)

Some additional publications reprinting or setting forth my typology of child molesters or my sex offender continuum include:

- *Sexual Exploitation of the Child*, Center for Urban Policy, Loyola University of Chicago (1986)
- *Camp Director's Guide: Preventing Sexual Exploitation of Children*, National Center for Missing & Exploited Children and American Camping Association (1988)
- *Violence against Children: Investigator's Desk Manual,* Office of Pennsylvania Attorney General (1989)
- "Screening for Pedophiles in Youth-Oriented Community Agencies," by Arlene McCormack and Marialena Selvaggio. *Social Casework: The Journal of Contemporary Social Work*, January 1989, Vol. 70, No.1
- *On Trial* by Judge Charles B. Schudson, Boston, MA: Beacon Press (1991)
- "Child Molesters: A Behavioral Analysis," *School Safety* (National School Safety Center Newsjournal), Spring 1994
- *A Police Reference Manual for Cases of Child Sexual Abuse*, Canadian Research Institute for Law and the Family (1995)
- *The APSAC Handbook on Child Maltreatment*. Thousand Oaks, CA: Sage Publications (1996, 2002)
- *Profiling Violent Crimes*, 2nd Ed., by Ronald M. Holmes. Thousand Oaks, CA: Sage Publications (1996)
- *Sexual Abuse in America*, by Robert Freeman-Longo. Brandon, VT: Safer Society Press, (1998)
- *Criminal Investigation*, 7th Ed., by Leonard Territo. Boston, MA: McGraw-Hill Higher Education (2000)
- *Child Pornography: The Criminal Justice System Response*, National Center for Missing & Exploited Children (2001)
- *A Guide to Prevention and Awareness of Abuse for Youth Soccer Associations*. Short Hill, NJ: Bollinger, Inc. (2001)
- *How to Work with Sex Offenders*. New York, NY: Haworth Clinical Practice Press (2001)
- *Prosecuting Online Child Exploitation Cases*, U.S. Department of Justice (2002)
- *Interpol Handbook on Good Practice for Specialist Officers Dealing with Crimes against*

6

*Children*, Interpol (2003)
- *Child Pornography: An Internet Crime*.  New York, NY:  Brunner-Routledge  (2003)
- *Introductory Criminal Analysis:  Crime Prevention and Intervention Strategies*, by Thomas Baker.  Upper Saddle River, NJ:  Prentice Hall Publishing (2005)
- *Investigating Child Exploitation and Pornography:  The Internet, The Law and Forensic Science*.  Burlington, MA:  Elsevier Academic Press (2005)
- *Medical, Legal, & Social Science Aspects of Child Sexual Exploitation*.  St. Louis, MO:  G.W. Medical Publishing, Inc. (2005)
- *Serial Offenders: Theory and Practice*.  Sudbury, MA:  Jones & Bartlett Learning (2012)

14. I was the recipient of the 1996 Outstanding Professional Award from the American Professional Society on the Abuse of Children (APSAC).  One of that organization's key publications, *The APSAC Handbook on Child Maltreatment*, 2nd Ed., is dedicated to me.

15. I was the 1990 recipient of the Jefferson Award for Research from the University of Virginia, the 1997 recipient of the FBI Director's Annual Award for Special Achievement for career accomplishments in connection with missing and exploited children, and the 2009 recipient of the Outstanding Service Award for my lifetime achievements from the National Children's Advocacy Center.  I was an invited member of the Advisory Board of the Association for the Treatment of Sexual Abusers (ATSA).

16. I have been interviewed concerning the nature and scope of sexual crimes by the CBS, NBC, ABC, Fox Networks, MSNBC, PBS, CNN, ESPN, Frontline, National Public Radio, Associated Press, *Time Magazine*, *Newsweek*, *Reader's Digest*, *Life*, *Parade Magazine*, *Sports Illustrated*, *Ladies' Home Journal*, *People Magazine*, *Los Angeles Times*, *Washington Post*, *New York Times*, *Psychiatric News*, *National Law Journal*, *APBnews.com*, *Legal Times* and dozens of local TV stations and newspapers.

17. Law enforcement agencies and child protection organizations across the country continue to use my work as the foundation of their approach to investigating and preventing sex offenses. For example, law enforcement and others continue to use the sex offender typology I developed as a cornerstone of their work.  The National Center for Missing & Exploited Children (NCMEC) has distributed over 211,000 hard copies and had 1.5 million copies accessed online of the 5 editions my monograph *Child Molesters: A Behavioral Analysis*.

18. I have testified seven times before both the United States Senate and United States House of Representatives on various topics related to sexual offenses.  I have been qualified to provide expert testimony more than 70 times, in both criminal and civil cases, about my behavioral typology of sex offenders and my behavioral analysis of sexual offenses, especially victimization of children.

19. Since retiring from the FBI, I have continued doing similar work as a private consultant including consulting to the FBI Behavioral Analysis Unit under a contract.   In my private consulting work, I have provided analysis and expert testimony in both criminal and civil matters, for prosecutors, plaintiffs, and defendants.  In the past several years I have deliberately reduced my travel and consulting workload, but I continue to follow the

literature closely and have remained involved in a number of cases in a consulting role.

## Scope of Report

20. To be clear, this report is *not* about the treatment of transgendered persons, nor should it be misconstrued as hostile in any way to the civil rights of the transgendered. My report is instead about the documented behavior patterns of male sex offenders and sexual offenses that *already* take place; the fact that many of them are not reported, investigated, or prosecuted despite the existence of laws criminalizing such conduct; and the ways in which GIBAPs and similar access guidelines will increase the ability of such offenders to escape identification and detection. My report also explains the benefits of laws like North Carolina's HB2 in protecting public safety and privacy, especially that of women and girls.

21. Furthermore, this report is about a consensus view of criminality, not contested views of morality. As I have stated in my presentations and published writings, "Some enter this investigative field to enforce their own moral or religious values. Officers must remember that they are employed to enforce the penal code and not the Ten Commandments. Child molestation and rape are of professional interest to the law enforcement investigator because they are crimes, not because they are sins. A personal code of ethics is an important asset to any investigator; however, personal moral values are the criteria by which the investigator should judge his own behavior and not the behavior of others."

## Sex Offenders and Sex Offenses

22. Sexual crimes can involve violent and non-violent acts, contact and non-contact behavior, varying degrees of emotional and physical harm, and a wide variety of sexual and non-sexual motivations. Some victims may not even know or realize they were victimized. There are serious sex offenses, such as murder, torture, and sadistic rape, which are generally dealt with severely by the criminal-justice system. And there are what are sometimes called "nuisance sex offenses," such as indecent exposure and window peeping, which are generally dealt with more lightly by the criminal-justice system. Although often referred to as "nuisance offences," they are obviously more than a nuisance to their victims, on whom such offenses inflict varying degrees of emotional and psychological trauma.

23. There is no graduation ceremony at which criminals must choose to be "regular" criminals or sex offenders, "nuisance" or serious sex offenders, sex offenders against adults or against children, and sex offenders against their own or someone else's children. Offenders often ignore neat categories of criminals and crime.

24. Some sexual acts involve "strict liability" offenses (*i.e.*, an adult engages in vaginal penetration of a child with his erect penis) where the act speaks for itself and there is no need to prove the sexual motivation. Other acts can be determined to be sexual in nature only if one can prove the intent or motivation of the individual perpetrator. Kissing, hugging, and appearing naked in front of a person can be sexual crimes if lewd or lascivious intent can be proven. It is common for sex offenders when interviewed to admit the act but deny the hard-to-prove intent. Photographing children on the playground, tape recording the belching of

8

boys, or listening to children urinate in a public bathroom can be sexual acts for some individuals, but they are most likely not crimes. If the facility were in a private institution such as a school, the activity might involve criminal trespassing but not be recognized as or considered a sex crime. Whether criminal or not, such acts can be an intrusion into the sexual and bodily privacy of their victims.

25. The repetitive patterns of behavior of many sex offenders involve the less-understood concept of sexual *ritual*. Sexual ritual is a repeated pattern of behavior engaged in by an offender because of a sexual need; that is, in order to become aroused and/or gratified a person must engage in the act in a certain way. Ritual is necessary to the offender but not to the successful commission of the crime. Many sex offenders, as part of sexual ritual, are more likely to commit similar offenses, make need-driven mistakes, and compulsively collect pornography and other offense-related paraphernalia. The offenders' emotional and sexual needs and desires drive their actions, conduct, and behavior. Their behavior is frequently more need-driven than thought-driven. They often engage in planned, repeated, or high-risk attempts to act out their compulsive sexual fantasies, including committing their offenses in public places. They also take advantage of opportunities and are often quick to use new technology. They learn to skillfully lie and manipulate others to gain access to victims and escape responsibility and accountability. Their need-driven behavior often leads them to make high-risk and almost inexplicable mistakes.

26. Defining sexual activity is not as easy as many think. Is a sex crime determined by the motivation for the acts or the specific acts performed? Sexual activity can include diverse behavior involving such things as sadomasochism, bondage, urination, defecation, peeping, audio/video recording, indecent exposure, listening, touching, rubbing, poking, clothing fetishes, and cross-dressing. Seemingly "nonsexual" behavior can be motivated by sexual needs.

27. Obviously not all such behavior is sexual in nature or, even it is, constitutes a crime. The criminal-justice system must look to the law to determine what a sex offense is and what the statutory elements of the offense are. Some states allow wider latitude in looking at motivation to determine what is a sex crime. Untrained individuals and organizations all too frequently dismiss questionable activity as only "public displays of affection," "boundary violations," or "inappropriate conduct"—when in fact the conduct is criminal.

**"Nuisance Sex Offenses"**

28. Potential sexual problems with public, multi-user rest rooms, changing areas, and showers are less likely to involve violent sexual assaults (*e.g.,* rape)—although those sometimes occur—and more likely to involve less obvious sexual behavior, often related to "paraphilic disorders." Mental health professionals use the term "paraphilia*"* to refer to a wide variety of atypical or unusual intense sexual fantasies, urges, and behaviors. Better known and more common paraphilias include exhibitionism (exposure), fetishism (objects), frotteurism (rubbing), pedophilia (acts involving children), sexual masochism (self pain), sexual sadism (partner pain), and voyeurism (looking). Less known and less common paraphilias include scatologia (talk), necrophilia (corpses), partialism (body parts), zoophilia (animals),

coprophilia (feces), klismaphilia (enemas), urophilia (urine), infantilism (baby-related behaviors), hebephilia (acts involving female youth), and ephebophilia (acts involving male youth) and many others.

29. As previously noted, sexual behavior related to paraphilias sometimes results in what law enforcement refers to as "nuisance" (*i.e.,* high volume, low physical harm) sex offenses—but which can inflict psychological and emotional trauma on their victims. Many of these sex offenses take place in public areas where preferred and vulnerable victims are easily found. An issue in such sex offense investigations is often the possibility of progression to more serious offenses. Some nuisance sex offenders progress little over the years in their criminal sexual behavior. Some progress to more serious sex crimes and some move back and forth. In addition, depending on such things as social and economic status, some "nuisance" sex offenders might be more likely to resort to violence to avoid identification.

30. Such "nuisance" cases are usually given a low investigative priority and not solved because

   ▪ Most incidents are not reported to law enforcement.
   ▪ The sexual nature is often not recognized.
   ▪ When they are reported they are either not recorded or recorded in a way that makes retrieval difficult.
   ▪ Little, if any, manpower and resources are committed to the investigation.
   ▪ Law-enforcement agencies frequently do not communicate and cooperate with each other concerning these cases.
   ▪ The specific crimes often involve comparatively minor and hard to prove violations of the law.

   Although these cases are often given a low investigative priority, they should be taken seriously, as they can inflict psychological and emotional damage upon their victims.

31. As mentioned, sexual activity involving things such as rubbing, peeping, exposure, urination, and defecation is bizarre and repulsive for most to contemplate and discuss. Many are not aware that such behavior could even be sexual in nature. Society struggles to pass laws to deal with behavior it is not prepared to admit goes on. It is hard to pass laws to define, enforce, track, and count such questionable and distasteful behavior. It is these types of sex offenses that are most likely to increase as a result of expanded access to previously gender-isolated public facilities, whether as a result of an express policy or GIBAP, or as a result of changing social norms.

32. The risk that allowing biological males into facilities reserved for women and girls is real, and is illustrated by behavior already engaged in by some male sex offenders in facilities reserved for men. In my career, I have been involved in cases in which male sex offenders:

   ▪ Went into male public restrooms with a video camera hidden in a bag to surreptitiously record partially dressed and urinating boys
   ▪ Arranged to meet male partners, including children, in the male public restroom to engage in sexual activity
   ▪ Went into male restrooms to get sexually aroused from the sound of males urinating

- Used "horseplay" in male locker rooms and showers as part of their grooming of male victims
- Touched and rubbed males napping at male athletic facilities
- Set up cameras in dressing rooms to record people changing clothing
- Stole women's or children's underwear from locker rooms
- Joined youth-serving organizations to use showers, restrooms, and sleeping arrangements to groom and sexually victimize boys
- Exposed their genitals for sexual gratification in male athletic facilities

33. Most of the above-described activity was learned not from reports of this activity to law enforcement, but from corroborative evidence seized from offenders during investigations into other criminal activity. If women's facilities become available to heterosexual males who merely claim or pretend to be transgender, I would reasonably expect similar sexual offenses to occur in those facilities as well.

## Normal but Immature Males

34. Even ignoring sex offenders, we as a society have traditionally and typically separated people by sex in certain sensitive situations (e.g., rest rooms, dressing rooms, locker rooms, showers, and sleeping arrangements). These situations are clearly sensitive for many pubescent individuals and are the reason sex separation rules have traditionally been applied to Multi-Occupant Public Facilities. To help establish social customs and limit inappropriate behavior, application to young prepubescent children is also common.

35. These rules and social customs are not only because of potential deviant or criminal abuses, but also due to the "normal" sexual interest and attraction of the vast majority of society. For example, some adolescent high school boys or college males (who are not abnormal or sexual predators) might want to get into the girls' locker room. They may or may not realize that such activity is illegal, and they may or may not consider its effect on victims. The raging hormones and immaturity of young males drive the activity.

36. This interest is reflected in modern media. Movies particularly targeted at young males often have scenes focusing on males finding clever ways to observe females in various stages of undress in restrooms, locker rooms, and dorm rooms because these types of behaviors occur in real life. This is fiction based on reality. Co-educational schools, swimming pools, summer camps, and similar facilities have never been eager to gather or publicize data on the frequency with which such behavior is reported internally, but the phenomena are well known to those who operate such facilities and to those who have perpetrated or been victimized by such activity.

37. For these reasons, changes in access policies made to accommodate a very small minority of society ignore the reality of the sex drive of a very large majority. Allowing a man to use woman's rest room, locker room, dressing room, shower, or dormitory room simply because he says he *feels* like a woman would seem to be reckless, to ignore thousands of years of human experience, and to ignore potential criminal activity.

**Opinions**

## 1. Sexual Offenses In and Around Multi-User Public Facilities Would Likely Increase as a Result of GIBAPs or Similar Social Customs

38. As someone with over forty years experience investigating, consulting about, studying, and teaching about sex crimes and sex offenders, I have been following the debate regarding revised access to Multi-occupant Public Facilities for some time. I observed the polarizing emotion that dominated much of the discourse (discrimination/hate vs. enabling sexual predators) and the lack of clear and consistent definitions of terms.

39. I am aware that many advocates for new access guidelines based on gender identity argue that the claimed fear of GIBAP opponents--of male sexual predators now entering women's or girl's rest rooms--is absurd or blown out of proportion. They sometimes follow up this argument with the claim no transgendered person has sexually assaulted someone in a restroom or changing facility. But the problem with potential sex offenses is not crimes by transgendered persons. The problem, rather, is offenses by males who are not really transgendered but who would exploit the entirely subjective provisions of a GIBAP—or even changed social norms about facility access-- to facilitate their sexual behavior or offenses. A list of recent media-reported incidents of this nature is attached as Exhibit C.

40. As an example, the NY Times reported on 7/14/16 that a "transgender woman" was charged with secretly taking pictures of an 18-year-old woman changing in a Target fitting room. The national retail chain had announced in April that it would allow customers to use the restroom or fitting room corresponding to their gender identity. The suspect told a detective that he (or she) had made videos in the past of women undressing for the "same reason men go online to look at pornography." This admission makes clear that the suspect acted for sexual gratification, thereby satisfying that element of a peeping sex crime.

41. Most of those dismissing the possibility of the access guidelines being exploited by sex offenders neither define "sexual assault" nor consider the wide diversity of sexual behavior engaged in by sex offenders. Much of it is too repulsive to openly discuss. They certainly do not want to hear graphic details of sexually motivated public lewdness, surreptitious filming, or listening to people urinate or defecate—even though these are all significant violations of the victims' privacy, at a minimum.

42. Those dismissing the possibility of GIBAPs being exploited by sex offenders also overlook the reality that many serious sex offenses are not committed in an overt and violent manner by individuals fitting common stereotypes. Referring to all sex offenders as "sexually violent predators" fuels inaccurate stereotypes and denies the diversity of such offenders. Looking for "evil sexual predators" can hinder recognizing many serious sex offenders. Many such offenders seem to be nice guys because, in other respects, they are nice guys.

43. Although I cannot precisely quantify it, based on my more than 40 years of studying sex offender behavior, I know that males have for a long time repeatedly used male rest rooms and other similar facilities (*e.g.,* YMCA, athletic clubs) to sexually interact (contact & non-

12

contact behavior) with male partners and victims. Since most male sex offenders against adults prefer female victims, the problem until now was somewhat limited and dealt with on a case-by-case basis. A few male (non-transgendered) sex offenders have even dressed as females to facilitate their crimes. I am aware of some unlucky few who were so identified.

44. The risk of these and other behaviors will be substantially higher if GIBAPs or similar social conventions are adopted. In my opinion, allowing a man, based only on his claim to be transgendered woman, to have unlimited access to women's rest rooms, locker rooms, changing rooms, showers, etc. will make it easier for the type of sex offense behavior previously described to happen to more women and children. Such access would create an additional risk for potential victims in a previously protected setting and a new defense for a wide variety of sexual victimization, especially so-called nuisance sex offenses related to compulsive paraphilic disorders.

45. One reason for this conclusion is the fact that some sex offenders take advantage of the types of behavior (e.g., adding, removing, changing clothing) that typically occur in Multi-Occupant Public Facilities. Although sex separation in such Multi-Occupant Public Facilities often focuses on individuals who are pubescent, by definition, pedophiles are adults with a preference for prepubescent children. Child molesters, in particular, often work toward situations in which the target child has to change clothing, spend the night, or both. Such situations are described in my presentations and publications as "high-risk." If the child molester achieves either of these two objectives, the success of the seduction is almost assured. The objective of changing clothes can be accomplished by such ploys as squirting with the garden hose, turning up the heat in the house, exercising, taking a bath or shower, physical examination of the child, or swimming in a pool.

46. Such activity can be part of the grooming process to lower inhibitions as well as placing a focus on sexual activity. By itself, grooming activity can sometimes also provide sexual gratification for the adult. In addition, the goal of the grooming is not always to eventually engage in sexual intercourse with a child. Some offenders are content with or even prefer other types of sexual activity (e.g., paraphilias). Touching that might be foreplay (fondling) for most offenders can be the ultimate objective for some offenders (e.g., those with a preference for frotteurism).

47. As the term indicates, multi-user public facilities are *public*. While violent sexual assaults are possible in such facilities, the ruse of falsely claiming to be a transgendered person would be less useful to a violent rapist attempting to escape prosecution.

48. GIBAPs are more likely to be exploited by sex offenders in order to act out their paraphilic disorders and by immature males who consider it fun to look at naked girls and women or to expose themselves to girls and women in these settings. They will use the cover of gender-identity-based rules or conventions to engage in peeping, indecent exposure, and other offenses and behaviors in which the connection to sex is less obvious.

49. I recognize that many of the behaviors involved in so-called "nuisance" sex offenses may already be against the law but they are typically a low investigative priority and difficult to

identify and prove in court. As they have been for over a hundred years, such crimes are now at least limited to some degree by restricted access to women and girls in certain vulnerable situations, especially bathroom, locker room and shower facilities. The kinds of access now being demanded by those seeking to adopt GIBAPs or encourage similar social customs would, to some extent, decriminalize some of these crimes (*e.g.,* peeping indecent exposure, and lewd and lascivious conduct) by making it even harder to prove intent. Sex offenders are often good at effectively using deception, trickery, and ruses to facilitate their sexual activity.

50. For example, the enactment of GIBAPs or the adoption of similar social customs makes it even more difficult to catch those who would otherwise be clearly violating laws prohibiting indecent exposure or peeping. Under such policies, the very real victims of such conduct—women deliberately exposed to the male genitals of an exhibitionist, for example—would be forced to consider whether the exposure was merely the innocent or inadvertent act of a transgendered individual. Moreover, because GIBAPs and similar social conventions link facility access to self-reported gender *identity*, a victim may be unwilling to report an exhibitionist appearing to be a male for fear of being accused of bigotry or gender identity discrimination. As a result, reporting of public-facility sex crimes is likely to *decrease* as a result of GIBAPs and similar social conventions, even as the actual number of offenses *increases*.

51. I am already aware of male sex offenders who have dressed as women only to reduce suspicion when touching and rubbing against women in crowded public places for sexual gratification (*i.e.,* frotteurism). In addition, as mentioned, some so-called "nuisance" sex offenders progress to more violent activity or become violent to avoid identification and discovery. One problem in evaluating escalation of such sexual behavior is the fact that cases an investigator believes are the first, second, and third, may actually be the tenth, sixteenth, and twenty-second.

52. It is also my opinion that if these new guidelines and social customs become more widespread and well known, the risk of such sex offenses will increase.

## 2. Current Laws Will Have Limited Effect in Preventing This Increase

53. Current laws are not up to the task of preventing or prosecuting many of the sex offenses—especially so-called "nuisance" offenses—that will likely result from adoption of a GIDAP or even a similar social convention allowing biological men access to women's facilities. For example, sex offenses that require proof of the defendant's intent can be difficult to investigate and prosecute. As stated, in my experience, sex offenders charged with such offenses routinely admit committing the act, but deny that they had the requisite intent.

54. Moreover, sex offenses that require proof of intent are also often extremely difficult to detect. Many victims of such crimes may not ever learn that a sex offender targeted them. Or they may realize they have been targeted only later, after reflecting on a particular interaction with someone they encountered in a women-only facility. And it is then that the victim may feel the emotional and psychological sensation of realizing that sexual privacy was violated.

14

55. For a variety of reasons, the vast majority of peeping and indecent exposure offenses appear to go unreported. In my experience, few of those reported are aggressively investigated by police and fewer still are aggressively prosecuted. Therefore, it is a mistake to believe that existing laws are sufficient to the task in the context of GIBAPs and similar social customs – they are barely up to the job *without* the presence of such policies that provides a new defense for anyone caught and reported for these crimes in such facilities.

56. Claims that existing laws are sufficient to address abuse of GIBAPs and similar social customs by male sex offenders are particularly weak, because the specific types of illegal conduct most likely to be encouraged by the policies are intent-based offenses. The weaknesses of existing law enforcement will be magnified substantially with the implementation of a GIBAP or with more permissible social customs about use of women's facilities by biological males who simply identify themselves as women.

57. The North Carolina statutes governing indecent exposure, voyeurism, and trespassing are typical illustrations of why existing laws will have limited effect in protecting victims. Although I am not a lawyer, I believe a practical analysis of how these and similar statutes operate in the real world reveals the problem

58. North Carolina General Statutes Section 14-190.9 defines indecent exposure as an individual "*willfully* expos[ing] the private parts of his or her person in any public place and in the presence of any other person or persons, except for those places designated for a public purpose where the same sex exposure is incidental to a permitted activity" (emphasis added). Other parts of the statute mention "for the purpose of arousing or gratifying sexual desire." The three key elements of willfulness, private parts, and sexual desire all clearly indicate the need to prove deliberate sexual activity. This can be difficult to prove in any case but much harder to prove when the suspect in question has apparently valid non-sexual reasons to be using the facility and for his private parts to be exposed--by claiming to be a transgendered woman.

59. Similarly, liability under North Carolina's voyeurism statute, North Carolina General Statutes Section 14-202, depends on whether the person "secretly" peeped, and more serious video/photographic voyeurism offenses require that the perpetrator engage in the activity "for the purpose of arousing or gratifying the sexual desire of any person." The statute requires secret activity and proving sexual intent. Again, these hard-to-prove elements are even harder to prove against someone allegedly rightfully in and using the location.

60. Liability under North Carolina's trespassing statute, North Carolina General Statutes Section 14-159.12, also depends on a person's being in a location "without authorization." The typical GIBAP guidelines provide that authorization, thereby allowing any male to gain legal access to a women-only facility simply by claiming to be transgendered.

61. Even without new governmental GIBAP guidelines, changing social customs concerning access to Multi-occupant Public Facilities will make it harder to prevent, identify, and prosecute sex offenses involving North Carolina indecent exposure, voyeurism, and trespassing statures.

15

62. Under such statutes, sexual intent can sometimes be proven by committing significant investigative resources (search warrants, background investigation, linkage analysis, etc.) that are rarely committed to such "nuisance" cases. In the absence of extreme aggravating circumstances and evidence of repeated acts, such cases are often not aggressively investigated or prosecuted.

63. The personal safety and well-being of additional women and children should not be placed at increased risk based only on the uncorroborated or unverified gender identity claims of a group of individuals seeking to use gender restricted public facilities. While many would be making legitimate claims, the pool would also likely include male sex offenders known to use deceit to engage in need-driven, high-risk criminal behavior and immature males seeking cheap thrills with little regard for the effect on victims. More than 40 years of study have taught me that sex offenders lie about their intent and behavior. Those who take them at their word are at increased risk of victimization and having to deal with the consequences.

### 3. Public Safety Value of HB2

64. These observations also establish the importance and value of laws like HB2 in protecting safety and privacy, especially of women and girls. In that regard, one of the great strengths of Part I of HB2 is its clear definition of when someone who is born a man can legally be treated as a woman and, therefore, permitted to use a facility reserved for women and girls. As a result of my experience doing training, research, and case consultation, I have come to appreciate the importance of definitions and their consistent use. Seeming disagreements and differences of opinion are often the result of confusion over definitions. In written and spoken communication definitions are crucial to understanding. Although many recognize the importance of definitions, a major problem is the fact that many terms do not have one universally accepted definition. Legal definitions may not be the same as societal attitudes. An important point, then, is not that these terms have or should have only one definition, but people using the terms should communicate their definitions, whatever they might be, and then **consistently** use those definitions. In legal applications where there are significant consequences for their use, definitions are especially important.

65. Part I of HB2 is of significant value in addressing the issues discussed above in large part because it contains an objective standard for who is and is not legally transgendered and who is and is not allowed to use facilities designated for women and girls. This is of significant value to law enforcement personnel, facilities managers, and others who may be in a position to enforce laws that protect against such sex offenses and privacy violations as peeping and indecent exposure.

66. The media often emotionally refers to a law like HB2 as an example of discrimination/hate against transgendered individuals. They tend to use examples of children, whose outward appearance is other than their birth sex, traumatized by being forced to use inappropriate facilities. They ask how a child appearing to be a female can be made to use a male facility. They rarely point out that for purposes of a GIBAP, dressing as or appearing to be one's preferred sex is actually irrelevant. The functional definition of a *transgendered*

person, under the position advocated by many advocates of transgender rights, is simply an internal feeling or "sense."

67. Under GIBPAPs such as the 2015 Charlotte Ordinance or the most recent guidelines from the Departments of Justice and Education, there are no objective, independent criteria (e.g., documented diagnosis from therapist, doctor; legally changed birth certificate) for being transgendered. Therefore, these new "guidelines" functionally mean that an organization can no longer have restrooms or locker rooms separately designated for only traditional *males* or *females*. Since being transgendered is not being objectively defined, it has little, if anything, to do with the access issue. If this reality were stated more accurately and clearly (i.e., "You can no longer have separate facilities for males and females" instead of "You can no longer discriminate against bullied transgendered individuals"), the response of most might be different.

68. Athletic organizations have struggled with this for a long time, and have generally gravitated toward some objective definition of who will be considered transgender. Some school districts now use a subjective definition of gender for bathroom and locker room access but use a more objective physical/biological definition of gender for athletic competition.

69. The Department of Defense uses an objective definition of who may be considered to have changed from one sex to another. As I understand their regulations, the Department states that a history of gender dysphoria is disqualifying for military service, **unless**, as certified by a licensed medical provider, the applicant has been stable without clinically significant distress or impairment in social, occupational, or other important areas of functioning for 18 months. Again, this is an objective definition that provides a measure of certainty to those who must make these critical determinations.

70. The State Department also uses an objective standard for determining when a person may change his or her sex on a passport. The State Department requires a statement from an attending physician stating that that he or she has a doctor/patient relationship with the subject, and stating that the subject has completed or is in process of appropriate clinical treatment for gender transition. This is very different from the subjective standard in the Charlotte Ordinance, and in the Department of Justice/Education guidelines, which allow people to use female-only facilities based solely on their subjective "internal sense" of gender identity.

71. The NCAA also uses an objective standard for determining when someone born as a male wishes to play on a female sports team. The NCAA standard states that a trans female student-athlete may compete on a female team only if the athlete obtains a doctor's certification of the subject's intention to transition to a woman, and that hormone therapy has actually begun. By providing an objective standard for determining who will be recognized as having transitioned from a man to a woman, Part I of HB2 is similar in principle to the NCAA standard.

72. The same is true of the Olympic standard for determining whether someone born as a male will be allowed to compete in women's events. The Olympics require that male-to-female

transgender athletes demonstrate that their testosterone level has been below a certain cutoff point for at least one year before their first competition.

73. The Department of Defense, the State Department, the NCAA, and the Olympics are examples of organizations that have recognized the need for their specific purposes to have some objective standards for recognizing a gender transition beyond simply an internal feeling.

74. Such objective standards are also important to effective law enforcement. Law enforcement officers and prosecutors will be less likely to record, investigate, or charge indecent exposure or peeping offenses in a GIBAP environment, because there is no objective standard for determining whether someone born a male can lawfully be present in a women-only facility. It would be more difficult to prove lascivious intent when self-reported gender identity drives access rights, and easier to accuse law enforcement personnel of discrimination. This is made even more difficult when that self-reporting need not be corroborated in any way whatsoever.

75. The common sense objective criterion established by Part I of HB2 provides deterrence for false claims and makes it easier to report, investigate, and prosecute cases. This criterion preserves the current status quo for "nuisance" sex offenses.

76. In my opinion, clear and objective criteria for being transgender as established by Part I of HB2 eliminate almost all the potential increased sex crime problems associated either with GIBAPs adopted by state agencies and school systems or changing social customs toward transgender individuals' access to public facilities.

77. HB2 provides such a definition and sends a clear message to society about what is unlawful and should be reported to law enforcement. It is necessary for victims to know when they are victims. It is also useful and necessary for witnesses and law enforcement to know who is and who is not legally authorized to use public facilities designated for women and girls.

78. By providing a clear objective criterion, Part I of HB2 makes it more difficult for male sex offenders, regardless of their gender identity, to access female victims in public facilities without detection, and preserves the ability to report, investigate, and prosecute those offenses.

79. Part I of HB2 also sends a clear message to society about what is unlawful in public facilities designated for women and girls and what kinds of activities should be reported to law enforcement officials.

80. By reducing the opportunities for so-called "nuisance" sex offenses, HB2 and similar policies protect the legitimate privacy and safety concerns of women and girls.

I reserve the right to supplement or amend as additional statements, facts or information are received. My opinion is not based on any fees paid. My fees include review, preparation, deposition, and trial testimony and at $350.00 per hour.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_Kenneth V. Lanning_

Kenneth V. Lanning

EXHIBIT A

## Exhibit A: Documents Reviewed by Kenneth V. Lanning

1. North Carolina Statute HB2

2. Carcaño Amended Complaint

3. Carcaño Complaint

4. Dear Colleague Letter (May 13, 2016)

5. DOJ Complaint (May 9, 2016)

6. Copies of North Carolina Statutes on Indecent Exposure, Peeping, and Trespassing

7. Amicus Brief of States in support of USA, Texas v. US

8. Copies of Department of Defense, NCAA, and State Department Policies on Transgender Individuals

9. List of Media Reported Incidents including separate reports on Target Incident in Idaho

10. Expert Report of Aran C. Mull

EXHIBIT B

# Exhibit B: Curriculum Vitae of Kenneth V. Lanning

August 11, 2016

## KENNETH V. LANNING

## EMPLOYMENT

Consultant, Park Dietz & Associates, Inc., Newport Beach, California (2000-Present)

CAC Consultants, Fredericksburg, Virginia (2000-Present)

Special Agent with the Federal Bureau of Investigation (1970-2000):

- National Center for the Analysis of Violent Crime, FBI Academy, Quantico, Virginia, October 1998 to September 2000
- FBI representative to the Missing and Exploited Children Task Force, Quantico, Virginia, April 1996 to October 1998
- "Behavioral Science Unit," FBI Academy, Quantico, Virginia, January 1981 to April 1996
- Field investigative experience in St. Louis, San Antonio, and Los Angeles Field Divisions of the FBI (1970-1980)

Explosive Ordnance Disposal Officer and Scuba Diver, U.S. Navy (1966-1970)

## EDUCATION

M.S. (Administration of Justice) California Lutheran College, Thousand Oaks, California (1978-1980)

Completed class work for Masters Degree (Criminal Justice) from Sam Houston State University, Huntsville, Texas (1975-1978)

B.B.A. (Accounting) Manhattan College, Bronx, New York (1962-1966)

## SPECIALIZED TRAINING

### FBI In-Service Training:

Basic Sex Crime Instructor (1973)
Crime Resistance (1977)
Advanced Sex Crime Instructor (1978)
Sexual Exploitation of Children (1979) (1983) (1984) (1985) (1987) (1988)
Criminal Profiling and Crime Analysis (1981)
Child Abuse and Family Violence (1985)

Interstate Transportation of Obscene Material (1988)
Crimes against Children (1989)
Non-Traditionally Motivated Child Abduction Workshop (1989)
Child Abduction Seminar (1990)
Child Exploitation and Obscenity Investigation Seminar (1995)
Child Abduction Response Plan Conference (1996)
Crimes against Children Coordinators (1997)

**Other Training**:

"Crime Prevention"
Texas Crime Prevention Institute
Southwest Texas State University
San Marcos, Texas (1976)

"FBI National Academy"
United States Department of Justice
Quantico, Virginia (1979)

"Child Sexual Abuse"
Forensic Mental Health Associates
Washington, D.C. (1982)

"Law Enforcement and Child Sexual Abuse"
St. Joseph College Institute for the Treatment and Control of Child Sexual Abuse
Hartford, Connecticut (1982)

"Sexual Victimization of Children"
Children's Hospital National Medical Center
Washington, D.C. (1982) (1984) (1986)

"National Law Enforcement Seminar on the Sexual Exploitation of Children"
FBI Academy
Quantico, Virginia (1983)

"Medical Assessment and Treatment of Sex Offenders"
The Johns Hopkins University School of Medicine
Baltimore, Maryland (1983) (1985)

"National Symposium on Sexual Assault"
FBI Academy
Quantico, Virginia (1984)

"National Conference on Ritualistic Sexual Abuse of Children"
FBI Academy
Quantico, Virginia (1985)

"National Advanced Law Enforcement Seminar on the Sexual Exploitation of Children"
FBI Academy
Quantico, Virginia (1987)

"The Emergence of Ritualistic Crime in America"
Richmond, Virginia (1987)

"National Symposium on Child Sexual Abuse"
Huntsville, Alabama (1987 to 1998) (2000) (2004 to 2009)

"The Annual Child Abuse and Neglect Symposium"
C. Henry Kempe National Center
Keystone, Colorado (1989) (1997)

"The San Diego International Conference on Child and Family Maltreatment"
Children's Hospital Center for Child Protection
San Diego, California (1993 to 1998) (2001) (2003) (2008) (2009) (2011)

"APSAC Annual National Colloquium" (1993) (1994) (1996 to 1999) (2001)

"Annual Crimes against Children Conference"
Dallas, Texas (1989) (1993) (1996-2002) (2008-2010) (2013) (2015)

"Recovery and Reunification of Abducted Children"
Public Administration Service/Washoe County M/CAP Team
Reno, Nevada (1995)

"Advanced Investigation of Missing and Exploited Children"
Training for Morgan P. Hardiman Task Force (6 wks)
Quantico, Virginia (1996)

"Statement Analysis Workshop"
U.S. Treasury Department, IRS Internal Security
Quantico, Virginia (1996)

"Internet Safety Forum"
Cyber Crimes Seminar
Arlington, Virginia (1998)

"Sixth Annual Children's Justice Conference"
Washington State Department of Social & Health Services
Seattle, Washington (1998)

"Violence Risk Assessment"
John Monahan, Ph.D., University of Virginia School of Law
Quantico, Virginia (1998)
"Psychopathy and Crime"
Robert D. Hare, Ph.D., University of British Columbia
Quantico, Virginia (1999)

"Assessing and Treating Sex Offenders"
Gene Abel, M.D. and Fred Berlin, M.D.
Chicago, Illinois (1999)

"Forensic Psychiatry"
Park E. Dietz, M.D.
Quantico, Virginia (1999)

"Neuro-Psychiatry"
Richard M. Restak, M.D.
Quantico, Virginia (1999)

"The Reid Technique of Interviewing and Interrogation"
John E. Reid & Associates, Inc.
Quantico, Virginia (2000)

"Psychopathy Checklist Training"
Robert D. Hare, Ph.D. and Adelle E. Forth, Ph.D.
Quantico, Virginia (2007)

4

**RESEARCH PROJECTS**

Criminal Personality Research Program
Funded by National Institute of Justice
U.S. Department Justice

Use of Children in Pornography
Funded by National Center on Child Abuse and Neglect
U.S. Department of Health and Human Services

Linkage of Sexual Abuse, Exploitation and Violence
Funded by Office of Juvenile Justice and Delinquency Prevention
U.S. Department of Justice

Advisory Staff
U.S. Attorney General's Commission on Pornography
U.S. Department of Justice (1986)

Project Manager
Serial Child Molester and Abductor Research Project
Funded by Office of Juvenile Justice and Delinquency Prevention
U.S. Department of Justice

Program Manager
Abductors Who Murder and Kidnapers of Newborn Infants Program
Funded by Office of Juvenile Justice and Delinquency Prevention
U.S. Department of Justice

Research Advisory Board and then Working Group of the FBI National Center for the Analysis
of Violent Crime (NCAVC) (2001 to 2010)

Principal Researcher:
Child Abduction/Homicide
Child Abduction Epidemiology
False Allegations of Child Abduction
Infant Abduction
Innocent Images Case Review
Ongoing FBI Research Projects
National Center for the Analysis of Violent Crime

## PUBLICATIONS

*Autoerotic Fatalities* (contributing author)
Lexington Books, D.C. Heath and Company
Lexington, MA (1983)

"Pedophile Collectors"
Chapter in *Child Pornography and Sex Rings*
Lexington Books, D.C. Heath and Company
Lexington, MA (1984)

"Child Pornography and Sex Rings" (co-author)
Article for *FBI Law Enforcement Bulletin*
January 1984
(Reprinted in *Victoria Police Association Journal*, February 1985)

"Child Molesters: A Behavioral Analysis"
Monograph Published by National Center for Missing & Exploited Children
(1986) (1987, 2nd Ed) (1992, 3rd Ed) (2001, 4th Ed) (2010, 5th Ed)

*The Sexual Exploitation of Children* (contributing author)
Elsevier Science Publishing
New York, N.Y. (1986)

"Child Molesters: A Behavioral Analysis for Law Enforcement"
Chapter in *Practical Aspects of Rape Investigation*,
Elsevier Science Publishing, New York, N.Y. (1987)

"The Maligned Investigator of Criminal Sexuality" (co-author)
Article for *FBI Law Enforcement Bulletin* (September 1988)

"Satanic, Occult, Ritualistic Crime: A Law Enforcement Perspective"
Article for *The Police Chief*
October 1989
(Reprinted in *Roundtable* 1990)

"Child Pornography"
Chapter in *Pornography: Research Advances and Policy Considerations*
Lawrence Erlbaum Associates Publishers
Hillsdale, N.J. (1989)

"Child Sex Rings: A Behavioral Analysis"
Monograph Published by National Center for Missing & Exploited Children (1989)
(1992, 2nd Ed)

6

"Child Molesters Who Abduct" (co-author)
Article in *Violence and Victims* (1991)

"Ritual Abuse: A Law Enforcement View or Perspective"
Commentary in *Child Abuse and Neglect, The International Journal*
(1991)

"Satanic, Occult, Ritualistic Crime: A Law Enforcement Perspective"
Article for *Homicide Investigators Journal*
Spring, 1992
(Reprinted in Australian Criminal *Intelligence Digest*, January 1994)

"A Law Enforcement Perspective on Allegations of Ritual Abuse"
Chapter in *Out of Darkness*
Lexington Books
New York, N.Y. (1992)

"Investigator's Guide to Allegations of 'Ritual' Abuse"
Monograph Published by U.S. Department of Justice
(1992)

*Crime Classification Manual* (contributing author)
Lexington Books
New York, N.Y. (1992)

"Sexual Homicide of Children"
Article in *The APSAC Advisor*
Vol 7, No 4 (Winter 1994)

"Satanic Ritual Abuse of Children is Not Widespread"
Chapter in *Child Abuse: Opposing Viewpoints*
Greenhaven Press Inc.
San Diego, California (1994)

"Child Molesters Who Abduct" (author and co-editor)
Monograph Published by National Center for Missing & Exploited Children (1995)

"An Analysis of Infant Abductions"
Monograph Published by National Center for Missing & Exploited Children (1995)
(2003, 2nd Ed)

"Child Molesters: A Behavioral Analysis For Law Enforcement"
Chapter in *Practical Aspects of Rape Investigation*,
CRC Press
Boca Raton, Florida (1995, 2nd Ed)

"Collateral Materials and Sexual Crimes" (co-author)
Chapter in *Practical Aspects of Rape Investigation*
CRC Press
Boca Raton, Florida (1995, 2nd Ed)

"Criminal Investigation of Sexual Victimization of Children"
Chapter in *The APSAC Handbook on Child Maltreatment*
Sage Publications
Thousand Oaks, Ca (1996)

"The Witch Hunt, the Backlash, and Professionalism"
Article in *The APSAC Advisor*
Vol 9, No 4 (Winter 1996)

"Law Enforcement Response to Child Abuse" (co-author)
Portable Guide Series Published by U.S. Department of Justice
(1997)

"Understanding and Investigating Child Sexual Exploitation" (co-author)
Portable Guide Series Published by U.S. Department of Justice
(1997)

"Cyber 'Pedophiles': A Behavioral Perspective"
Article in *The APSAC Advisor*
Vol 11, No 4 (Winter 1998)

"Use of Computers in the Sexual Exploitation of Children" (co-author)
Portable Guide Series Published by U.S. Department of Justice
(1999)

"Sexual Exploitation of Children in the USA: An Overview"
Article in *The Link* (International Society for Prevention of Child Abuse and Neglect)
Vol 8, No 2 (1999)

"Investigating Potential Child Abduction Cases" (co-author)
Article for *FBI Law Enforcement Bulletin*
April 2001

"The Maligned Investigator of Criminal Sexuality" (co-author)
Chapter in *Practical Aspects of Rape Investigation*
CRC Press
Boca Raton, Florida (2001, 3rd Ed)

"Collateral Materials and Sexual Crimes" (co-author)
Chapter in *Practical Aspects of Rape Investigation*
CRC Press
Boca Raton, Florida (2001, 3rd Ed)

"Child Molesters and Cyber Pedophiles-A Behavioral Perspective"
Chapter in *Practical Aspects of Rape Investigation*
CRC Press
Boca Raton, Florida (2001, 3rd Ed)

"Criminal Investigation of Sexual Victimization of Children"
Chapter in *The APSAC Handbook on Child Maltreatment*
Sage Publications
Thousand Oaks, Ca (2002, 2nd Ed)

"Cyber Pedophiles: A Behavioral Perspective"
Chapter in *Prosecuting Online Child Exploitation Cases*
US Department of Justice (2002)

"A Law Enforcement Perspective on the Compliant Child Victim"
Article in *The APSAC Advisor*
Vol 14, No 2 (Spring 2002)

"The Compliant Child Victim"
Guest Co-editor for Special Issue of *The APSAC Advisor*
Vol 14, No 2 (Spring 2002)

"Acquaintance Child Molesters: A Behavioral Analysis"
Chapter in *Medical, Legal, & Social Science Aspects of Child Sexual Exploitation*
G.W. Medical Publishing, Inc.
St. Louis, Missouri (2005)

"Compliant Child Victim: Confronting an Uncomfortable Reality"
Chapter in *Viewing Child Pornography on the Internet*
Russell House Publishing
Dorset, United Kingdom (2005)

"Collateral Materials and Sexual Crimes" (co-author)
Chapter in *Practical Aspects of Rape Investigation*
CRC Press
Boca Raton, Florida (2009, 4th Ed)

"Cyber 'Pedophiles': A Behavioral Perspective"
Chapter in *Practical Aspects of Rape Investigation*
CRC Press
Boca Raton, Florida (2009, 4th Ed)

"Cyber 'Pedophiles': A Behavioral Perspective"
Chapter in *Serial Offenders: Theory and Practice*
Jones & Bartlett Learning
Sudbury, Massachusetts (2012)

"Twenty-five Years of APSAC: A Personal, Law Enforcement Perspective"
Article in *The APSAC Advisor*
Vol 24, No 1 & 2 (Winter/Spring 2012)

"Acquaintance Child Molesters and Youth-Serving Organizations"
Article in *Journal of Interpersonal Violence*
Vol 29, No 15 (October 2014)

"A Commentary from A Law Enforcement Perspective on 'The Witch-Hunt Narrative' by Ross E. Cheit"
Article Accepted for Publication in *Journal of Interpersonal Violence*
(Late 2016)

"Collateral Materials and Sexual Crimes" (co-author)
Chapter accepted in *Practical Aspects of Rape Investigation*
CRC Press
Boca Raton, Florida (2016, 5th Ed)

"Sexual Victimization of Children: Rape or Molestation"
Chapter accepted in *Practical Aspects of Rape Investigation*
CRC Press
Boca Raton, Florida (2016, 5th Ed)

"Child Molesters Who Abduct: A Behavioral Analysis" (co-author)
 Chapter submitted and accepted for new book on Forensic Investigation
(2017)

## CHILD MOLESTER TYPOLOGY and SEX OFFENDER CONTINUUM

### Published or Set Forth in the Following:

*Child Molesters: A Behavioral Analysis*
Published by National Center for Missing & Exploited Children (1986, 1987, 1992, 2001)
(Over 205,000 copies distributed)

*The Sexual Exploitation of Children* by Seth Goldstein
CRC Press, Boca Raton, FL (1986, 1998)

*Sexual Exploitation of the Child*
Center for Urban Policy, Loyola University of Chicago (1986)

*Practical Aspects of Rape Investigation* by Robert R. Hazelwood
CRC Press, Boca Raton, Florida (1987, 1995, 2001)

*Camp Director's Guide: Preventing Sexual Exploitation of Children*
Published by National Center for Missing & Exploited Children and American Camping
Association (1988)

*Violence against Children: Investigator's Desk Manual*
Office of Pennsylvania Attorney General (1989)

*Screening for Pedophiles in Youth-Oriented Community Agencies*
by Arlene McCormack and Marialena Selvaggio
*Social Casework: The Journal of Contemporary Social Work*, Jan 1989, Vol. 70, No.1

*On Trial* by Judge Charles B. Schudson
Beacon Press, Boston, MA (1991)

*Child Molesters: A Behavioral Analysis*
*School Safety*, Spring 1994
National School Safety Center Newsjournal

*Child Molesters Who Abduct*
Published by National Center for Missing & Exploited Children (1995)

*A Police Reference Manual for Cases of Child Sexual Abuse*
Canadian Research Institute for Law and the Family (1995)

*The APSAC Handbook on Child Maltreatment*
Sage Publications, Thousand Oaks, Ca (1996, 2002)

*Profiling Violent Crimes* by Ronald M. Holmes
Sage Publications, Thousand Oaks, CA (1996, 2nd Edition)

11

*Portable Guides to Investigating Child Abuse* Series
Published by U.S. Department of Justice (1997, 1999)

*Sexual Abuse in America* by Robert Freeman-Longo
Safer Society Press, Brandon, VT (1998)

*Criminal Investigation (7th Edition)* by Leonard Territo
McGraw-Hill Higher Education, Boston, MA (2000)

*Child Pornography: The Criminal Justice System Response*
Published by National Center for Missing & Exploited Children (2001)

*A Guide to Prevention and Awareness of Abuse for Youth Soccer Associations*
Bollinger, Inc., Short Hills, NJ (2001)

*How to Work with Sex Offenders*
The Haworth Clinical Practice Press, New York, NY (2001)

*Prosecuting Online Child Exploitation Cases*
U.S. Department of Justice (2002)

*Interpol Handbook on Good Practice for Specialist Officers Dealing with Crimes against
Children* Published by Interpol (2003)

*Child Pornography: An Internet Crime*
Brunner-Routledge, New York, NY (2003)

*Introductory Criminal Analysis: Crime Prevention and Intervention Strategies* by Thomas Baker
Prentice Hall Publishing, Upper Saddle River, NJ (2005)

*Investigating Child Exploitation and Pornography: The Internet, The Law and Forensic Science*
Elsevier Academic Press, Burlington, MA (2005)

*Medical, Legal, & Social Science Aspects of Child Sexual Exploitation*
G.W. Medical Publishing, Inc., St. Louis, Missouri (2005)

*Serial Offenders: Theory and Practice*
Jones & Bartlett Learning, Sudbury, MA (2012)

**Presented before the Following**:

American Professional Society on the Abuse of Children (APSAC) National Colloquium

National Conference on Sexual Victimization of Children

National Symposium on Child Sexual Abuse

National Symposium on Child Victimization

National Crimes against Children Seminar

Annual Washington Children's Justice Conference
Child Abuse Summit 2001 Conference

Maryland Governor's Conference on Child Abuse and Neglect

Sexual Exploitation of Children International Conference

National Crime Faculty Staff Development Conference,
Police Staff College, Bramshill, United Kingdom

Academy of Criminal Justice Sciences Annual Conference

American Academy of Forensic Sciences

Institute of Law, Psychiatry, and Public Policy, University of Virginia

Grand Rounds - University of Virginia,
Department of Psychiatric Medicine - Western State Hospital

Department of Psychology, University of Alabama

Medical Assessment and Treatment of Sex Offenders, Johns Hopkins University

St Luke Institute for Sexual Disorders

Sex Offender Treatment Program, U.S. Naval Consolidated Brig

Forensic Psychiatry Seminar Walter Reed Army Medical Center

Lee Institute of Forensic Science & University of New Haven

Forensic Nursing Institute, University of Virginia

Delinquency Control Institute, University of Southern California

U.S. Naval Justice School

Federal Judicial Center, Court Education Division

National Council of Juvenile and Family Court Judges

National Judicial College

Flaschner Judicial Institute
Bronx County Special Grand Jury

Solicitor General of Canada

National Center for Prosecution of Child Abuse, American Prosecutors Research Institute (APRI)

National College of District Attorneys

Pennsylvania District Attorneys Association

Office of Legal Education, U.S. Department of Justice, National Advocacy Center

Department of Defense Polygraph Institute

Maryland Division of Parole and Probation

U.S. Attorney General's Task Force on Family Violence

National Association of Counsel for Children

Harvard Association of Police Science

Sex Offense Seminar, New York State Police

Eastern States Vice Investigators Association

Western States Vice Investigators Association

U.S. Customs Service

U.S. Postal Inspectors

California Sexual Assault Investigators Association

Colorado Association of Sex Crimes Investigators

Texas Association of Polygraph Examiners

Sex Crimes/Child Abuse Investigators Association of New Jersey

Missing & Exploited Children Seminar, New Jersey State Police

Interpol Standing Working Party on Offenses against Children

New South Wales Police Academy, Goulburn, Australia
Royal Canadian Mounted Police Academy
U.S. Senate, Subcommittee on Juvenile Justice

Approved for Continuing Medical Education Credits by University of Alabama School of Medicine at 20th National Symposium on Child Abuse

Oregon Association for Treatment of Sex Abusers

## AWARDS and RECOGNITION

Jefferson Award for Research (1990)
"Ritualistic Abuse of Children"
University of Virginia
Charlottesville, Virginia

Profiled in *Violence Update* (1990)
Sage Publications

Lifetime Honorary Membership (1993)
California Sexual Assault Investigator's Association
(Only second time ever awarded)

Outstanding Professional Award (1996)
American Professional Society on the Abuse of Children (APSAC)

Award for Special Achievement (1997)
FBI Director's Annual Awards for Excellence

Dedication of *The APSAC Handbook on Child Maltreatment (2nd edition)* (2002) Sage:

> "This book is dedicated to Kenneth V. Lanning. Ken, you are one of the pioneers. You led the way. You opened our eyes. You taught us. You were always one step ahead. You're the coolest FBI agent we know. You've done more than we can count to protect kids. Thanks"

Lifetime Achievement Award (2009)
National Children's Advocacy Center (NCAC)

Numerous plaques, certificates, and letters of appreciation from law enforcement agencies, prosecutors' offices, and professional organizations from all over the United States.

## MEDIA CONTACTS

Interviewed concerning the nature and scope of the sexual victimization of children, deviant sexual behavior, and ritual crime by the CBS, NBC, ABC, Fox Networks, MSNBC, PBS, CNN, ESPN, Frontline, National Public Radio, Associated Press, *Time Magazine*, *Newsweek*, *Reader's Digest*, *Life*, *Parade Magazine*, *Sports Illustrated*, *Ladies' Home Journal*, *People Magazine*, *Los Angeles Times*, *Washington Post*, *New York Times*, *Psychiatric News*, *National Law Journal*, *APBnews.com*, *The Economist*, *Wired*, and dozens of local TV stations and newspapers.

16

## CONSULTATION

Analyzed thousands of cases for and provided investigative, prosecutive, and sentencing guidance; expert opinions, advice, and direction; and behavioral analysis to mental health and medical professionals, social workers, police officers, FBI Agents, federal investigators, prosecutors, organizations providing access to children, defense attorneys, and civil attorneys requesting assistance in the investigation and/or prosecution of criminal cases, the filing of civil litigation, and the development of procedures to protect children in situations involving child pornography, child sexual abuse, incest, child sexual exploitation, child sex rings, compliant child victims, child prostitution, Internet crimes against children, screening and prevention, management and supervision, response to allegations, nuisance sex offenses, ritualistic abuse of children, child abduction, autoerotic fatalities, sexual assault, rape, and sexual homicide cases.

Have been asked to and have peer reviewed articles for the *International Journal of Child Abuse and Neglect*, the *Journal of Interpersonal Violence*, *Child Maltreatment*, *Sexual Abuse*, the *FBI Law Enforcement Bulletin*, and *The Police Chief*.

A founding member of the Board of Directors of the American Professional Society on the Abuse of Children (APSAC) and a former member of the APSAC Advisory Board.

A former member of the National Advisory Board of the National Resource Center on Child Sexual Abuse.

A former member of the U. S. Interagency Task Force and Work Group on Child Abuse and Neglect.

A former member of the Boy Scouts of America Youth Protection Expert Advisory Panel.

A former member of the Advisory Board of the Association for the Treatment of Sexual Abusers (ATSA).

A member of the National Advisory Committee for the Fourth National Conference on Sexual Victimization of Children sponsored by Children's Hospital National Medical Center.

A member of the Advisory Board for the Out of Home Abuse Research Project of the American Bar Association.

A member of the Advisory Board for the Ritualistic Abuse of Children Research Project funded by the National Center on Child Abuse and Neglect.

A member of the Advisory Board for the Program to Increase Understanding of Child Sexual Exploitation of the American Bar Association and the Education Development Center.

An invited participant to Working Meeting: Aids, Ethics and Sexual Assault sponsored by the National Institute of Mental Health (8/31-9/1/87) (4/1/88).

An invited participant to child pornography conference sponsored by the American Medical Association (10/21/87).

An invited participant to Think Tank on Ritualistic Abuse of Children sponsored by the National Resources Center on Child Sexual Abuse (10/22/89).

An invited participant to Ritual Abuse: Fact or Fiction Consultation sponsored by The Institute for the Prevention of Child Abuse, Toronto, Canada (10/21/90).

An invited participant to Planning Meeting on Child Pornography and Child Abuse sponsored by the National Academy of Sciences National Research Council (8/18/92).

An advisor to the "Protocols and Standards for Child Sexual Abuse Investigations" project funded by the Washington State Institute for Public Policy and commissioned by the 1996 Washington State legislature.

A member of the editorial review board of *Child Maltreatment*, the Journal of the American Professional Society of Children.

An invited evaluator of the Child Murder Research Project conducted by the Washington State Attorney General's Office and funded by Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice (10/16-17/96).

An invited participant to the Symposium on Sexual Victimization of Youth sponsored by the National Children's Advocacy Center and funded by the Office of Victims of Crime of the U.S. Department of Justice (3/21-23/97).

A member of the Advisory Board for the Second National Incidence Studies of Missing, Abducted, Runaway and Thrownaway Children (NISMART II) (1997).

An invited participant to the Sex Offender Strategy Summit sponsored by the National Center for Missing & Exploited Children (6/27/97).

An invited participant to the Identifying and Responding to Child Sexual Enticement on the Internet discussion group sponsored by the National Center for Missing & Exploited Children (2/18/98).

An invited participant to The White House Conference on Missing, Exploited, and Runaway Children (10/2/02).

An invited participant to the Working Group on Online Sexual Victimization of Children, FBI Academy (2/4-5/04).

An invited participant to the Child Pornography Roundtable sponsored by the National Center for Missing & Exploited Children (2/7/08).

18

An invited participant to the U.S. Government Accountability Office's (GAO) Homeland Security and Justice Team Expert Roundtable on Missing and Exploited Children (3/25/10).

## INSTRUCTION and TRAINING

Qualified police instructor in FBI: 1970 to 2000

Adjunct instructor with University of Virginia

Adjunct instructor with University of Pennsylvania

Adjunct instructor with National College of District Attorneys

Adjunct instructor with National Judicial College

Provided instruction to law enforcement officers from all over the United States and foreign countries attending the FBI National Academy in courses accredited by the University of Virginia such as Hostage Negotiation, Applied Criminology, Criminal Profiling and Crime Analysis, Interpersonal Violence and Sexual Victimization of Children.

Provided instruction to over 50,000 law enforcement officers, prosecutors, social workers, mental health and medical personnel, judges, and other professionals at training schools, seminars, and conferences conducted all over the United States on topics such as Crime Prevention, Sexual Victimization of Children, Deviant Criminal Sexuality, Sexual Homicide, Criminal Profiling and Crime Analysis, Sexual Exploitation of Children, Ritualistic Crime, and Evaluation of Sex Offenders.

Developed and implemented a 4-month (Oct 1999 - Jan 2000) training curriculum on Criminal Investigative Analysis for FBI Agents assigned to the National Center for the Analysis of Violent Crime, FBI Academy, Quantico, Virginia

## MAJOR PRESENTATIONS

### National and Regional Conferences

"Child Pornography and Sex Rings"
Second National Conference on Sexual Victimization of Children
Washington, D.C. (5/6-8/82)

"Child Pornography and Sex Rings"
National Conference on Child Abuse and Neglect
Baltimore, Maryland (9/27/83)

"Child Pornography"
International Symposium on Media Violence and Pornography
Toronto, Canada (2/5/84)

"Pedophile Collectors" and "Murdered and Missing Children"
Third National Conference on Sexual Victimization of Children
Washington, D.C. (4/26-28/84)

"Pedophile Behavior"
Eastern States Vice Investigators Association
New Carrollton, Maryland (5/22/84)

"Missing Children"
Western Conference on Criminal and Civil Problems
Wichita, Kansas (5/25/84)

"Child Pornography"
National Catholic Conference on the Illegal Sex Industry
New York, N.Y. (6/2/84)

"Child Pornography"
National Consultation on Pornography
Cincinnati, Ohio (9/6/84)

"Sexual Exploitation of Children"
International Juvenile Officers' Association National Conference
Washington, D.C. (6/26/84)

"Child Molestation"
Protecting Our Children: The Fight against Molestation
A National Symposium
Washington, D.C. (10/2/84)

"Child Pornography" and "Missing children"
Ohio State Conference on Sexual Abuse of Children
Cincinnati, Ohio (11/1/84)

"Missing Children"
International Association of Chiefs of Police
Atlanta, Georgia (1/22/85)

"Murdered and Missing Children"
California Homicide Investigators Association
Reno, Nevada (3/7/85)

"Child Molesters"
1985 Virginia Conference on Child Abuse and Neglect
Richmond, Virginia (4/26/85)

"Missing Children"
General Federation of Women's Clubs Annual Convention
Houston, Texas (6/4/85)

"Pedophilia, Child Pornography and Sex Rings"
FBI National Academy 50th Anniversary Training Session
Tampa, Florida (7/16-19/85)

"Missing Children"
Child Abuse and Missing Children Seminar
Institute for Advancement of Human Behavior
Washington, D.C. (9/22/85)

"Child Molesters"
California Sexual Assault Investigators Association
Sacramento, California (10/10/85)

"Pedophiles and Sex Rings"
Albany Child Abuse and Neglect Council,
Albany, New York (11/6/85)

"Child Pornography"
National Conference on Child Abuse and Neglect
Chicago, Illinois (11/10-13/85)

"Missing Children"
National Conference on Missing and Exploited Children
Chicago, Illinois (3/2-5/86)

22

"Child Molester Typology" and "Child Abduction"
National Conference on Sexual Victimization of Children
New Orleans, Louisiana (5/15-17/86)

"Child Molester Typology"
Inland Empire Child Abuse Training Task Force
Riverside, California (10/23/86)

"Child Molester Typology"
U.S. Postal Inspectors
National Training Seminar
Atlanta, Georgia (1/5-7/87)

"Child Molester Typology",
Children's Institute International
Los Angeles, California (1/14/87)

"Child Molester Typology" and "Assessment and Corroboration of Child Victim Statements"
Third National Symposium on Child Sexual Abuse
Huntsville, Alabama (2/26-27/87)

"Ritualistic Abuse of Children"
Florida Department of Law Enforcement
Second Annual Sexual Exploitation Workshop
Jacksonville, Florida (3/26-27/87)

"Ritualistic Abuse of Children"
Conference on Satanic Worship and the Occult
Maryland State Police
Westminster, Maryland (3/31/87)

"Child Molester Typology"
Virginia Child Sexual Abuse Conference
Hampton, Virginia (4/16/87)

"Sexual Exploitation of Children"
Tri-County Investigators Association
Ventura, California (5/13/87)

"Child Molester Typology"
Los Angeles Police Department
Criminal Personality Profiling Seminar
Los Angeles, California (5/14/87)

"Child Molester Typology"
U.S. Customs Service National Training Seminar
Ft. Lauderdale, Florida (5/18-19/87)

"Ritualistic Abuse of Children" and "Child Abductors"
National Conference on Missing and Exploited children
Chicago, Illinois (6/8-11/87)

"Sexual Exploitation of Children"
International Association for Identification
Alexandria, Virginia (8/5/87)

"Criminal Sexuality"
Law Enforcement Satellite Training Network
National Broadcast (9/30/87)

"Prevention of Sexual Exploitation of Children"
International Society of Crime Prevention Practitioners
Montreal, Canada (10/2/87)

"Child Pornography"
Morality In Media National Convention on Pornography
Orlando, Florida (10/29/87)

"Sexual Exploitation of Children" and "AIDS and Sexual Assault"
Executive Training Seminar
National Organization of Black Law Enforcement
Miami, Florida (11/7/87)

"Child Molester Typology"
Los Angeles County Sheriff's Office
Criminal Personality Profiling Seminar
Los Angeles, California (12/3/87)

"The Maligned Investigator of Criminal Sexuality" and "Corroboration of Child Sexual Abuse"
Third Annual Sexual Abuse Conference
Florida Department of Health and Rehabilitative Services
Sarasota, Florida (12/10-11/87)

"The Maligned Investigator of Criminal Sexuality" and "Ritualistic Abuse of Children"
Illinois Association of Chiefs of Police
Matteson, Illinois (1/18/88)

24

"Investigation of Child Sexual Abuse"
Fourth National Symposium on Child Sexual Abuse
Huntsville, Alabama (2/26/88)

"Victimization of Children in Groups"
National Symposium on Child Victimization
Anaheim, California (2/27-30/88)

"Child Pornography" and "Profiling of Child Abductors"
Advanced Master's Course in Investigation of
Child Sexual Exploitation, Molestation and Abduction
Kansas City, Missouri (5/3-6/88)

"Child Sex Rings" and "Ritualistic Abuse of Children"
National Conference on Child Sexual Exploitation
Tucson, Arizona (7/30-8/1/88)

"Ritualistic Abuse of Children"
Advanced Ritualistic Crime Seminar
Richmond, Virginia (9/22/88)

"Sexual Victimization of Adolescent Boys"
National Training Conference on Youthful Sex offenders
California Department of the Youth Authority
Long Beach, California (11/14/88)

"Ritualistic Abuse of Children" and "The Names and Numbers Game"
Fifth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/1-3/89)

"Investigation of Child Sex Rings" and "Ritualistic Abuse of Children"
18th Annual Child Abuse and Neglect Symposium
C. Henry Kempe National Center
Keystone, Colorado (5/22-26/89)

"Satanic, Occult, Ritualistic Crime"
National Conference on Missing and Exploited children
Huntsville, Texas (10/1-3/89)

"Ritualistic Abuse of Children"
National Conference on Child Abuse and Neglect
Salt Lake City, Utah (10/22-25/89)

"Cults and Gangs"
Law Enforcement Satellite Television Network
National Broadcast (2/14/90)

"Child Molester Typology" and "Satanic, Occult, Ritualistic Crime"
Sixth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/7-9/90)

"Infant Abduction"
Law Enforcement Satellite Television Network
National Broadcast (4/11/90)

"Child Sexual Abuse" and "Satanic/Occult Crime"
International Conference of Police Chaplains
Mobile, Alabama (7/10-11/90)

"Child Molesters" and "Child Sex Rings"
The Institute for the Prevention of Child Abuse
Toronto, Canada (10/21-23/90)

"Child Sexual Abuse"
Gulf Coast Conference on Child Abuse
Mobile, Alabama (10/24-26/90)

"Satanic Cults and Ritualistic Crime: A Law Enforcement Perspective"
Michigan Association of Chiefs of Police
Bellaire, Michigan (6/25/91)

"Sexual Exploitation of Children"
New York State Police Sexual Offense Seminar
Albany, New York (10/29-30/91)

"Complex Investigation of Child Sexual Victimization"
Intervention Specialists Certificate Training
National Children's Advocacy Center
Huntsville, Alabama (12/6/91)

"Corroborative Evidence" and "Typology of Child Molesters and Paraphilias"
Eighth National Symposium on Child Sexual Abuse
Huntsville, Alabama (2/17-21/92)

"Cult Murders"
International Homicide Investigators' Association Symposium
Pittsburgh, Pennsylvania (8/3/92)

"Cults and Rituals," "Corroboration," and "Molester Typology"
Multidisciplinary Conference on Child Abuse
Tulsa, Oklahoma (10/1-2/92)

"Validity of Repressed Memories in Abuse Cases," "Investigation of Sex Rings,"
and "Maligned Investigator"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/27-28/93)

"Typology of Offenders" and "Overview of Sexual Paraphilias"
Ninth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/10-11/93)

"Sexual Homicide of Abducted Children"
Management of the Child Abduction Case Symposium
Bloomington, Minnesota (5/5/93)

"Advanced Issues in the Investigation of Child Sexual Abuse"
"Investigating Multivictim/Multiperpetrator Cases"
APSAC First National Colloquium
Chicago, Illinois (6/25-26/93)

"Cults"
S.C. Law Enforcement Officers Association Annual Conference
Myrtle Beach, South Carolina (8/8/93)

"Satanic Ritual Abuse"
Fifth Annual Crimes Against Children Seminar
Dallas, Texas (9/2/93)

"Current Controversies in Child Sexual Abuse"
International Association of Women Police Annual Conference
Vancouver, British Columbia, Canada (11/4/93)

"Criminal Sexuality"
Law Enforcement Satellite Training Network
National Broadcast (12/8/93)

"Sexual Paraphilias in Child Sexual Abuse Cases"
"Children in Cults: A Law Enforcement Perspective"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/24-28/94)

"Typology of Child Molesters" and "Current Controversies in Child Sexual Abuse"
Tenth National Symposium on Child Sexual Abuse
Huntsville, Alabama (2/23-25/94)

"What is Child Pornography"
APSAC Second National Colloquium
Cambridge, Massachusetts (5/6/94)

"Ritualistic Child Abuse"
Advanced Crimes against Children Seminar
Florida Criminal Justice Executive Institute
Ft. Lauderdale, Florida (1/18-19/95)

"Infant Abduction," "Multivictim Cases," and "Maligned Investigator of Criminal Sexuality"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/26-27/95)

"Corroborative Evidence" and "Typology of Offenders"
Eleventh National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/1-2/95)

"Child Molesters: A Behavioral Analysis" and "Investigation of Child Pornography"
Third Annual Washington Children's Justice Conference
Bellevue, Washington (4/12-13/95)

"Child Abductors"
L.A. Police & Sheriff's Departments Kidnapping Investigation Seminar
Los Angeles, California (10/18/95)

"Use of Computers in Sexual Victimization of Children"
Ancient Crimes in Modern Times Conference
Albany Rape Crisis Center
Albany, New York (10/26/95)

"Sexual Exploitation of Children"
Western Regional Symposium on Child Abuse and Sexual Assault
Eugene, Oregon (11/2/95)

"Child Pornography" and "Understanding Offender Behavior"
National Symposium on Child Victimization
Washington, DC (11/9-10/95)

"Sex Offender Continuum"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/26/96)

"Pedophiles and Computers"
Law Enforcement Satellite Television Network
National Broadcast (3/13/96)

"Use of Computers in Sexual Victimization of Children" and "Sex Offender Continuum"
Twelfth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/28-29/96)

"Use of Computers in the Sexual Victimization of Children"
"Maligned Investigator of Criminal Sexuality"
APSAC Fourth National Colloquium
Chicago, Illinois (6/27-28/96)

"Sex Offender Continuum" and "Child Molesters Who Abduct"
Eighth Annual Crimes against Children Seminar
Dallas, Texas (7/16-17/96)

"Investigation of Sexual Victimization of Children"
Fifth Annual Western States Sexual Assault Seminar
Las Vegas, Nevada (10/3/96)

"Application of Behavioral Science to the Investigation of Sexual Victimization of Children"
APSAC Advanced Training Institute
San Diego, California (1/27/97)

"The 'Witch Hunt,' the 'Backlash,' and Professionalism"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/29/97)

"Child Molesters Who Abduct"
Thirteenth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/20-21/97)

"Law Enforcement Responses to Child Maltreatment in the 1970's, 1980's, 1990's and the Next Decade"
Twenty-Fifth Annual Child Abuse and Neglect Symposium
C. Henry Kempe National Center
Keystone, Colorado (5/14/97)

"The Witch Hunt, the Backlash, and Professionalism"
"Computers and the Sexual Victimization of Children"
Thirteenth Annual Training Symposium
Georgia Council on Child Abuse
Atlanta, Georgia (6/9-10/97)

"Use of Computers in Child Sexual Exploitation"
"Importance of Corroboration in Child Sexual Abuse Cases"
APSAC Fifth National Colloquium
Miami Beach, Florida (6/19/97)

"The Witch Hunt, the Backlash, and Professionalism," "Sex Offender Continuum," and "Corroboration in Child Sexual Abuse Cases"
Ninth Annual Crimes against Children Seminar
Dallas, Texas (8/19-21/97)

"The Sexual Exploitation of Children" (Keynote Address)
"Child Pornography"
Fifth Oklahoma Conference on Child Abuse and Neglect
Tulsa, Oklahoma (9/16/97)

"Child Molesters Who Abduct"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/30/98)

"Application of Behavioral Science to the Investigation of Sexual Victimization of Children"
APSAC Advanced Training Institute
San Diego, California (1/31/98)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
Southeast Region Symposium
Atlanta, Georgia (2/25-27/98)

"Child Erotica: What is it and Who Cares"
Fourteenth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/17-20/98)

"Law Enforcement Considerations"
Child Forensic Interview Training Clinic
American Professional Society on the Abuse of Children
Huntsville, Alabama (3/17/98)

"Sex Offender Continuum"
"Child Pornography"
Child Sexual Abuse: A Multidisciplinary Training Conference
Somerset, New Jersey (3/27/98)

"Sexual Homicide of Children"
Virginia Homicide Investigators Association
Quantico, Virginia (4/14/98)

"Child Abduction and Homicide"
Sixth Annual Children's Justice Conference
Bellevue, Washington (4/20/98)

"Behavioral Science Perspective" and Online Child Pornography/Child Sexual Exploitation
Northeast Regional Symposium
Morristown, New Jersey (4/30-5/1/98)

"Sex Offender Continuum"
APSAC Sixth Annual National Colloquium
Chicago, Illinois (7/8-11/98)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
Midwest Regional Symposium
Argonne, Illinois (8/12-13/98)

"Child Pornography and Child Erotica" and "Sex Offender Continuum"
Tenth Annual Crimes against Children Seminar
Dallas, Texas (8/18-19/98)

"Sexual Victimization of Children"
Colorado Association of Sex Crimes Investigators
Annual Conference
Snowmass, Colorado (8/27/98)

"Typology of Offenders" and "Child Pornography-What Is It?"
Targeting the Sexual Exploitation of Children
International Conference
Vancouver, British Columbia, Canada (10/13-15/98)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
West Regional Symposium
Berkeley, California (12/9-11/98)

"Application of Behavioral Science to the Investigation of Sexual Victimization of Children"
APSAC Advanced Training Institute
San Diego, California (1/25/99)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
Southern Midwestern Regional Symposium
St. Louis, Missouri (2/11-12/99)

"Sex Offender Continuum" and "Cyber Pedophiles: A Behavioral Perspective"
APSAC Seventh Annual National Colloquium
San Antonio, Texas (6/3-4/99)

"Pedophiles in Cyberspace"
Eleventh Annual Crimes against Children Seminar
Dallas, Texas (8/2-5/99)

"Profiling Sex Offenders"
Western States Vice Investigators Association
24th Annual Training Conference
Seattle, Washington (9/27/99)

"Sex Offender Continuum"
Texas Association of Polygraph Examiners
Annual Conference
Texarkana, Texas (10/16/99)

"Child Pornography" and "The Witch Hunt, the Backlash, And Professionalism"
Northeast Child Maltreatment Conference
Providence, Rhode Island (11/15/99)

"Child Molestation"
2nd Annual Sex Crimes Conference
Sex Crimes/Child Abuse Investigators Association of New Jersey
Atlantic City, New Jersey (11/17/99)

"Child Abuse 2000: A Retrospective of the Past 25 Years, A Prospectus for the Future"
"Online Child Pornography"
Sixteenth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/8/00)

"Sexual Victimization of Children"
Sex Offense Seminar
New York State Police
Albany, New York (5/24/00)

"Paraphilias Relating to the Sexual Victimization of Children," "Child Pornography and Child
Erotica," and "Acquaintance Child Molesters"
Twelfth Annual Crimes against Children Seminar
Dallas, Texas (8/21-22/00)

"Violence Against Juveniles, Violence by Juveniles" and "Snuff Films"
Seventh Annual IHIA Conference
International Homicide Investigators Association
Quantico, Virginia (9/18/00)

"Overview of the Sexual Victimization of Children" and "Typology of Child Molesters"
Fifth Annual Fall Collaboration of Child Abuse Professionals
Kill Devil Hills, North Carolina (10/16/00)

"Sex Offender Continuum"
Children's Justice Task Force Conference
Morgantown and Charleston, West Virginia (10/11 & 12/00)

32

"Violence by and Violence against Juveniles" and "Sex Offender Continuum"
4th Annual Broken Boundaries Conference
Warwick, Rhode Island (10/19/00)

"Acquaintance Molestation of Children"
Albany County Rape Crisis Center's 17th Annual Conference
Albany, New York (10/20/00)

"Application of Behavioral Analysis to the Investigation of Sexual Victimization of Children"
Professional Training Workshop
Chicago Children's Advocacy Center
Chicago, Illinois (1/12/01)

"Violence against Juveniles, Violence by Juveniles"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/26/01)

"Sexual Victimization of Children" and "Sex Offender Continuum"
Child Abuse Summit 2001 Conference
Portland, Oregon (4/19/01)

"Child Pornography"
APSAC Ninth Annual National Colloquium
Washington, D.C. (6/21/01)

"Sexual Victimization of Children"
The 13th Annual Conference of Southern Christian Services
Hattiesburg, Mississippi (7/26/01)

"Sex Offender Continuum"
Thirteenth Annual Crimes against Children Seminar
Dallas, Texas (8/21-22/01)

"Computer Exploitation of Children"
California Sexual Assault Investigators Association Fall Training
South Lake Tahoe, Nevada (10/12/01)

"Questionable Child Pornography" & "Compliant Child Victims"
2002 Crimes against Children Seminar
Dallas, Texas (8/5-6/02)

"Deviant Criminal Behavior"
Fourth Annual Violent Crime Analysis Regional Workshop
Los Angeles, California (8/7/02)

"The Sexual Victimization of Children: A Behavioral Analysis"
The 5th Annual Conference on Sex Offender Registration and Community Notification
Seattle, Washington (9/23/02)

"Child Molesters: A Behavioral Analysis"
New Jersey State Police Conference on Missing and Exploited Children
Eatontown, New Jersey (12/5/02)

"Behavioral Analysis of Sex Offenders"
The San Diego Conference on Child and Family Maltreatment
San Diego, California (2/4/03)

"Celebrating the Past, Embracing the Future: The Law Enforcement Perspective"
"Compliant Child Victims: Confronting an Uncomfortable Reality"
"A Typology of Child Molesters" (Approved for Continuing Medical Education Credits by
University of Alabama School of Medicine)
20th National Symposium on Child Abuse
Huntsville, Alabama (3/17-19/04)

"Use of Experts as Education Witnesses" and "A Typology of Child Molesters"
21st National Symposium on Child Abuse
Huntsville, Alabama (3/8-11/05)

"Compliant Child Victim" and "Sex Offender Continuum"
13th Annual Children's Justice Conference
Seattle, Washington (3/21/05)

"Compliant Child Victim" and "Computer Exploitation of Children"
Child Abuse Summit 2005 Conference
Portland, Oregon (4/28/05)

"A Typology of Child Molesters" and "Overview of Sexual Victimization of Children"
18th Annual Conference on Child Abuse & Family Violence
Salt Lake City, Utah (10/4-5/05)

"Sexual Victimization of Children: Practical Problems" and "Paraphilias other than Pedophilia"
22nd National Symposium on Child Abuse
Huntsville, Alabama (3/15-16/06)

"Sexual Victimization of Children"
Idaho Crime Prevention Associations Conference
Sun Valley, Idaho (10/26/06)

"Capturing the Friedmans" and "Acquaintance Child Molesters"
23rd National Symposium on Child Abuse
Huntsville, Alabama (3/21-23/07)

"Child Abuse Investigative Issues"
Investigator's Institute
22nd Annual International Conference on Child and Family Maltreatment
San Diego, California (1/28/08)

"Sexual Victimization of Children: Case Studies"
"Behavioral Analysis of Acquaintance Child Molester"
22nd Annual International Conference on Child and Family Maltreatment
San Diego, California (1/31/08)

"Child Pornography and Collateral Evidence"
"Sexual Victimization of Children: Case Studies"
24th National Symposium on Child Abuse
Huntsville, Alabama (3/18-20/08)

"Witch Hunt, Backlash, and Professionalism" "Sexual Exploitation of Children for MDT"
"Capturing the Friedmans" and "Paraphilias other than Pedophilia"
20th Annual Crimes against Children Conference
Dallas, Texas (8/11-14/08)

"Child Sexual Murders"
"Child Pornography and Collateral Evidence"
"Compliant Child Victims"
23rd Annual International Conference on Child and Family Maltreatment
San Diego, California (1/27-29/09)

"Child Molesters: A Behavioral Analysis"
"Witch Hunt, Backlash, and Professionalism"
25th National Symposium on Child Abuse
Huntsville, Alabama (3/24-25/09)

"Acquaintance Child Molesters" "Fantasy Defense in Internet Cases" "Use of Experts as
Education Witnesses" and "Responses by Youth Serving Organizations"
21st Annual Crimes against Children Conference
Dallas, Texas (8/17-20/09)

"Pedohebephilic Disorder" "Satanic Ritual Abuse Allegations" "Graduate Child Victims" and
"Child Molesters: A Behavioral Analysis, 5th Edition"
22nd Annual Crimes against Children Conference
Dallas, Texas (8/9-12/10)

"Child Molesters: A Behavioral Analysis, the new 5th Edition"
"Seduced by Dark Side: Lessons of Past Satanic Ritualistic Abuse Allegations"
25th Annual International Conference on Child and Family Maltreatment
San Diego, California (1/24-25/11)

"Questionable Child Pornography" "Sexual Victimization of Children: A Law Enforcement Perspective over 40-Year."
25th[d] Annual Crimes against Children Conference
Dallas, Texas (8/12-13/13)

"Acquaintance Molestation and Youth-Serving Organizations" "Sexual Assault: Rape or Molestation."
27th Annual Crimes against Children Conference
Dallas, Texas (8/10-11/15)

### University and Professional Groups

"Sexual Exploitation of Children"
Indiana University School of Nursing
Indianapolis, Indiana (3/18/82)

"Child Pornography and Youth Prostitution Rings"
American Society of Adolescent Psychiatry
Western States Conference
Seattle, Washington (9/25/82)

"Child Pornography and Prostitution"
American Orthopsychiatric Association Annual Meeting
Boston, Massachusetts (4/7/83)

"Child Molesters"
Department of Psychology, University of Alabama
Tuscaloosa, Alabama (12/9/83)

"Child Sexual Abuse"
American Orthopsychiatric Association Annual Meeting
Toronto, Canada (4/8/84)

"Sexual Victimization of Children"
Criminal Justice Center
Sam Houston State University
Huntsville, Texas (5/19/84)

"Pedophiles and Child Pornography"
University of Maryland Conference
Baltimore, Maryland (5/21/84)

"Child Molesters"
The Old Dominion University Conference
Portsmouth, Virginia (10/12/84)

"Sexual Abuse of Children"
University of Virginia School of Medicine
Charlottesville, Virginia (12/12/84)

"Child Pornography"
Duke University
Durham, North Carolina (1/12/85)

"Sex Offenders"
Medical Assessment and Treatment of Sex Offenders
Johns Hopkins University
Baltimore, Maryland (2/21/85)

"Child Molesters"
6th Annual Symposium on Critical Issues in Criminal Justice: Exploitation of the Child
Loyola University
Chicago, Illinois (2/27/85)

"Child Molesters - A Law Enforcement Perspective"
Academy of Criminal Justice Sciences Annual Meeting
Las Vegas, Nevada (4/2/85)

"Child Molesters"
Mount Vernon Mental Health Center
George Mason University
Fairfax, Virginia (5/17/85)

"Child Molesters"
Interdisciplinary Conference on Sexual Victimization of Children
Old Dominion University
Virginia Beach, Virginia (9/25-27/85)

"Child Pornography and Sex Rings"
Delinquency Control Institute
University of Southern California
Los Angeles, California (10/2/85)

"Recognition of Child Molesters"
Fairfax County Public Schools
Reston, Virginia (12/19/85)

"Prevention of Child Abuse through Teacher Identification and Character Evaluation"
State of California Commission on Teacher Credentialing
Sacramento, California (1/10-12/86)

"Ritualistic Sexual Abuse of Children"
National Conference Taylor Institute and University of Chicago
Chicago, Illinois (4/16-19/86)

"Typology and Treatability of Child Molester"
National College of District Attorneys
New Orleans, Louisiana (10/15/86)

"Child Molester Typology"
National Council of Juvenile and Family Court Judges
Columbus, Ohio (10/28/86)

"Child Molester Typology"
Delinquency Control Institute
University of Southern California
Los Angeles, California (1/16/87)

"Sexual Abuse of Children Offender Profiles"
Flaschner Judicial Institute
Natick, Massachusetts (4/10/87)

"Forensic Evaluations in Child Sexual Abuse Cases"
Institute of Law, Psychiatry and Public Policy
University of Virginia
Charlottesville, Virginia (4/17/87)

"Child Molester Typology"
Harvard Association of Police Science
Williamsburg, Virginia (6/22-24/87)

"Child Pornography"
National College of District Attorneys
Philadelphia, Pennsylvania (12/1/87)

"Multiple Victim/Multiple Perpetrator Cases"
California Professional Society on the Abuse of Children
Costa Mesa, California (12/4/87)

"Typology of Child Molesters" and "Corroboration of Child Sexual Abuse"
Pennsylvania District Attorneys Association
Philadelphia, Pennsylvania (2/10/88)

"Ritualistic Abuse of Children"
National District Attorneys Association
Reno, Nevada (3/2/88)

"Typology of Child Molesters"
Academy of Criminal Justice Sciences Annual Conference
San Francisco, California (4/5-6/88)

"Ritualistic Abuse of Children"
Multiple Personality Study Group of Washington, D.C.
Washington, D.C. (7/22/88)

"Ritualistic Abuse of Children"
St. Albans Psychiatric Hospital
Roanoke, Virginia (9/13/88)

"Ritualistic Abuse of Children"
Psychiatric Residents' Conference
Walter Reed Army Medical Center
Washington, D.C. (9/29/88)

"Typology of Child Molesters" and "Disposition and Offenders"
Tri-State Judicial Conference
National Judicial College
Fargo, North Dakota (10/7-8/88)

"Baby Kidnappings"
National Symposium on Violence in Health Care
International Association for Hospital Security
Washington, D.C. (ll/11/88)

"Child Pornography"
National College of District Attorneys
Baltimore, Maryland (11/28/88)

"Ritualistic Abuse of Children"
Maryland Department of Health and Mental Hygiene
Spring Grove Hospital Center
Catonsville, Maryland 21228 (3/17/89)

"Ritualistic Abuse of Children"
Academy of Criminal Justice Sciences Annual Conference
Washington, D.C. (3/29/89)

"Overview of Sexual Abuse of Children"
University of Baltimore
Baltimore, Maryland (4/6/89)

"Ritualistic Abuse of Children"
Middle Atlantic-Great Lakes Organized Crime

Law Enforcement Network
Towson, Maryland (6/1/89)

"Child Sex Rings"
National Center for the Prosecution of Child Abuse
Leesburg, Virginia (10/12/89)

"Satanic, Occult, Ritualistic Crime"
American Academy of Psychiatry and the Law
Quantico, Virginia (10/19/89)

"Child Pornography"
National College of District Attorneys
Orlando, Florida (10/29/89)

"Child Sexual Abuse"
University of South Carolina Law School
Columbia, South Carolina (1/26/90)

"Satanic, Occult, Ritualistic Crime"
National Council of Juvenile and Family Court Judges
New Orleans, Louisiana (3/28/90)

"Ritualistic Abuse of Children"
Judicial Education Committee for Oregon Judges
Portland, Oregon (6/7/90)

"Child Sex Rings"
Loma Linda University School of Medicine
San Bernardino, California (11/1/90)

"Child Molesters"
2nd Annual Forensic Psychiatry Seminar
Walter Reed Army Medical Center
Washington, D.C. (ll/19/90)

"Typology of Child Molesters"
"Multidimensional Child Sex Rings"
American Academy of Forensic Sciences
Anaheim, California (2/21-22/91)

"Criminal Sex Offenders"
Maryland Division of Parole and Probation
Baltimore, Maryland (5/20-22/91)

"Ritual Abuse of Children"
American Psychological Association Annual Meeting
San Francisco, California (8/16-20/91)

"Child Pornography and Sex Rings"
National Center for Prosecution of Child Abuse
Basic Training for Prosecutors
Hartford, Connecticut (6/29/91) and Seattle, Washington (8/31/91)

"Satanic, Cult, and Ritualistic Crime"
American Academy of Psychiatry and the Law Annual Meeting
Orlando, Florida (10/17/91)

"Sexual Victimization of Children: Current Controversies"
The Law and Treatment of Sexual Offenders
Arlington Bar Association
Arlington, Virginia (11/21/92)

"Ritualistic Abuse of Children"
Northern Virginia Chapter of Clinical Counselors
Annandale, Virginia (9/25/92)

"Typology of Child Molesters"
Orange County California Social Services Agency
Santa Ana, California (1/29/92)

"Evaluation of Child Molesters"
St Luke Institute for Sexual Disorders
Suitland, Maryland (3/25/93)

"Child Pornography and Sex Rings"
National Center for Prosecution of Child Abuse
Georgetown University, Washington, DC (8/13/93)

"Organized Sadistic Abuse"
Sixth Eastern Regional Conference on Abuse & Multiple Personality
Alexandria, Virginia (6/13/94)

"Identifying Child Molesters"
Points of Light National Community Service Conference
Washington, DC (6/14/94)

"Corroboration of Child Sexual Abuse Allegations"
Forensic Nursing Institute, University of Virginia
Charlottesville, Virginia (6/23/94)

"Child Pornography and Sex Rings"
National Center for Prosecution of Child Abuse
Kansas City, Missouri (8/5/94)

"Ritual Abuse: Definition and Diagnosis"
Meeting of American Academy of Child and Adolescent Psychiatry
New York, New York (10/29/94)

"Corroboration of Child Sexual Abuse Allegations"
Forensic Nursing Institute, University of Virginia
Charlottesville, Virginia (6/22/95)

"Child Sexual Abuse: Victim and Offender Patterns of Behavior"
Sexual Assault Center of Prince George's Hospital Center
Cheverly, Maryland (10/16/95)

"Sexual Victimization of Children"
Eighteenth National Children's Law Conference
National Association of Counsel for Children
Boston, Massachusetts (9/15/95)

"Computers, On-Line Services and the Internet: How They Are Used in the Sexual Victimization
of Children"
Fifteenth Annual Research and Treatment Conference
The Association for the Treatment of Sexual Abusers
Chicago, Illinois (11/16/96)

"Sexual Victimization of Children: A Behavioral Analysis"
George Mason University
Manassas, Virginia (5/28-29/97)

"Situational and Preferential Child Molesters: A Typology"
34th Semi-Annual Forensic Symposium
Institute of Law, Psychiatry, and Public Policy
University of Virginia
Charlottesville, Virginia (5/8/98)

"Offender Typology"
Beyond the Basics: Investigation of Child Exploitation Cases
American Prosecutors Research Institute
Arlington, Virginia (5/11/98)

"Overview of Sexual Victimization" & "Child Abduction"
Children of Violence Conference
Old Dominion University
Norfolk, Virginia (6/1/98)

"Sex Offender Continuum"
Grand Rounds - University of Virginia
Department of Psychiatric Medicine - Western State Hospital
Staunton, Virginia (7/29/98)

"Sexual Victimization of Children"
American Re-EDucation Association Conference
Norfolk, Virginia (8/25/98)

"Investigating Crimes against Children"
Arnold Markle Symposium
Lee Institute of Forensic Science & University of New Haven
West Haven, Connecticut (3/18/99)

"Offender Typology"
Investigation and Prosecution of Child Sexual Exploitation
American Prosecutors Research Institute
National Advocacy Center
Columbia, South Carolina (6/24/99)

"Offender Typology"
Investigation and Prosecution of Child Sexual Exploitation
American Prosecutors Research Institute
Santa Fe, New Mexico (12/6/99)

"Cults and Compounds"
27th National Conference on Juvenile Justice
National Council of Juvenile and Family Court Judges
Tampa, Florida (3/21/00)

"Overview of Sexual Victimization of Children"
Seventh Annual Childhood Violence Symposium
Department of Pediatrics
State University of New York at Buffalo
Buffalo, New York (4/6/00)

"Shielding Children from Molestation and Abuse"
27th Annual Training Conference
National Head Start Association
Washington, DC (4/27/00)

"History and Future Trends of Behavioral Analysis in Crimes against Children"
International Criminal Investigative Analysis Fellowship Seminar
FBI Academy
Quantico, Virginia (9/25/00)

43

"Offender Typology"
Investigation and Prosecution of Child Sexual Exploitation
American Prosecutors Research Institute
Santa Fe, New Mexico (12/4/00)

"Offender Typology"
Investigation and Prosecution of Child Sexual Exploitation
American Prosecutors Research Institute
Santa Fe, New Mexico (11/27/01)

"Offender Typology"
Prosecuting Online Crimes Against Children
American Prosecutors Research Institute
Sacramento, California (7/22/02)

"Sexual Victimization of Children"
Carelink Community Support Services
Norristown State Hospital
Norristown, Pennsylvania (11/8/02)

"Clergy Sexual Victimization" (Plenary Session)
"Corroborative Evidence in Clergy Molestation Cases"
First National Conference on Clergy Abuse
Benjamin N. Cardozo School of Law
New York, New York (4/10-11/03)

"Pedophilia in the United States"
U.S. Conference of Catholic Bishops
Auditor Training
St. Louis, Missouri (5/20/03)

"Compliant Child Victims"
38th Semi-Annual Forensic Symposium
Institute of Law, Psychiatry, and Public Policy
University of Virginia
Charlottesville, Virginia (9/26/03)

"Compliant Child Victims"
Psychological and Legal Issues of Internet Abuse Images Conference
Department of Applied Psychology
University College Cork
Cork, Ireland (5/24-26/04)

"Sexual Victimization of Children by Your Client's Employees and Agents"
Federation of Defense and Corporate Counsel
FDCC 2004 Annual Meeting
Cambridge, Maryland (7/29/04)

44

"*Capturing the Friedmans*: What it Tells Us about Our Justice System"
Panel Discussion
The Association of the Bar of the City of New York
New York, New York (10/6/04)

"Child Molesters: A Behavioral Analysis"
Polygraph 2004 Tri-State Symposium
American Polygraph Association
Virginia Beach, Virginia (11/5/04)

"Cyber 'Pedophiles': A Behavioral Analysis"
Internet Child Abuse and Pornography Seminar
American Bar Association
Washington, DC (11/12/04)

"Satanic Ritual Abuse"
Tyndale University College and Seminary
Toronto, Canada (11/17/04)

"Compliant Victim" "Typology of the Pedophile"
National Center for Rule of Law at Ole Miss School of Law
Advanced Finding Words: Emerging Issues in Forensic Interviewing
Summit, Mississippi (12/2/04)

"Internet Sex Crimes" "Cyber Pedophiles" and "Child Pornography"
Oregon Association for the Treatment of Sex Abusers
Portland, Oregon (4/29/05)

"Compliant Child Victims and Online Crimes Cases"
Unsafe Havens II: Advanced Trial Advocacy for Prosecution of Online Crimes Against Children
American Prosecutors Research Institute
National Advocacy Center
Columbia, South Carolina (6/6/05)

"Overview of Sexual Victimization of Children" and "Satanic, Occult, Ritualistic Crime"
National Criminal Justice Command College
University of Virginia
Richmond, Virginia (8/5/05)

"Satanic Ritual Abuse"
Tyndale University College and Seminary
Toronto, Canada (10/12/05)

"Use of Education Expert Witnesses"
Unsafe Havens I: Advanced Trial Advocacy for Prosecution of Online Crimes Against Children
American Prosecutors Research Institute
Honolulu, Hawaii (12/1/05)

"Sexual Victimization of Children: A Behavioral Analysis"
Continuing Education Workshop in Forensic and Behavioral Criminology
Center for Psychological Studies
Nova Southeastern University
Fort Lauderdale, Florida (4/22-23/06)

"Overview of Sexual Victimization of Children"
National Criminal Justice Command College
University of Virginia
Richmond, Virginia
(8/4/06) (8/3/07) (8/1/08) (7/30/09) (8/4/11) (8/2/12) (8/7/13) (8/6/14) (8/6/15) (8/4/16)

"Child Pornography"
U.S. Conference of Catholic Bishops
Promise to Protect Seminar
Washington, DC (9/13/07)

"Compliant Child Victims"
American Academy of Forensic Sciences
Washington, D.C. (2/22/08)

"Defeating the Fantasy Defense"
Unsafe Havens II: Advanced Trial Advocacy for Prosecution of Technology Facilitated Crimes
Against Children
American Prosecutors Research Institute
National Advocacy Center
Columbia, South Carolina (2/2/10)

"Sexual Victimization of Children"
Graduate School Class on Psychological Profiling
George Washington University
Washington, DC (9/12/16)

## Governmental Bodies

"Criminal Personality Profiling"
President's Task Force on Victims of Crime
Washington, D.C. (10/15/82)

"Child Pornography and Prostitution"
National Child Sexual Abuse Planning Team
Chesapeake Institute and White House Staff
Washington, D.C. (4/1/83)

"Sexual Exploitation of Children"
White House Cabinet Staff Conference
White House, Washington, D.C. (6/20/83)

"The Pedophile: A Law Enforcement Perspective"
U.S. Attorney General's Task Force on Family Violence
San Antonio, Texas (2/1/84)

"Pedophile Collectors"
U.S. Department of Justice National Obscenity Seminar
Washington, D.C. (5/17/84)

"Child Molesters"
Bronx County Special Grand Jury
Bronx, N.Y. (ll/28/84)

"Missing and Exploited Children"
White House Strategy Conference
Washington, D.C. (4/3/85)

"Child Molesters"
Missouri Association of Prosecuting Attorneys Annual Conference
Lake of Ozarks, Missouri (5/22/85)

"Pornography"
U.S. Attorney General's Commission on Pornography
Washington, D.C. (6/19/85)

"Child Pornography"
U.S. Attorney General's Commission on Pornography
Miami, Florida (11/20/85)

"Sexual Victimization of Children"
President's Child Safety Partnership
Washington, D.C. (1/16/86)

"Child Pornography"
Briefing for House of Representatives Legislative Assistants
Quantico, Virginia (11/19/86)

"Child Pornography"
U.S. Department of Justice Obscenity and Child
Pornography Prosecution Conference
Washington, D.C. (3/4/87)

"Sexual Exploitation of Children"
Vermont United States Attorney's Office
Rutland, Vermont (8/11-13/87)

"Missing Children"
U.S. Attorney General's Advisory Board on Missing Children
Los Angeles, California (7/30/87)

"Sexual Exploitation of Children"
Mississippi United States Attorney's Office
Jackson, Mississippi (11/4-5/87)

"Sexual Exploitation of Children"
Virginia and Maryland United States Attorney's Offices
Roanoke, Virginia (11/9/87)

"Sexual Exploitation of Children"
California United States Attorney's Offices
Sacramento and Newport Beach, California (3/1/88 & 3/3/88)

"Maligned Investigator of Criminal Sexuality"
Advanced Conference on Federal Obscenity and Child
Pornography Prosecution
U.S. Department of Justice
Washington, D.C. (5/23/88)

"Typology of Child Molesters"
North Dakota Attorney General's Conference
Bismarck, North Dakota (10/6/88)

"Ritualistic Crime"
Texas Attorney General's Conference on Law Enforcement
Austin, Texas (10/14/88)

48

"Sexual Abuse on Indian Reservations"
Briefing for U.S. Senate Special
Committee on Investigations
Quantico, Virginia (10/17/88)

"Sexual Exploitation of Children"
Western District U.S. Attorney's Office
Batavia, New York (10/18-19/88)

"Overview of Sexual Exploitation of Children"
Federal Crimes Against Children Conference
U.S. Department of Justice
Alexandria, Virginia (2/16/89)

"Child Sex Rings"
Department of Defense Training Seminar
Tyson's Corner, Virginia (9/15/89)

"Child Molester Typology"
Department of Defense Polygraph Institute
Ft. McClellan, Alabama (10/28/89)

"Child Sexual Abuse"
White House Briefing
Washington, D.C. (4/18/90)

"Child Pornography" and "Pedophile Profiles"
Child Exploitation and Obscenity Seminar
U.S. Department of Justice
Portland, Oregon (8/28/91)

"Child Sexual Abuse"
Royal Canadian Mounted Police Academy
Vancouver, British Columbia, Canada (9/3/91)

"Sex Crimes"
Pacific Training Initiative
Agana, Guam (9/23-27/91)
Pago Pago, American Samoa (4/19-24/92)

"Typology of Child Molesters" and "Overview of Sexual Victimization of Children"
Attorney General's Task Force on Child Abuse Conference
Durham, New Hampshire (4/9/93)

"Child Pornography and Computers"
Briefing for U.S. Senate Staff
Permanent Subcommittee on Investigation
Washington, D.C. (12/15/93)

"Ritual Abuse of Children"
San Diego County Grand Jury
San Diego, California (1/94)

"Child Pornography"
Maryland Governor's Conference on Child Abuse and Neglect
Baltimore, Maryland (4/28/94)

"Sexual Victimization of Children"
Interpersonal Violence and Serial Murder Seminar
Finnish National Police
Helsinki, Finland (11/7-11/94)

"Child Molester Typology"
Maryland Governor's Conference on Child Abuse and Neglect
Baltimore, Maryland (4/28/95)

"Children Used in Cult Rituals"
Briefing of U.S. Senate Staff
Committee on the Judiciary
Washington, D.C. (1/17/96)

"Computer Generated Child Pornography"
Briefing For U.S. Senate Staff
Committee on the Judiciary
Washington, D.C. (1/17/96)

"Understanding Child Molesters"
Sex Offender Treatment Program
U.S. Naval Consolidated Brig Miramar
San Diego, California (1/24/96)

"Sex Offender Continuum"
Maryland Governor's Conference on Child Sexual Abuse and Neglect
Baltimore, Maryland (4/12/96)

"Sexual Victimization of Children"
Royal Commission into the New South Wales Police Service
Sydney, Australia (via video teleconference) (9/4/96)

"Profiling and Presenting Evidence about the Violent Offender"
Office of Legal Education, Executive Office for U.S. Attorneys
Albuquerque, New Mexico (3/12-14/97)

"Use of Computers in the Sexual Exploitation of Children"
U.S.-Russian Seminar on International Trafficking of Woman and Children for Sexual
Exploitation, U.S. Department of State
Washington, D.C. (4/10/97)

"Use of Computers in the Sexual Exploitation of Children"
Office of Criminal Justice Planning, Office of Attorney General
Los Angeles, California (4/24/97)

"Sex Offenders and Social Policy: A National Perspective"
Wisconsin Attorney General's Law Enforcement Conference
Oshkosh, Wisconsin (5/21/97)

"Sex Offender Continuum" "Child Pornography: Questionable Cases"
International Child Pornography Training Workshop
U.S. Customs Service
New Orleans, Louisiana (6/11-12/97)

"Child Pornography"
South Carolina Office of the Attorney General Seminar
Columbia, South Carolina (7/25/97)

"Sex Offender Continuum"
Maryland Governor's Conference on Child Abuse and Neglect
Baltimore, Maryland (11/5/97)

"The Sex Offender Profile"
Canadian Conference on the Sexual Exploitation of Children
Solicitor General of Canada
London, Ontario, Canada (11/3/97)

"Sexual Exploitation of Children"
New South Wales Police Academy
Goulburn, Australia (2/10-12/98)

"Sex Offender Continuum" "Child Pornography: Questionable Cases"
U.S. Postal Inspection Service Training
Huntsville, Alabama (3/16-17/98)

"Crimes against Children"
Higher Learning Academy, Russian Ministry of Internal Affairs
Moscow, Russia (4/6-10/98)

Case 1:16-cv-00225-TDS-JEP   Document 173-14   Filed 08/29/16   Page 74 of 108

"Psychology of Offenders"
Child Exploitation Seminar
Office of Legal Education, U.S. Department of Justice
National Advocacy Center
Columbia, South Carolina (5/6/98)

"Typology of Sex Offenders"
Interpol Standing Working Party on Offenses Against Children
Ottawa, Canada (10/8/98)

"Dynamics of Child Sexual Exploitation-Victims and Offenders"
Internet Crimes Against Children Task Forces Training
Office of Juvenile Justice and Delinquency Prevention
U.S. Department of Justice
Arlington, Virginia (11/1/98)

"Profiles of Sexual Predators"
Regional Conference on Sexual Assault and Violence Against Women
Suffolk County District Attorney's Office
Central Islip, New York (11/12/98)

"Sexual Victimization of Children"
National Crime Faculty Staff Development Conference
Police Staff College
Bramshill, United Kingdom (11/24/98)

"Computer Exploitation of Children"
Satellite Conference for Federal Pre-trial and Probation Officers
Federal Judicial Center, Court Education Division
Washington, D.C. (12/3/98)

"Understanding Your Enemy"
Child Safety and the Internet Policy Forum
Governor's Office of Criminal Justice Planning
Sacramento, California (3/5/99)

"Cyber 'Pedophiles'"
Prosecuting Child Exploitation
Naval Criminal Investigative Service
Arlington, Virginia (3/10/99)

"Sex Offender Continuum"
Investigating Sexual Assault Conference
King County Department of Judicial Administration
Seattle, Washington (3/24/99)

"Child Sex Rings"
Maryland Governor's Conference on Child Abuse and Neglect
College Park, Maryland (4/22/99)

"Computer Exploitation of Children"
National Association of Crime Victim Compensation
Albuquerque, New Mexico (5/4/99)

"Sexual Exploitation of Children"
Combined Law Enforcement Coordinating Committee Conference
Jackson, Wyoming (5/18/99)

"Analysis of Cyber 'Pedophiles'"
Keynote Address at Computer Crimes Course
U.S. Naval Justice School
Norfolk, Virginia (7/28/99)

"Cyber 'Pedophiles': A Behavioral Perspective"
Internet Crimes against Children Conference
United States Attorney Eastern District of North Carolina
Raleigh, North Carolina (10/3/00)

"Sexual Victimization of Children: A Law Enforcement Perspective"
FBI Family Violence Symposium
Leesburg, Virginia (8/3-8/03)

"Compliant Child Victim"
Investigation and Prosecution of Child Sexual Exploitation Interagency Conference
United States Attorney Middle District of Florida
Tampa, Florida (9/30/03)

"Victim Issues"
"Education and Prevention"
Working Group on Online Sexual Exploitation of Children
FBI Academy
Quantico, Virginia (2/4-5/04)

"Ethics: The Importance of Objectivity in Child Exploitation Investigations and Prosecutions"
"The Benefits of Understanding Offenders" & "Why Children are Compliant Victims"
Investigation and Prosecution of Advanced Child Exploitation Cases
Office of Legal Education – Executive Office for United States Attorneys
National Advocacy Center
Columbia, South Carolina (3/15-16/04)

"Compliant Child Victim"
For Kids' Sake Conference
United States Attorney Southern District of Indiana
Indianapolis, Indiana (4/14/04)

"Sexual Victimization of Children: A Behavioral Analysis"
Netherlands National Police Agency
National Criminal Intelligence Department
Zutphen, Netherlands (5/17-19/04)

"The Great Facilitator: History and Evolution"
"Compliant Victim Issues"
FBI International Online Child Sexual Victimization Symposium
Leesburg, Virginia (6/7-10/04)

"Sexual Victimization of Children: A Behavioral Analysis"
Multidisciplinary Team Training
Oregon Department of Justice
Eugene, Oregon (11/2/04)

"Child Exploitation Prosecutions: Professionalism and Ethical Issues"
Investigation and Prosecution of Advanced Child Exploitation Cases
Office of Legal Education – Executive Office for United States Attorneys
National Advocacy Center
Columbia, South Carolina (7/13/06)

"Child Sexual Abuse and Exploitation"
2006 Statewide CASA Conference
Virginia Department of Criminal Justice Services
Williamsburg, Virginia (10/13/06)

"Sex Offenders: A Behavioral Analysis"
2007 National Symposium on Sex Offender Management and Accountability
U.S. Department of Justice
Indianapolis, Indiana (7/27/07)

"Cyber Sex Offenders"
Computer Crimes Course
U. S. Naval Justice School
Newport, Rhode Island (5/19/08)

"Expert Witness Testimony"
FBI National Center for Analysis of Violent Crime
FBI Academy
Quantico, VA (5/28-29/08)

"Psychology of Offenders and Understanding the Grooming Process"
Advanced Online Child Exploitation Seminar
Office of Legal Education – Executive Office for United States Attorneys
National Advocacy Center
Columbia, South Carolina (7/28/08)

"Grooming and Seduction of Child Victims of Sexual Exploitation"
2008 Project Safe Childhood National Conference
Columbus, Ohio (9/23/08)

"The Witch Hunt, the Backlash, and Professionalism"
Behind Closed Doors: Preventing, Responding to, Investigating and Prosecuting
Sexual Abuse in Juvenile Justice Facilities
Texas Juvenile Probation Commission
Corpus Christi, Texas (12/12/08)

"Child Exploitation: Facts behind the Cases"
Conference of 9th Circuit Chief District Judges and Lawyer Representatives
Newport Beach, California (2/26/09)

"Cyber Sex Offenders"
Computer Crimes Course
U. S. Naval Justice School
Newport, Rhode Island (8/3/09)

"Sexual Victimization of Children"
FBI National Academy
Quantico, Virginia (8/9/16)

## CONGRESSIONAL TESTIMONY

"Preventing the Abuse of Children in Child Care Facilities: Pedophile Characteristics"
U.S. Senate
Subcommittee on Juvenile Justice
Washington, D.C. (4/11/84)

"Pedophile Collectors"
U.S. Senate
Subcommittee on Juvenile Justice
Washington, D.C. (8/8/84)

"Use of Computers by Pedophiles"
U.S. Senate
Subcommittee on Security and Terrorism
Washington, D.C. (6/11/85)

"Child Victims of Exploitation"
U.S. House of Representatives
Select Committee on Children, Youth and Families
Washington, D.C. (10/31/85)

"Child Abduction"
U.S. House of Representatives
Committee on Government Operations
Washington, D.C. (4/9/86)

"Child Abduction"
U.S. House of Representatives
Committee on the Judiciary, Subcommittee on Crime
Washington, D.C. (9/14/95)

"The Aftermath of Waco - Changes in Law Enforcement"
U.S. Senate
Committee on the Judiciary
Washington, D.C. (11/1/95)

## CRIMINAL COURT TESTIMONY

State of Maryland versus David Arnold Ratzow
Criminal Case #82-844
Prince George's County, Maryland
11/10/82

State of Maryland versus Leo Joseph Hudson
Criminal Case #83-94
Prince George's County, Maryland
6/13/83

State of New Hampshire versus Joseph Matheson
Criminal Case
Hillsborough County, New Hampshire
11/17/83

State of Maryland versus Robert Anthony McCormick
Criminal Case #83-924
Prince George's County, Maryland
2/15/84

Commonwealth of Virginia versus Ray Nardella
Criminal Case
Prince William County, Virginia
2/11/85

State of Texas versus David Sonenschein
Criminal Case
Travis County, Texas
4/15/85

United States versus Mervyn Harold Cross
Criminal Case #84-192-CR-T-17 (A)
Middle District of Florida
Tampa, Florida
3/11/86
Affirmed - 928 F. 2d 1030 (11th Cir 1990)

State of Florida versus Ronald Mulholland
Criminal Case #86-5821 CF
Broward County, Florida
7/31/86

United States versus Donald Dobson
Criminal Case
District of Massachusetts
Boston, Massachusetts
2/17/87

State of Pennsylvania versus Donald E. Ruby
Criminal Case #86-165
41st Judicial District
Perry County, Pennsylvania
3/19/87

State of New Jersey versus Margaret Kelley Michaels
Criminal Case
Essex County, New Jersey
4/22/87

State of Maryland versus Thomas E. Zimmerman
Criminal Case #32, 712-714
Anne Arundel County, Maryland
3/14/88

State of Alaska versus Frank Feichtinger
Criminal Case #88-7011
Anchorage, Alaska
12/15/89

United States versus Michael Feaster
Criminal Case #F 3313-89
District of Columbia
4/23/90

State of Maryland versus Eliseo Juco Miraflor, Jr.
Criminal Case #89-1472
Prince George's County, Maryland
4/24/90

United States versus Ronald Steven Bowman
Criminal Case #90-00094
Western District of Virginia
Roanoke, Virginia
10/16/90

United States versus Larry Lane Bateman
Criminal Case #92-62-01-D
District of New Hampshire
Concord, New Hampshire
1/11/93

People versus Dale Akiki
Criminal Case #CR 129395
District Court
San Diego, California
11/8/93

State of Oklahoma versus Jimmy Ray Slaughter
Criminal Case #CRF 92-92
State District Court
Oklahoma City, Oklahoma
9/2/94

Commonwealth versus David Dickman
Criminal Case #C.P. 93-07-3271
First Judicial District of Pennsylvania
Philadelphia, Pennsylvania
5/9 & 17/95

State of Texas versus Eric Charles Nenno
Criminal Case #689920
208th State District Court
Houston, Texas
1/29/96
Affirmed – 970 S.W. 2d 549 (Tex Crim App 1998)

United States versus Robert J. Hennie
Criminal Case #1:95-CR-316
Northern District of Ohio
Akron, Ohio
6/13/96

United States versus Richard Romero
Criminal Case #96-CR-167
Northern District of Illinois
Chicago, Illinois
6/17-18/97 & 10/6/97
Affirmed - 189 F. 3d 576 (7th Cir 1999)

State of Texas versus Rudolph Edward Kos
Criminal Case #F-97 32232
Dallas, Texas
3/30/98
Affirmed - 15 S.W. 3d 633

United States versus Stephen Parrish
Criminal Case #1:98-CR-036
Northern District of Georgia
Atlanta, Georgia
5/13/98

United States versus Donald G. Stevens
Criminal Case #A97-0121-01CR
District of Alaska
Anchorage, Alaska
9/29/98

State of Texas versus Charles Richard Willits
Criminal Case # 98-4725
299th District Court of Travis County
Austin, Texas
10/14/99

United States versus Kenneth Long
Criminal Case # 99-182
District of Columbia
11/10&12/99
Affirmed - 328 F. 3d 655 (D.C. Cir. 2003)

United States versus Corporal Timothy D. Webb, U.S.M.C.
General Court Martial
Quantico, Virginia
5/9/00

United States versus Sergeant Michael B. Hays, U.S. Army
General Court Martial
Grafenwoehr, Germany
6/7/00
Affirmed - 62 M.J. 158 (U.S. Armed Forces 2005)

United States versus Richard Bagarozy and Edward Federiwicz
Criminal Case # 94-338
District of New Jersey
Newark, New Jersey
9/8/00

New Mexico versus Lloyd Sperry
Criminal Case# 0200100200
Ninth Judicial District Court
Clovis, New Mexico
2/18/02

State of Texas versus Ronald Gene Means
Cause # 9766-A, 9767-A
87th Judicial District Court
Groesbeck, Texas
7/25/02

United States versus Scott Hayward
Criminal Case # 02-63
Western District of Pennsylvania
Pittsburgh, Pennsylvania
7/29/02
Affirmed - 2004 WL 405936 (3rd Cir, 3/5/04)

State of Connecticut versus John Sorabella
Docket # HHB-CR00-188041 & 188042
Superior Court – New Britain Judicial District
New Britain, Connecticut
12/10/02
Affirmed - 277 Conn.155 (Connecticut Supreme Court, 2/7/06)

Testimony
Investigating Grand Jury
Philadelphia, Pennsylvania
5/16/03

United States versus Dwight York
Criminal Case # 5:02-CR-27-HL
United States District Court, Middle District of Georgia
Macon, Georgia
12/16/03

United States versus Dwight York
Criminal Case # 5:02-CR-27-HL
United States District Court, Middle District of Georgia
Brunswick, Georgia
1/7/04

Testimony
Investigating Grand Jury
Philadelphia, Pennsylvania
4/1/04

61

United States versus Ronald Forrest
Criminal Case # AW-03-0458
United States District Court, District of Maryland
Greenbelt, Maryland
5/13/04
Affirmed - 429 F. 3d 73 (4th Cir 2005)


United States versus John Jones
Criminal Case #F-2851-03
District of Columbia Superior Court
Washington, DC
6/2/04
Affirmed – 990 A. 2d 970 (DC Court of Appeals 2010)


State of Illinois versus Cecil S. Sutherland
Criminal Case No. 88-CF-73
Circuit Court for the Second Judicial Circuit
Jefferson County, Illinois
6/4/04


United States versus Roderick Long
Criminal Case #04-238M
U.S. District Court for Western District of Pennsylvania
Pittsburgh, Pennsylvania
6/29/04


United States versus Raymond Davenport
Criminal Case #EV 03-027-CR-01-Y/H
U.S. District Court for Southern District of Indiana
Evansville, Indiana
7/19/04
Affirmed - 149 Fed. Appx. 536 (7th Cir. 2005)


United States versus CPL Joel W. Pratt, U.S. Army
General Court Martial
Fort Drum, New York
12/14/04


State of Florida versus Gervasio Torres, Jr.
Criminal Case No. 03CF012679A02
Circuit Court of the Fifteenth Judicial Court
Palm Beach County, Florida
4/12/05

State of Florida versus Gervasio Torres, Jr.
Criminal Case No. 03CF012679A02
Circuit Court of the Fifteenth Judicial Court
Palm Beach County, Florida
4/20/05
Affirmed- 4th District Court of Appeal of Florida (1/7/09)

New Mexico versus Mark Rendleman
Criminal Case No. D-0101-CR-99-824 & D-0117-CR-99-842
First Judicial District Court
Santa Fe, New Mexico
7/22/05

United States versus Abraham Pearson
Criminal Case #04-CR-340
U.S. District Court for Northern District of New York
Albany, New York
6/5/06

United States versus LTJG Jay Coker, U.S. Coast Guard
General Court Martial
Boston, Massachusetts
12/20/06

United States versus Caleb Griffee, U.S. Army
General Court Martial
Fort Drum, New York
6/1/07

United States versus Steven Mitchell
Criminal Case #4:07-CR-00105 JLH
U.S. District Court for Eastern District of Arkansas
Little Rock, Arkansas
2/4/08

United States versus Kevin Eric Curtin
Criminal Case #2:04-CR-0064 KJD
U.S. District Court for Nevada
Las Vegas, Nevada
6/6/08

State of North Dakota versus Juan Godina
Criminal Case #02-08-K-93
Southeast Judicial District of North Dakota
Valley City, North Dakota
12/17/08

United States versus Rebecca Junkins
Criminal Case #07-CR-00279
Southern District of Alabama
Mobile, Alabama
3/12/09

United States versus Brian Burns
Criminal Case #07-CR-556
Northern District of Illinois
Chicago, Illinois
8/14/09

## CIVIL COURT TESTIMONY

United States versus Funds Held in the Name of Or for the Benefit of John Hugh Wetterer
Civil Action #CV-91-0234
Eastern District of New York
Uniondale, New York
5/23/97

CRM, CCM, and CAM versus The Assemblies of God, Inc. et al
Civil Case #D98-3741
District Court of Dallas County, Texas
Dallas, Texas
8/10/01

JL and TL, et al. versus Cleland Troy Trickel, et al.
Civil Case No. 3KN-01-884
Superior Court for State of Alaska,
Kenai, Alaska
1/26/04

T.R. versus Tannehill and The Boy Scouts of America, et al.
Civil Case No. 0206-05750
Multnomah County Circuit Court
Portland, Oregon
4/26/04

John and Jane Doe versus Brookhaven Country Club
Civil Cause No. 04-10591
95th Judicial District Court of Dallas County
Dallas, Texas
2/14/06

MC versus St Pius X Catholic Church, et al
Civil Case #04-3827-K
District Court of Dallas County
Dallas Texas
5/3/06

Carrie Atchison and Christopher Paige versus Matthew Maiello, et al.
Civil Case #03-011141
Supreme Court of the State of New York, County of Nassau
Mineola, New York
4/20/07

Louise B. Parker versus Fred Blackman
Civil Action #CV-06-4264-HLS
Circuit Court of Jefferson County, Alabama
Birmingham, Alabama
8/15/07

Kevin Fox and Melissa Fox versus Jeffrey Tomczak, et al
U.S. District Court, Civil Case No. 04C-7309
Northern District of Illinois
Chicago, Illinois
12/12-13/07

**DEPOSITION TESTIMONY**

Deposition
CRM, CCM, and CAM versus The Assemblies of God, Inc. et al
Civil Case #D98-3741
District Court of Dallas County, Texas
Washington, D.C.
5/9/01

Deposition
M.A. and J.A., etc. versus Nova Southeastern University, Inc., etc
Civil Case #00-11941 (21)
Broward Circuit Court, Florida
Manassas, Virginia
8/17/01 and 8/31/01

Deposition
Jane Doe versus Aramark Educational Resources, Inc.
Civil Case No. 3-01-0130
United States District Court for Middle District of Tennessee
Washington, D.C.
5/4/02

Deposition
Cunningham versus City of Wenatchee et al.
U.S. District Court No. 2:01-cs-00058 WFN
Manassas, Virginia
6/25/02

Deposition
Kennedy versus Clark County, et al.
U.S. District Court, Western District of Washington, No. C01-5631JKA
Manassas, Virginia
1/9/03

Deposition
JL and TL, et al. versus Cleland Troy Trickel, et al.
Superior Court for State of Alaska, Case No. 3KN-01-884 Civil
Washington, D.C.
8/19/03

Deposition
Nicholas, et al. versus Wyndham International, Inc., et al.
District Court of the Virgin Islands, Civil No. 2001/147-M/R
Washington, D.C.
9/25/03

Deposition
JL and TL, et al. versus Cleland Troy Trickel, et al.
Superior Court for State of Alaska, Case No. 3KN-01-884 Civil
Fredericksburg, Virginia
10/21/03

Deposition
Tony Dean Arbaugh versus Board of Education
U. S. District Court for Northern District of West Virginia Civil Action #2:01cv50
Fredericksburg, Virginia
4/15/04

Deposition
JM (a minor), et al. versus Van Dyke
Superior Court of New Jersey - Somerset County Docket No. SOM-L-1401-02
Fredericksburg, Virginia
8/04/04

Deposition
McAuliff versus Lake Washington School District
Superior Court of Washington for King County, Civil Action 03-2-26349-4
Fredericksburg, Virginia
09/24/04

Deposition
D.W. versus St. Pius X Catholic Parish
District Court of Dallas, Texas, Civil Case 01-7580
Richmond, Virginia
11/9/04

Deposition
L. Roe versus Doe 1, et al.
Superior Court of California, County of Alameda
Civil Case No. RG03104998
San Francisco, California
12/21/04

Deposition
State of Florida versus Gervasio Torres, Jr.
Criminal Case No. 03CF012679A02
Circuit Court of the Fifteenth Judicial Court
Palm Beach County, Florida
2/1/05

Deposition
Bob Thatcher versus The Roman Catholic Bishop of Oakland
Superior Court of California, County of Alameda
Civil Case No. RG03085045
San Francisco, California
3/1/05

Deposition
Local Church versus Harvest House Publishers
District Court of Harris County, Texas
Civil Case No. 2001-65993
Richmond, Virginia
4/1/05

Deposition
John and Jane Doe versus Brookhaven Country Club
District Court of Dallas County, Texas
Civil Case No. 04-10591-D
Fredericksburg, Virginia
9/27/05

Deposition
Jonathan Mizrack versus Boy Scouts of America
Supreme Court of the State of New York
Civil Case Index No. 110215/01
New York, New York
7/24/06

Deposition
Nancy S. Tauck versus Peter F. Tauck
Superior Court of Connecticut
Judicial District of Stamford-Norwalk at Stamford
Fredericksburg, Virginia
12/6/06

Deposition
John Doe 22 versus Archdiocese of Miami
17th Judicial Circuit in and for Broward County, Florida
Case No. 05-013361-CA-12
Fredericksburg, Virginia
1/9/07

Deposition
Kevin Fox and Melissa Fox versus Jeffrey Tomczak, et al
U.S. District Court, Northern District of Illinois, Civil Case No. 04C-7309
Fredericksburg, Virginia
11/2/07

Deposition
William M. Evans versus Erin Evans
Circuit Court of Fairfax County, CL No. 2007-9258
Fairfax, Virginia
12/19/07

EXHIBIT C

## Exhibit C: List of Relevant Incidents

| Year (Press Report) | State/Province | City/County | Offender Name | Description | Source |
|---|---|---|---|---|---|
| 2016 | TX | Cedar Park | Roel Anthony Vasquez | Indecent exposure to child in Target store (appears to have been in men's room) | Austin American Statesman |
| 2016 | WA | Seattle | Unknown | Just after NDO goes into effect, man uses women's locker room at public pool | NY Daily News; King 5 News |
| 2016 | VA | Prince William County | Richard Rodriguez | Man dressed as woman arrested for filming women at Potomac Mills Mall | NBC Washington |
| 2016 | TN | Smyrna | William Ted Davis | Man arrested for filming in women's restroom at public park/softball complex | WKRN |

| | | | | | |
|---|---|---|---|---|---|
| 2016 | CA | Fullerton | Jihwhoo Ahn | Man arrested for placing cell phone to record video in women's restroom on University campus | [Orange County Register](#) |
| 2016 | CA | San Jose | Andrew Donahue | Man arrested for recording others in his bathroom | [Mercury News](#) |
| 2016 | NJ | Pitman | Thomas Guzzi, Jr. | Man nabbed in child pornography ring sting operation also placed tablet computer in theater rehearsal space restroom | [Courier-Post](#) |
| 2016 | WA | Colfax | Michael A. Novak | Man arrested for filming women in bathrooms in his home, their homes | [KHQ](#) |
| 2016 | FL | Miami | Hajime Maruyana | Restaurant manager arrested for installing camera in women's restroom. | [WPLG](#) |

| 2016 | OH | Perrysburg | Undisclosed | Junior high boy tapes junior high girl in school restroom; distributes video to others | Cleveland Plain Dealer |
|------|----|-----------|-------------|---|---|
| 2016 | MD | Prince Georges County | Deonte Carraway | Volunteer teacher and choir leader directed children in sexually explicit videos filmed in school bathroom | WPGC |
| 2016 | FL | Wilton Manors | Marek Amann | Man tapes women using his restroom | Local10 (ABC affiliate) |
| 2016 | IN | Martinsville | Justin Carl Behnke | Former Chili's manager charded with videotaping 8 women changing clothes/using restroom | WBIW |
| 2016 | OK | Logan County | James Curt Rose | Man videotapes 13-year-old taking a shower with cell phone (saw lens poking out through a sleeve that was hanging in bathroom) | KFOR |

| 2016 | IA | Iowa City | Undisclosed | Police locate "person of interest" in connection with man videotaping woman while showering in residence hall | KCRG |
|------|-----|-----------|-------------|---------------------------------------------------------------------------------------------------------------|------|
| 2016 | PA | Lancaster | James Thomas Shoemaker | Man arrested after being caught hiding in stall of women's bathroom, taking photos of young girls | WGAL |
| 2016 | ID | Ammon | Sean/Shauna Smith | Man dressed as woman accused of taking photos of women undressing in Target changing room | East Idaho News |
| 2016 | CT | Stamford | Isaiah Johnson | Transvestite Johnson and two other transvestites arrested for luring special needs teen into bathroom and sexually assaulting him | The Hour |
| 2016 | NY | Huntington | Jose Rivas | Dishwasher places cellphone camera in employee restroom | Bryan-College Station Eagle |

| | | | | | |
|---|---|---|---|---|---|
| 2016 | LA | | Baton Rouge | Michael Lee Jackson | Man arrested for placing mirror and cell phone under stall in women's restroom. | [The Advocate](#) |
| 2016 | IL | | Alton | Matthew Banks | Man arrested for photographing woman up her dress and watching group of children at swimming class (already registered sex offender) | [KSDK](#) |
| 2015 | NJ | | Lyndhurst | Mitchell Morreale | Former fire captain/youth football coach videotaped girls as they used his restroom during pool party | [The Record](#) |

| | | | | | |
|---|---|---|---|---|---|
| 2015 | AL | Marshall County | David Barrow | Former girls' soccer coach pled guilty to human trafficking and producing pornography with minors. Used hidden cameras in locker room and restroom. | WAFF |
| 2015 | CA | Brea | Melcher Carillo Alvarado | Man arrested for placing hidden camera in Starbucks unisex bathroom | NBC Los Angeles |
| 2015 | Ont. | Toronto | Unknown | Two separate incidents of voyeurism in gender neutral restrooms cause U of T to retreat from hardline gender neutrality | The Varsity |
| 2015 | CA | La Habra | Unknown | Camera found in Del Taco restaurant restroom | NBC Los Angeles |

| 2015 | NY | New York | Sean Shaynak | Crossdressing high school teacher charged with preying on 6 female students. | NY Daily News |
| 2014 | CA | Clairemont | Gregory Philip Schwartz | Schwartz dressed in a Barbie costume before entering a women's restroom and attempting to rape a female occupant. | NBC San Diego |
| 2014 | PA | Halifax Township | Austin Christopher Wikels | Crossdresser accused of taking part in luring woman to hotel room and taking part in group sexual assault | Pennlive |
| 2014 | AK | Anchorage | Travis Felder | Crossdressing man charged with sexual and other assault, burglary, etc. | ADN.com |

| | | | | | |
|---|---|---|---|---|---|
| 2013 | CA | Palmdale | Jason Pomare | Man dressed as woman arrested for filming women in Antelope Valley Mall Macy's restroom | NBC Los Angeles |
| 2013 | CA | San Bernadino County | Rodney Kenneth Petersen | Man dressed as woman arrested after attempting to take cell phone photos of women in women's-only areas of college campuses | LA Times |
| 2013 | OK | Oklahoma City | Christopher Todd Gard | Man wearing only women's panties assaulted 8-year-old girl inside convenience store bathroom | News9 |
| 2013 | AR | Bergman | Carl Dahn | Man arrested for child pornography and internet stalking of child wearing women's clothing when police arrive | Harrison Daily |

| 2013 | MI | Onsted | Sean Gossman | Crossdresser appears in court to face child pornography charges dressed as woman | [ClickOnDetroit](ClickOnDetroit) |
|------|----|---------|--------------|-----------------------------------------------------------------------------------|----------------|
| 2013 | OR | Portland | Michael Leroy Moore | Crossdresser accused of placing sexually explicit ad about little girl on Craigslist | [Oregon Live](Oregon Live) |
| 2013 | VA | Falls Church | Carlos Guillermo Suarez Diaz | Man dressed as woman sexually assaulted 17-year old girl | [Washington Post](Washington Post) |
| 2013 | FL | Fort Myers | John Maatsch | Married man with master's degree and good job attacks woman in apartment, stabbing her three times.  Later returns to scene dressed in women's clothing (plea deal for 15 year sentence) | [nbc-2.com](nbc-2.com) |

| | | | | | |
|---|---|---|---|---|---|
| 2013 | Ont. | Toronto | Darren Cottrelle | Man dressed as woman arrested for using mirror to peer under bathroom stall | Toronto Star |
| 2012 | Ont. | Toronto | Christopher Hambrook | Man claiming to be transgendered assaulted two women at shelters | Toronto Sun |
| 2012 | WA | Everett | Taylor J. Buehler | Man in bra and wig found in women's restroom; later admitted to officers he was suspect in earlier voyeurism incident at Everett Community College | Seattle Post-Intelligencer |
| 2012 | WA | Olympia | Undisclosed | 45-year-old transgender college student with male genitalia exposes self in women's locker room and sauna | ABC |

| | | | | | |
|------|----|------------------|----------------------|-----------------------------------------------------------------------------------------------------------------------------|---------------------|
| 2012 | OH | Lisbon | Aaron L. LaGrand | Crossdressing man gained trust of Ohio family, then molested children | [Review Online](#) |
| 2012 | CA | Thousand Oaks | Unknown | Man dressed as woman approaches children playing; exposes self to them. | [CBS Los Angeles](#) |
| 2011 | OR | Milwaukie | Thomas Lee Benson | Convicted sex offender dressed as woman went into women's locker room at public pool and talked to several children before being chased down | [Oregon Live](#) |
| 2011 | CA | La Mesa | Unknown | Middle-aged man dressed as woman enters women's restroom asking to shake hands with women | [Patch.com](#) |

| | | | | | |
|---|---|---|---|---|---|
| 2011 | CA | Sacramento | Renell Thorp | Crossdressing man arrested for rape after home invasion | CBS Local Sacramento |
| 2010 | CA | Berkeley | Gregorio Hernandez | Man dressed as woman to access Berkeley locker room, used cell phone to photgraph women | Boston.com |
| 2010 | GA | Duluth | Donnie Lee | Crossdressing man arrested for looking into apartment windows; second arrest | WSBTV |
| 2010 | GA | Calhoun | Norwood Smith Burnes | Man dressed as woman in Wal-Mart arrested for taking clothes off in front of children | Northwest Georgia News |

| | | | | | |
|---|---|---|---|---|---|
| 2010 | CO | Boulder | Wesley Francis Cox | Serial sex offender admits to "decades" of offenses including photographing teenagers, videotaping couples having sex and stealing women's panties | Daily Camera |
| 2009 | CA | San Jose | Richard Rendler | Man dressed as woman arrested for wearing fake breasts and wig while loitering in women's restroom. Previously arrested on child molestation and indecent exposure charges | Mercury News |
| 2009 | AR | North Little Rock | Scotty Vest | Man dressed as woman masturbates in public, attempts to lure 10 and 12 year old girls into restroom | Fox16 |

| | | | | | |
|---|---|---|---|---|---|
| 2009 | OK | Oklahoma City | Philip John Ortega | Crossdressing man exposes himself to woman on street | News9.com |
| 2008 | IN | West Lafayette | Unknown | Man dressed as woman takes photos in women's restroom on Purdue campus (flip phone camera under stall door | Purdue University News |
| 2004 | PA | Greensburg | Robert Domasky | Man dressed as cheerleader enters girls locker room at high school | Tribune-Review |