UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| |  |
|---|---|
| JOAQUÌN CARCAÑO, et al.,<br><br>       Plaintiffs,<br>  v.<br><br>ROY A. COOPER, et al.,<br><br>       Defendants,<br>  v.<br><br>PHIL BERGER, et al.,<br><br>       Intervenor-<br>       Defendants | 1:16-cv-00236-TDS-JEP |

**ORDER**

On the unopposed motion of Intervenor-Defendants Senator Phil Berger and Speaker Tim Moore (Doc. 227), and for good cause shown,

IT IS HEREBY ORDERED that the time for any party to respond to Plaintiffs' and Executive Branch Defendants' Joint Motion for Entry of a Consent Decree (Doc. 216) shall be extended until thirty (30) days following the date of this court's disposition of the pending motions to dismiss Plaintiffs' Fourth Amended Complaint (Docs. 221, 222).

                                              /s/   Thomas D. Schroeder
                                          United States District Judge

November 2, 2017