UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROY A. COOPER, III, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> PHIL BERGER, *et al.*, <br><br> *Intervenor-Defendants.* | No. 1:16-cv-00236-TDS-JEP |

**PLAINTIFFS' AND EXECUTIVE BRANCH DEFENDANTS' SUPPLEMENTAL JOINT MOTION FOR ENTRY OF A CONSENT DECREE**

NOW COME Plaintiffs Joaquín Carcaño, Payton Grey McGarry, Hunter Schafer, Quinton Harper, Angela Gilmore, Madeline Goss, and American Civil Liberties Union of North Carolina (collectively, "Plaintiffs"); and Defendants Roy A. Cooper III, Joshua Stein, Machelle Sanders, Mandy K. Cohen, and James H. Trogdon III (collectively, "Executive Branch Defendants") (Plaintiffs and Executive Branch Defendants are collectively referred to herein as "the Parties"), by and through their attorneys, and move the Court pursuant to Local Rule 7.1 for entry of a Consent Judgment and Decree, filed concurrently with this motion. In support thereof the Parties state as follows:

1

1.	On September 7, 2017, Plaintiffs filed their Fourth Amended Complaint, seeking declaratory and injunctive relief and nominal damages (D.E. 210), alleging that Plaintiffs are entitled to relief from this Court for violations of their rights under the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983; Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, *et seq.*; and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*

2.	After Plaintiffs moved the Court, with consent of all parties, to file their Fourth Amended Complaint, Plaintiffs and the Executive Branch Defendants engaged in substantial good faith negotiations about a potential settlement of Plaintiffs' claims against the Executive Branch Defendants.

3.	Following those negotiations, on October 18, 2017, the Parties requested that the Court enter a Consent Judgment and Decree, filed concurrently with a joint motion, to resolve all of Plaintiffs' claims against the Executive Branch Defendants. The Court additionally permitted the Executive Branch Defendants to answer or file other responsive pleadings to the Plaintiffs' Fourth Amended Complaint, if applicable, 30 days after the court's disposition of the joint motion for entry of a consent decree. (D.E. 226).

4.	In the interim, Intervenor-Defendants and the UNC Defendants in this proceeding filed motions to dismiss the Fourth Amended Complaint. (D.E. 221, 222). The Court determined to "defer consideration of the proposed consent decree until the various Defendants' pending challenges to the court's jurisdiction are resolved" (D.E.

2

Case 1:16-cv-00236-TDS-JEP   Document 264   Filed 12/21/18   Page 2 of 7

226), and extended the time to file responses to the original Joint Motion for Entry of a Consent Decree until after the Court's disposition of the motions to dismiss. (D.E. 228).

5. On September 30, 2018, the Court granted in part and denied in part the Intervenor-Defendants' and the UNC Defendants' motions to dismiss. (D.E. 248). In its order, the Court ordered the parties to submit additional briefing concerning the Joint Motion for Entry of a Consent Decree. (*Id.*). The parties have since sought and received an extension until December 21, 2018 to file any supplemental motion for entry of a consent decree. (D.E. 253, 260).

6. Since the Court's order resolving the Intervenor-Defendants' and the UNC Defendants' motions to dismiss, and informed by that decision, Plaintiffs and the Executive Branch Defendants have again engaged in extensive negotiations concerning the possibility of modifying a consent decree to settle all of Plaintiffs' claims against the Executive Branch Defendants. The proposed consent decree filed with this motion is the culmination of those negotiations.

7. The proposed Consent Judgment and Decree filed with this motion, and the Parties' respective accompanying memoranda of law in support, entirely supplant and replace the Parties' prior proposed consent decree and associated briefing.

8. The proposed Consent Decree provides that, with respect to public facilities that are subject to the Executive Branch Defendants' control or supervision, nothing in House Bill 142, codified as Session Law 2017-4 ("H.B. 142"), can be construed to prevent transgender people from lawfully using public facilities in accordance with their gender identity. *See* Consent Judgment and Decree at 5 ¶ 1.

9. The Consent Decree also permanently enjoins the Executive Branch Defendants, in their official capacities, and all successors, officers, and employees, from taking certain specified actions under Section 2 of H.B. 142. *See* Consent Judgment and Decree at 6 ¶ 2.

10. The Consent Decree also permanently enjoins the Executive Branch Defendants, in their official capacities, and all successors, officers, and employees, from enforcing Section 3 of H.B. 142 to restrict any local government from interpreting other existing laws as protecting against discrimination on the basis of sexual orientation, gender identity or gender expression. *See* Consent Judgment and Decree at 6 ¶ 3.

11. Pursuant to the Consent Decree, the Parties agree to each bear their own fees, expenses, and costs with respect to all claims raised by Plaintiffs against the Executive Branch Defendants, and all remaining claims Plaintiffs allege against the Executive Branch Defendants in this action would be dismissed with prejudice. *See* Consent Judgment and Decree at 6 ¶¶ 4-5.

12. In support of this motion, the Parties submit respective memoranda of law, addressing all necessary elements for this Court's entry of a consent decree.

13. The Parties seek leave to present oral argument in support of this Motion pursuant to Local Rule 7.3(c)(1).

WHEREFORE, for the foregoing reasons, and for those set forth in the Parties' supporting memoranda of law, the Parties respectfully move the Court to enter the Consent Judgment and Decree, filed concurrently with this joint motion, as a full and final resolution of Plaintiffs' claims against the Executive Branch Defendants.

Dated: December 21, 2018                    Respectfully submitted,

/s/ Christopher A. Brook
Christopher A. Brook (NC Bar No. 33838)     Tara L. Borelli*
Irena Como*                                 Peter C. Renn*
AMERICAN CIVIL LIBERTIES UNION OF           LAMBDA LEGAL DEFENSE AND
   NORTH CAROLINA LEGAL FOUNDATION             EDUCATION FUND, INC.
Post Office Box 28004                       730 Peachtree Street NE, Suite 1070
Raleigh, North Carolina 27611               Atlanta, GA 30308-1210
Telephone: 919-834-3466                     Telephone: 404-897-1880
Facsimile: 866-511-1344                     Facsimile: 404-897-1884
cbrook@acluofnc.org                         tborelli@lambdalegal.org
icomo@acluofnc.org                          prenn@lambdalegal.org

James D. Esseks*                            Scott B. Wilkens*
Leslie Cooper*                              Luke C. Platzer*
Elizabeth O. Gill*                          Andrew C. Noll*
Chase B. Strangio*                          JENNER & BLOCK LLP
AMERICAN CIVIL LIBERTIES UNION              1099 New York Avenue, NW Suite 900
   FOUNDATION                               Washington, DC 20001-4412
125 Broad St., 18th Fl.                     Telephone: 202-639-6000
New York, NY 10004                          Facsimile: 202-639-6066
Telephone: 212-549-2627                     swilkens@jenner.com
Facsimile: 212-549-2650                     lplatzer@jenner.com
jesseks@aclu.org                            anoll@jenner.com
lcooper@aclu.org
egill@aclunc.org
cstrangio@aclu.org

*Appearing by special appearance pursuant to L.R. 83.1(d)

*Counsel for Plaintiffs*


JOSHUA H. STEIN
ATTORNEY GENERAL
STATE OF NORTH CAROLINA

/s/ Amar Majmundar                          /s/ Olga E. Vysotskaya de Brito
Amar Majmundar                              Olga E. Vysotskaya de Brito
NC Bar No. 24668                            NC Bar No. 31846
SPECIAL DEPUTY ATTORNEY GENERAL             SPECIAL DEPUTY ATTORNEY GENERAL

5

NORTH CAROLINA DEPARTMENT OF
JUSTICE
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6821
Facsimile: (919) 716-6759
amajmundar@ncdoj.gov

NORTH CAROLINA DEPARTMENT OF
JUSTICE
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-0185
Facsimile: (919) 716-6759
ovysotskaya@ncdoj.gov

*Counsel for Defendants GOV. ROY A. COOPER, III in his Official Capacity as Governor of North Carolina; JOSHUA STEIN, in his official capacity as Attorney General of North Carolina; MACHELLE SANDERS, in her official capacity as Secretary of the North Carolina Department of Administration; MANDY K. COHEN, in her official capacity as Secretary of the North Carolina Department of Health and Human Services; and JAMES H. TROGDON III, in his official capacity as Secretary of the North Carolina Department of Transportation.*

# CERTIFICATE OF SERVICE

I, Christopher A. Brook, hereby certify that on December 21, 2018, I electronically filed the foregoing PLAINTIFFS' AND EXECUTIVE BRANCH DEFENDANTS' SUPPLEMENTAL JOINT MOTION FOR ENTRY OF A CONSENT DECREE, as well as Plaintiffs' Memorandum of Law in support and the Consent Judgment and Decree, using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Christopher A. Brook

*Counsel for Plaintiffs*