IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÌN CARCAÑO, *et al.*,<br>　　　　*Plaintiffs*,<br>　　v.<br>ROY A. COOPER, *et al.*,<br>　　　　*Defendants*,<br>　　v.<br>PHIL BERGER, *et al.*,<br>　　　　*Intervenor-*<br>　　　　*Defendants* | No. 1:16-cv-00236 |

**<u>ORDER</u>**

On consideration of the unopposed motion of Intervenor-Defendants Senator Phil Berger and Speaker Tim Moore for extension of time to file responses to Plaintiffs' and Executive Branch Defendants' Supplemental Joint Motion for Entry of a Consent Decree ("Joint Motion") (Doc. 268.), and for good cause shown,

IT IS ORDERED that the Joint Motion is GRANTED. The time to file responses is extended to Friday, February 8, 2019.

　　　　　　　　　　　　　　　　　　/s/　　　Thomas D. Schroeder
　　　　　　　　　　　　　　　　　　United States District Judge

February 1, 2019