IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÌN CARCAÑO, et al.,<br>    Plaintiffs,<br>  v.<br><br>ROY A. COOPER, et al.,<br>    Defendants,<br>  v.<br><br>PHIL BERGER, et al.,<br>    Intervenor-<br>    Defendants | 1:16cv236 |

## **ORDER**

This case came before the court on Intervenor-Defendants' unopposed motion to stay Plaintiffs' remaining Title IX and VII claims in the Fourth Amended Complaint (Doc. 282) and Plaintiffs' and Executive Branch Defendants' Joint Motion for Entry of Consent Decree (Doc. 264). Following a hearing held May 17, 2019, and for the reasons stated from the bench,

IT IS ORDERED that all litigation as it pertains to Plaintiffs' remaining Title IX and Title VII claims (Counts VI and VII), including Defendants' motions to dismiss the same, is STAYED pending the Supreme Court's resolution of Bostock v. Clayton County, Ga., No. 17-1618; Altitude Express, Inc. v. Zarda, No. 17-1623; and R.G. & G.R. Harris Funeral Homes, Inc. v. E.E.O.C., No. 18-107.

IT IS FURTHER ORDERED that the parties meet and confer within 14 days and endeavor to file a proposed consent decree addressing

the court's and parties' concerns expressed during the hearing. If necessary, each party may file one brief, of no more than 15 pages (using no less than 12-point type), setting out the party's position on any term of the proposed consent decree as to which there is disagreement.  Any proposed consent decree and brief(s) are due by 5:00 p.m. on May 31, 2019.

                                           /s/   Thomas D. Schroeder
                                      United States District Judge

May 20, 2019