UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROY A. COOPER, III, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> PHIL BERGER, *et al.*, <br><br> *Intervenor-Defendants.* | No. 1:16-cv-00236-TDS-JEP |

**JOINT NOTICE CONCERNING REVISED CONSENT DECREE**

Plaintiffs and the Executive Branch Defendants (collectively "the Consent Parties") hereby respectfully submit a revised proposed Consent Judgment and Decree, which has been revised consistent with the parties' and the Court's discussion during the heading held on July 17, 2019, and to which the Consent Parties have agreed. A redline of the revised Proposed Consent Judgment and Decree has also been filed contemporaneously with this Joint Notice.

Dated: July 19, 2019                                    Respectfully submitted,

/s/ Irena Como
Irena Como (NC Bar No. 51812)                           Tara L. Borelli*
AMERICAN CIVIL LIBERTIES UNION OF                       Peter C. Renn*
   NORTH CAROLINA LEGAL                  LAMBDA LEGAL DEFENSE AND
   FOUNDATION                               EDUCATION FUND, INC.
Post Office Box 28004                                   730 Peachtree Street NE, Suite 1070
Raleigh, North Carolina 27611                           Atlanta, GA 30308-1210
Telephone: 919-834-3466                                 Telephone: 404-897-1880
Facsimile:  866-511-1344                                Facsimile:  404-897-1884
icomo@acluofnc.org                                      tborelli@lambdalegal.org
                                                        prenn@lambdalegal.org

James D. Esseks*
Leslie Cooper*                                          Devi M. Rao*
Elizabeth O. Gill*                                      Andrew C. Noll*
Chase B. Strangio*                                      JENNER & BLOCK LLP
AMERICAN CIVIL LIBERTIES UNION                          1099 New York Avenue, NW Suite 900
   FOUNDATION                            Washington, DC 20001-4412
125 Broad St., 18th Fl.                                 Telephone: 202-639-6000
New York, NY 10004                                      Facsimile:  202-639-6066
Telephone: 212-549-2627                                 drao@jenner.com
Facsimile:  212-549-2650                                anoll@jenner.com
jesseks@aclu.org
lcooper@aclu.org                                        Scott B. Wilkens*
egill@aclunc.org                                        Wiley Rein LLP
cstrangio@aclu.org                                      1776 K Street NW
                                                        Washington, DC 20006
                                                        Telephone:  202-719-7000
                                                        Facsimile: 202-719-7049
                                                        swilkens@wileyrein.com


*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

JOSHUA H. STEIN
ATTORNEY GENERAL
STATE OF NORTH CAROLINA


| | |
|---|---|
| /s/ Amar Majmundar | /s/ Olga E. Vysotskaya de Brito |
| Amar Majmundar | Olga E. Vysotskaya de Brito |
| NC Bar No. 24668 | NC Bar No. 31846 |
| SPECIAL DEPUTY ATTORNEY GENERAL | SPECIAL DEPUTY ATTORNEY GENERAL |
| NORTH CAROLINA DEPARTMENT OF JUSTICE | NORTH CAROLINA DEPARTMENT OF JUSTICE |
| Post Office Box 629 | Post Office Box 629 |
| Raleigh, NC 27602 | Raleigh, NC 27602 |
| Telephone: (919) 716-6821 | Telephone: (919) 716-0185 |
| Facsimile: (919) 716-6759 | Facsimile: (919) 716-6759 |
| amajmundar@ncdoj.gov | ovysotskaya@ncdoj.gov |

*Counsel for Defendants GOV. ROY A. COOPER, III, in his Official Capacity as Governor of North Carolina, JOSHUA H. STEIN, in his official capacity as Attorney General of North Carolina; MACHELLE SANDERS, in her official capacity as Secretary of the North Carolina Department of Administration; MANDY K. COHEN, in her official capacity as Secretary of the North Carolina Department of Health and Human Services; and JAMES H. TROGDON III, in his official capacity as Secretary of the North Carolina Department of Transportation.*

## CERTIFICATE OF SERVICE

    I, Irena Como, hereby certify that on July 19, 2019, I electronically filed the foregoing JOINT NOTICE CONCERNING REVISED CONSENT DECREE, as well a revised proposed Consent Judgment and Decree, and a redline of that proposed Consent Judgment and Decree identifying all changes made, using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

                                  /s/ Irena Como

                                  *Counsel for Plaintiffs*