IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOAQUÌN CARCAÑO, et al.,    )
          Plaintiffs,       )
                            )
     v.                     )
                            )
ROY A. COOPER, et al.,      )
          Defendants,       )      1:16cv236
                            )
     v.                     )
                            )
PHIL BERGER, et al.,        )
          Intervenor-       )
          Defendants        )
```

### ORDER

On May 20, 2019, pursuant to Intervenor-Defendants' unopposed motion to stay Plaintiffs' remaining Title IX and VII claims in the Fourth Amended Complaint (Doc. 282), this court stayed proceedings pending the Supreme Court's resolution of Bostock v. Clayton County, Ga., No. 17-1618; Altitude Express, Inc. v. Zarda, No. 17-1623; and R.G. & G.R. Harris Funeral Homes, Inc. v. E.E.O.C., No. 18-107. (Doc. 286.) The Supreme Court has now ruled on these cases. See Bostock v. Clayton Cty., Georgia, 140 S. Ct. 1731 (2020).

IT IS THEREFORE ORDERED that the court's order of stay (Doc. 286) is LIFTED.

IT IS FURTHER ORDERED that the parties meet and confer within 14 days and endeavor to reach an agreement as to how they propose to proceed with the unresolved portion of this litigation which

pertains to Plaintiffs' remaining Title IX and Title VII claims (Counts VI and VII), and to report the same to the court.

                                              /s/    Thomas D. Schroeder
                                            United States District Judge

December 17, 2020