UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; HUNTER SCHAFER; MADELINE GOSS; ANGELA GILMORE; QUINTON HARPER; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>     *Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA; and PETER HANS, in his official capacity as President of the University of North Carolina;<br><br>     *Defendants*,<br><br>PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>     *Intervenor-Defendants*. | No. 1:16-cv-00236-TDS-JEP |

## JOINT STATUS REPORT

Pursuant to the Court's order on December 17, 2020, that "the court's order of stay … is lifted" and "that the parties meet and confer within 14 days and endeavor to reach an agreement as to how they propose to proceed with the unresolved portion of this litigation," (D.E. 305 at 1-2), the Parties hereby submit this joint status report.

  1.  The remaining Parties in this case are Plaintiffs Joaquín Carcaño, Payton Grey McGarry, Hunter Schafer, Madeline Goss, Angela Gilmore, Quinton Harper, and American Civil Liberties Union of North Carolina ("Plaintiffs"); Defendants University of North Carolina and

5

Mr. Peter Hans[1] in his official capacity as the President of the University of North Carolina ("UNC Defendants"); and Intervenor-Defendants Phil Berger, in his official capacity as President Pro Tempore of the North Carolina Senate; and Tim Moore, in his official capacity as Speaker of the North Carolina House of Representatives ("Intervenor-Defendants").[2]

2. In a September 2018 memorandum opinion, this Court granted the UNC Defendants' and the Intervenor-Defendants' motions to dismiss except as to: (1) Plaintiffs' contingent claims involving HB 2, alleging violations of equal protection, the right to privacy, and liberty and autonomy in the right to refuse unwanted medical treatment (Counts 3, 4, and 5); and (2) Plaintiffs' Title VII and Title IX nominal-damages claims for the period HB 2 was in force (Counts 6 and 7).[3] (D.E. 248 at 3-4.) The court reserved ruling on Plaintiffs' Title VII and Title IX nominal-damages claims pending supplemental briefing on those claims. In November and December of 2018, the UNC Defendants, the Intervenor-Defendants, and Plaintiffs filed additional briefing on the motions to dismiss the Title VII and Title IX nominal-damages claims. (D.E. 254, 255, 258, 261, 262).

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, "when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending . . . [t]he officer's successor is automatically substituted as a party." Peter Hans became the President of the University of North Carolina on August 1, 2020, succeeding interim President Dr. William Roper; as such Peter Hans is automatically substituted for Dr. Roper as the Defendant in this suit.

[2] On July 23, 2019, this Court entered a Consent Judgment and Decree between the Plaintiffs and the Executive Branch Defendants and dismissed all claims against the Executive Branch Defendants. (D.E. 296)

[3] In its September 2018 memorandum opinion, the Court also denied the Intervenor-Defendants' motion to dismiss as to Plaintiffs' equal protection claims against the Executive Branch Defendants based on the preemption provision in Section 3 of HB 142 (Count 2). These claims were subsequently dismissed upon the Court's entry of the Consent Judgment and Decree between the Plaintiffs and the Executive Branch Defendants.

5

3. In a May 20, 2019 order, this Court stayed all litigation pertaining to Plaintiffs' remaining Title IX and VII claims pending the Supreme Court's resolution of *Bostock v. Clayton County, Ga.*, No. 17-1618; *Altitude Express, Inc. v. Zarda*, No. 17-1623; and *R.G. & G.R. Harris Funeral Homes, Inc. v. E.E.O.C.*, No. 18-107. (D.E. 286) The Supreme Court has now ruled on these cases. *See Bostock v. Clayton Cty., Georgia*, 140 S. Ct. 1731 (2020).

4. Currently pending before the Court are the UNC Defendants' and the Intervenor-Defendants' motions to dismiss the Plaintiffs' Title VII and Title IX nominal-damages claims. Since the Court's December 17, 2020 Order, the Parties have been in discussions regarding next steps in this litigation and jointly propose that the above-captioned matter remain stayed until February 1, 2021, so that the Parties may continue their discussions in an effort to reach agreement as to how to proceed with the remaining portions of this litigation. The Parties further propose that they file a further status report by February 1, 2021 regarding their positions on how the above-captioned matter should proceed, including a proposed schedule if appropriate.

Dated: December 30, 2020                                   Respectfully submitted,

/s/ Irena Como
Irena Como (NC Bar No. 51812)                     Tara L. Borelli*
AMERICAN CIVIL LIBERTIES UNION OF                 Peter C. Renn*
   NORTH CAROLINA LEGAL                           LAMBDA LEGAL DEFENSE AND EDUCATION
   FOUNDATION                                         FUND, INC.
Post Office Box 28004                             730 Peachtree Street NE, Suite 1070
Raleigh, North Carolina 27611                     Atlanta, GA 30308-1210
Telephone: 919-834-3466                           Telephone: 404-897-1880
Facsimile: 866-511-1344                           Facsimile: 404-897-1884
icomo@acluofnc.org                                tborelli@lambdalegal.org
                                                  prenn@lambdalegal.org
James D. Esseks*
Leslie Cooper*                                    Luke C. Platzer*
Elizabeth O. Gill*                                JENNER & BLOCK LLP

Chase B. Strangio*
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad St., 18th Fl.
New York, NY 10004
Telephone: 212-549-2627
Facsimile: 212-549-2650
jesseks@aclu.org
lcooper@aclu.org
egill@aclunc.org
cstrangio@aclu.org

1099 New York Avenue, NW Suite 900
Washington, DC 20001-4412
Telephone: 202-639-6000
Facsimile: 202-639-6066
lplatzer@jenner.com
Scott B. Wilkens*
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Telephone: 202-719-7000
Facsimile: 202-719-7049
swilkens@wileyrein.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*


/s/ Thomas C. Shanahan
Thomas C. Shanahan (NC Bar No. 42381)
Carolyn C. Pratt (NC Bar No. 38438)
THE UNIVERSITY OF NORTH CAROLINA
P.O. Box 2688
Chapel Hill, NC 27515
Tel: (919) 962-4588
Fax: (919) 962-0477
tcshanahan@northcarolina.edu

/s/ Kristen Lejnieks
Kristen Lejnieks*
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3703
Fax: (202) 626-1700
klejnieks@jonesday.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for the University of North Carolina and President Peter Hans*


By: /s/ Robert D. Potter, Jr.
Robert D. Potter, Jr. (State Bar #17553)
2820 Selwyn Avenue, #840
Charlotte, NC 28209
Telephone: (704) 552-7742
rdpotter@rdpotterlaw.com

Gene C. Schaerr* (DC Bar #416638)
Erik S. Jaffe* (DC Bar # 440112)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com
ejaffe@schaerr-jaffe.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Intervenor-Defendants President Pro Tempore Phil Berger and Speaker Tim Moore*

## CERTIFICATE OF SERVICE

I, Irena Como, hereby certify that on December 30, 2020, I electronically filed the foregoing JOINT STATUS REPORT, using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Irena Como

*Counsel for Plaintiffs*