IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÌN CARCAÑO, et al.,<br>    Plaintiffs,<br>    v.<br><br>ROY A. COOPER, et al.,<br>    Defendants,<br>    v.<br><br>PHIL BERGER, et al.,<br>    Intervenor-<br>    Defendants | 1:16CV236 |

**ORDER**

On May 20, 2019, the court entered a stay in this case because Plaintiffs' remaining claims sought relief pursuant to Title IX and Title VII (Counts VI and VII), and Defendants' motions to dismiss the same could be affected by the Supreme Court's resolution of Bostock v. Clayton County, Ga., No. 17-1618; Altitude Express, Inc. v. Zarda, No. 17-1623; and R.G. & G.R. Harris Funeral Homes, Inc. v. E.E.O.C., No. 18-107. (Doc. 286.) Upon the Supreme Court's decision in those cases but in the absence of any report of the parties in this case, this court lifted the stay and requested a status report. (Doc. 305.) The parties filed a status report on December 30, 2020. (Doc. 306.) They propose that the case remain stayed until February 1, 2021, in order to allow them time to reach an agreement as to how to proceed. (Doc. 306 at 5.) By agreement of the parties and for good cause shown, therefore,

IT IS ORDERED that:

1. This action is STAYED until February 1, 2021.

2. The parties shall file a status report no later than February 1, 2021, including a proposed schedule, if appropriate. Otherwise, the court may rule on the pending motions.

/s/   Thomas D. Schroeder<br>United States District Judge

January 4, 2021

2

Case 1:16-cv-00236-TDS-JEP   Document 307   Filed 01/04/21   Page 2 of 2