UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; HUNTER SCHAFER; MADELINE GOSS; ANGELA GILMORE; QUINTON HARPER; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>                  *Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA; and PETER HANS, in his official capacity as President of the University of North Carolina;<br><br>                  *Defendants*,<br><br>PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>                  *Intervenor-Defendants*. | No. 1:16-cv-00236-TDS-JEP |

## JOINT MOTION TO EXTEND STAY
## FROM FEBRUARY 1, 2021 TO MARCH 15, 2021

NOW COME all parties in the above captioned matter, by and through their attorneys, and move the Court to extend the stay ordered by the Court (Doc. 307) from February 1, 2021 until March 15, 2021. The parties seek the additional time because they are making progress in their ongoing discussions in an effort to reach agreement as to how to proceed with the remaining portions of this litigation.

Dated: January 29, 2021                                  Respectfully submitted,

/s/ Irena Como
Irena Como (NC Bar No. 51812)                            Tara L. Borelli*
AMERICAN CIVIL LIBERTIES UNION OF                        Peter C. Renn*
   NORTH CAROLINA LEGAL                   LAMBDA LEGAL DEFENSE AND EDUCATION
   FOUNDATION                                FUND, INC.
Post Office Box 28004                                    730 Peachtree Street NE, Suite 1070
Raleigh, North Carolina 27611                            Atlanta, GA 30308-1210
Telephone: 919-834-3466                                  Telephone: 404-897-1880
Facsimile: 866-511-1344                                  Facsimile: 404-897-1884
icomo@acluofnc.org                                       tborelli@lambdalegal.org
                                                         prenn@lambdalegal.org

James D. Esseks*
Leslie Cooper*                                           Luke C. Platzer*
Elizabeth O. Gill*                                       JENNER & BLOCK LLP
Chase B. Strangio*                                       1099 New York Avenue, NW Suite 900
AMERICAN CIVIL LIBERTIES UNION                           Washington, DC 20001-4412
   FOUNDATION                             Telephone: 202-639-6000
125 Broad St., 18th Fl.                                  Facsimile: 202-639-6066
New York, NY 10004                                       lplatzer@jenner.com
Telephone: 212-549-2627                                  Scott B. Wilkens*
Facsimile: 212-549-2650                                  WILEY REIN LLP
jesseks@aclu.org                                         1776 K Street NW
lcooper@aclu.org                                         Washington, DC 20006
egill@aclunc.org                                         Telephone: 202-719-7000
cstrangio@aclu.org                                       Facsimile: 202-719-7049
                                                         swilkens@wileyrein.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*


/s/ Thomas C. Shanahan                                   /s/ Kristen Lejnieks
Thomas C. Shanahan (NC Bar No. 42381)                    Kristen Lejnieks*
Carolyn C. Pratt (NC Bar No. 38438)                      JONES DAY
THE UNIVERSITY OF NORTH                                  51 Louisiana Avenue NW
CAROLINA                                                 Washington, DC 20001
P.O. Box 2688                                            Tel: (202) 879-3703
Chapel Hill, NC 27515                                    Fax: (202) 626-1700
Tel: (919) 962-4588                                      klejnieks@jonesday.com
Fax: (919) 962-0477
tcshanahan@northcarolina.edu
*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for the University of North Carolina and President Peter Hans*

5

| | |
|---|---|
| By: /s/ Robert D. Potter, Jr. | Gene C. Schaerr* (DC Bar #416638) |
| Robert D. Potter, Jr. (State Bar #17553) | Erik S. Jaffe* (DC Bar # 440112) |
| 2820 Selwyn Avenue, #840 | SCHAERR | JAFFE LLP |
| Charlotte, NC 28209 | 1717 K Street NW, Suite 900 |
| Telephone: (704) 552-7742 | Washington, DC 20006 |
| rdpotter@rdpotterlaw.com | Telephone: (202) 787-1060 |
| | gschaerr@schaerr-jaffe.com |
| | ejaffe@schaerr-jaffe.com |

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Intervenor-Defendants President Pro Tempore Phil Berger and Speaker Tim Moore*

## CERTIFICATE OF SERVICE

I, Irena Como, hereby certify that on January 29, 2021, I electronically filed the foregoing JOINT MOTION TO EXTEND STAY FROM FEBRUARY 1, 2021 TO MARCH 15, 2021, using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

<u>/s/ Irena Como</u>

*Counsel for Plaintiffs*