IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; HUNTER SCHAFER; MADELINE GOSS; ANGELA GILMORE; QUINTON HARPER; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA; and PETER HANS, in his official capacity as President of the University of North Carolina;<br><br>*Defendants*,<br><br>PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Intervenor-Defendants*. | 1:16-cv-00236 |

## ORDER

Before the court is a Joint Motion to Extend Stay. (Doc. 308.) The parties state that they seek additional time because they are making progress in the ongoing discussions to reach agreement as to how to proceed with the remaining portions of this litigation. For good cause shown,

IT IS ORDERED that the stay ordered by the court (Doc. 307) is extended from February 1, 2021, until **March 1, 2021**.

   /s/   Thomas D. Schroeder
United States District Judge

January 29, 2021