| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; HUNTER SCHAFER; MADELINE GOSS; ANGELA GILMORE; QUINTON HARPER; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA, <br><br>               *Plaintiffs*, <br><br> v. <br><br> UNIVERSITY OF NORTH CAROLINA; and PETER HANS, in his official capacity as President of the University of North Carolina; <br><br>               *Defendants*, <br><br> PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, <br><br>               *Intervenor-Defendants*. | No. 1:16-cv-00236-TDS-JEP |

## JOINT MOTION TO EXTEND STAY
## FROM MARCH 1, 2021 TO MARCH 8, 2021

NOW COME all parties in the above captioned matter, by and through their attorneys, and move the Court to further extend the stay ordered by the Court (Docs. 307 & 309) for one week, from March 1, 2021 until March 8, 2021. The parties seek the additional time in order to finalize the terms of their agreement as to how to proceed with the remaining portions of this litigation.

5

Dated: February 26, 2021					Respectfully submitted,

/s/ Irena Como
Irena Como (NC Bar No. 51812)					Tara L. Borelli*
AMERICAN CIVIL LIBERTIES UNION OF				Peter C. Renn*
   NORTH CAROLINA LEGAL					LAMBDA LEGAL DEFENSE AND EDUCATION
   FOUNDATION							   FUND, INC.
Post Office Box 28004						730 Peachtree Street NE, Suite 1070
Raleigh, North Carolina 27611					Atlanta, GA 30308-1210
Telephone: 919-834-3466						Telephone: 404-897-1880
Facsimile: 866-511-1344						Facsimile: 404-897-1884
icomo@acluofnc.org						tborelli@lambdalegal.org
								prenn@lambdalegal.org

James D. Esseks*
Leslie Cooper*							Luke C. Platzer*
Elizabeth O. Gill*						JENNER & BLOCK LLP
Chase B. Strangio*						1099 New York Avenue, NW Suite 900
AMERICAN CIVIL LIBERTIES UNION					Washington, DC 20001-4412
   FOUNDATION							Telephone: 202-639-6000
125 Broad St., 18th Fl.						Facsimile: 202-639-6066
New York, NY 10004						lplatzer@jenner.com
Telephone: 212-549-2627						Scott B. Wilkens*
Facsimile: 212-549-2650						WILEY REIN LLP
jesseks@aclu.org						1776 K Street NW
lcooper@aclu.org						Washington, DC 20006
egill@aclunc.org						Telephone: 202-719-7000
cstrangio@aclu.org						Facsimile: 202-719-7049
								swilkens@wileyrein.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

/s/ Thomas C. Shanahan						/s/ Kristen Lejnieks
Thomas C. Shanahan (NC Bar No. 42381)				Kristen Lejnieks*
Carolyn C. Pratt (NC Bar No. 38438)				JONES DAY
THE UNIVERSITY OF NORTH						51 Louisiana Avenue NW
CAROLINA							Washington, DC 20001
P.O. Box 2688							Tel: (202) 879-3703
Chapel Hill, NC 27515						Fax: (202) 626-1700
Tel: (919) 962-4588						klejnieks@jonesday.com
Fax: (919) 962-0477
tcshanahan@northcarolina.edu
*Appearing by special appearance pursuant to L.R. 83.1(d).

5

*Counsel for the University of North Carolina and President Peter Hans*

By: /s/ Robert D. Potter, Jr.
Robert D. Potter, Jr. (State Bar #17553)
2820 Selwyn Avenue, #840
Charlotte, NC 28209
Telephone: (704) 552-7742
rdpotter@rdpotterlaw.com

Gene C. Schaerr* (DC Bar #416638)
Erik S. Jaffe* (DC Bar # 440112)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com
ejaffe@schaerr-jaffe.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Intervenor-Defendants President Pro Tempore Phil Berger and Speaker Tim Moore*

## CERTIFICATE OF SERVICE

I, Irena Como, hereby certify that on February 26, 2021, I electronically filed the foregoing JOINT MOTION TO EXTEND STAY FROM MARCH 1, 2021 TO MARCH 8, 2021, using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Irena Como

*Counsel for Plaintiffs*