UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; HUNTER SCHAFER; MADELINE GOSS; ANGELA GILMORE; QUINTON HARPER; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA; and PETER HANS, in his official capacity as President of the University of North Carolina;<br><br>*Defendants*,<br><br>PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Intervenor-Defendants*. | No. 1:16-cv-00236-TDS-JEP |

**PROPOSED ORDER**

On consideration of the Parties' Joint Motion to Extend Stay from March 1, 2021 to March 8, 2021, and for good cause shown, IT IS ORDERED:

1. The stay ordered by the Court (Docs. 307 & 309) is extended from March 1, 2021 until March 8, 2021.

Dated: _____, 2021

_____
Thomas D. Schroeder, U.S. District Judge