IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOAQUÍN CARCAÑO; PAYTON GREY
MCGARRY; HUNTER SCHAFER;
MADELINE GOSS; ANGELA GILMORE;
QUINTON HARPER; and AMERICAN
CIVIL LIBERTIES UNION OF NORTH
CAROLINA,

*Plaintiffs*,

v.  1:16-cv-00236

UNIVERSITY OF NORTH CAROLINA; and
PETER HANS, in his official
capacity as President of the
University of North Carolina;

*Defendants*,

PHIL BERGER, in his official
capacity as President Pro Tempore
of the North Carolina Senate; and
TIM MOORE, in his official
capacity as Speaker of the North
Carolina House of Representatives,

*Intervenor-Defendants*.

## ORDER

Before the court is the Parties' Joint Motion to Extend Stay from March 1, 2021 to March 8, 2021. (Doc. 310.) For good cause shown,

IT IS ORDERED that the stay ordered by the Court (Docs. 307 & 309) is extended from March 1, 2021, until March 8, 2021.

/s/   Thomas D. Schroeder
                                        United States District Judge

March 1, 2021