| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; HUNTER SCHAFER; MADELINE GOSS; ANGELA GILMORE; QUINTON HARPER; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>       *Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA; and PETER HANS, in his official capacity as President of the University of North Carolina;<br><br>       *Defendants*,<br><br>PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>       *Intervenor-Defendants*. | No. 1:16-cv-00236-TDS-JEP |

## JOINT NOTICE OF RESOLUTION OF ALL REMAINING CLAIMS

NOW COME all parties in the above captioned matter, by and through their attorneys, to notify the Court that they have reached a settlement agreement resolving all remaining claims. Once certain terms of the settlement agreement have been satisfied, all parties will sign and the plaintiffs will file with the Court a stipulation of dismissal with prejudice dismissing all remaining claims in the above captioned matter.

5

Dated: March 8, 2021                                Respectfully submitted,

/s/ Irena Como
Irena Como (NC Bar No. 51812)                       Tara L. Borelli*
AMERICAN CIVIL LIBERTIES UNION OF                   Peter C. Renn*
   NORTH CAROLINA LEGAL               LAMBDA LEGAL DEFENSE AND EDUCATION
   FOUNDATION                            FUND, INC.
Post Office Box 28004                               730 Peachtree Street NE, Suite 1070
Raleigh, North Carolina 27611                       Atlanta, GA 30308-1210
Telephone: 919-834-3466                             Telephone: 404-897-1880
Facsimile: 866-511-1344                             Facsimile: 404-897-1884
icomo@acluofnc.org                                  tborelli@lambdalegal.org
                                                    prenn@lambdalegal.org

James D. Esseks*
Leslie Cooper*                                      Luke C. Platzer*
Elizabeth O. Gill*                                  JENNER & BLOCK LLP
Chase B. Strangio*                                  1099 New York Avenue, NW Suite 900
AMERICAN CIVIL LIBERTIES UNION                      Washington, DC 20001-4412
   FOUNDATION                         Telephone: 202-639-6000
125 Broad St., 18th Fl.                             Facsimile: 202-639-6066
New York, NY 10004                                  lplatzer@jenner.com
Telephone: 212-549-2627
Facsimile: 212-549-2650                             Scott B. Wilkens*
jesseks@aclu.org                                    WILEY REIN LLP
lcooper@aclu.org                                    1776 K Street NW
egill@aclunc.org                                    Washington, DC 20006
cstrangio@aclu.org                                  Telephone: 202-719-7000
                                                    Facsimile: 202-719-7049
                                                    swilkens@wileyrein.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

/s/ Carolyn C. Pratt                                /s/ Kristen Lejnieks
Carolyn C. Pratt (NC Bar No. 38438)                 Kristen Lejnieks*
THE UNIVERSITY OF NORTH                             JONES DAY
CAROLINA                                            51 Louisiana Avenue NW
P.O. Box 2688                                       Washington, DC 20001
Chapel Hill, NC 27515                               Tel: (202) 879-3703
Tel: (919) 962-4588                                 Fax: (202) 626-1700
Fax: (919) 962-0477                                 klejnieks@jonesday.com
tcshanahan@northcarolina.edu

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for the University of North Carolina and President Peter Hans*

By: /s/ Robert D. Potter, Jr.
Robert D. Potter, Jr. (State Bar #17553)
2820 Selwyn Avenue, #840
Charlotte, NC 28209
Telephone: (704) 552-7742
rdpotter@rdpotterlaw.com

Gene C. Schaerr* (DC Bar #416638)
Erik S. Jaffe* (DC Bar # 440112)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com
ejaffe@schaerr-jaffe.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Intervenor-Defendants President Pro Tempore Phil Berger and Speaker Tim Moore*

# CERTIFICATE OF SERVICE

I, Irena Como, hereby certify that on March 8, 2021, I electronically filed the foregoing JOINT NOTICE OF RESOLUTION OF ALL REMAINING CLAIMS, using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Irena Como

*Counsel for Plaintiffs*