UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; HUNTER SCHAFER; MADELINE GOSS; ANGELA GILMORE; QUINTON HARPER; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA; and PETER HANS, in his official capacity as President of the University of North Carolina;<br><br>                    *Defendants*,<br><br>PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>                  *Intervenor-Defendants*. | No. 1:16-cv-00236-TDS-JEP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, with each party to bear its own attorney's fees and costs, with the exception of the attorney's fees paid as part of the aforementioned settlement.

Dated: March 11, 2021                                    Respectfully submitted,

/s/ Irena Como
Irena Como (NC Bar No. 51812)                            Tara L. Borelli*
AMERICAN CIVIL LIBERTIES UNION OF                        Peter C. Renn*
   NORTH CAROLINA LEGAL                   LAMBDA LEGAL DEFENSE AND EDUCATION
   FOUNDATION                                FUND, INC.
Post Office Box 28004                                    730 Peachtree Street NE, Suite 1070
Raleigh, North Carolina 27611                            Atlanta, GA 30308-1210
Telephone: 919-834-3466                                  Telephone: 404-897-1880
Facsimile: 866-511-1344                                  Facsimile: 404-897-1884
icomo@acluofnc.org                                       tborelli@lambdalegal.org
                                                         prenn@lambdalegal.org

James D. Esseks*
Leslie Cooper*                                           Luke C. Platzer*
Elizabeth O. Gill*                                       JENNER & BLOCK LLP
Chase B. Strangio*                                       1099 New York Avenue, NW Suite 900
AMERICAN CIVIL LIBERTIES UNION                           Washington, DC 20001-4412
   FOUNDATION                             Telephone: 202-639-6000
125 Broad St., 18th Fl.                                  Facsimile: 202-639-6066
New York, NY 10004                                       lplatzer@jenner.com
Telephone: 212-549-2627
Facsimile: 212-549-2650                                  Scott B. Wilkens*
jesseks@aclu.org                                         WILEY REIN LLP
lcooper@aclu.org                                         1776 K Street NW
egill@aclunc.org                                         Washington, DC 20006
cstrangio@aclu.org                                       Telephone: 202-719-7000
                                                         Facsimile: 202-719-7049
                                                         swilkens@wileyrein.com

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

/s/ Carolyn C. Pratt                                     /s/ Kristen Lejnieks
Carolyn C. Pratt (NC Bar No. 38438)                      Kristen Lejnieks*
THE UNIVERSITY OF NORTH                                  JONES DAY
CAROLINA                                                 51 Louisiana Avenue NW
P.O. Box 2688                                            Washington, DC 20001
Chapel Hill, NC 27515                                    Tel: (202) 879-3703
Tel: (919) 962-4588                                      Fax: (202) 626-1700
Fax: (919) 962-0477                                      klejnieks@jonesday.com
tcshanahan@northcarolina.edu
*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for the University of North Carolina and President Peter Hans*

By: /s/ Robert D. Potter, Jr.  
Robert D. Potter, Jr. (State Bar #17553)  
2820 Selwyn Avenue, #840  
Charlotte, NC 28209  
Telephone: (704) 552-7742  
rdpotter@rdpotterlaw.com  

Gene C. Schaerr* (DC Bar #416638)  
Erik S. Jaffe* (DC Bar # 440112)  
SCHAERR | JAFFE LLP  
1717 K Street NW, Suite 900  
Washington, DC 20006  
Telephone: (202) 787-1060  
gschaerr@schaerr-jaffe.com  
ejaffe@schaerr-jaffe.com  

*Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Intervenor-Defendants President Pro Tempore Phil Berger and Speaker Tim Moore*

5

## CERTIFICATE OF SERVICE

    I, Irena Como, hereby certify that on March 11, 2021, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

<u>/s/ Irena Como</u>

*Counsel for Plaintiffs*