IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO; PAYTON GREY MCGARRY; HUNTER SCHAFER; MADELINE GOSS; ANGELA GILMORE; QUINTON HARPER; and AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF NORTH CAROLINA; and PETER HANS, in his official capacity as President of the University of North Carolina;<br><br>*Defendants*,<br><br>PHIL BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Intervenor-Defendants*. | 1:16-cv-00236 |

## ORDER

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 313.) For the reasons set forth in the stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS ORDERED that the entire above-captioned action is DISMISSED WITH PREJUDICE.

    /s/   Thomas D. Schroeder
United States District Judge

March 12, 2021