UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Office of the Clerk
324 W. Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk

Telephone:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6013

May 6, 2021

Scott Wilkens
Wiley Rein LLP
1776 K St., N.W.
Washington, DC 20006

    Re: Joaquin Carcano, et al. v. Roy Cooper, et al.
    Case No.: 1:16CV236

Dear Mr. Wilkens:

    Consistent with Local Rule 79.4(c), any exhibit, sealed document, disk, or filed deposition in the clerk's custody more than 30 days after the time for appeal may be returned to the parties or destroyed by the Clerk.

    Please advise on or before May 17, 2021 whether or not you would like to retrieve your exhibits from the Preliminary Injunction Hearing held August 1, 2016. If we do not receive any communication from you by May 17, 2021, your exhibits will be destroyed.

                              Sincerely,

                              JOHN S. BRUBAKER, CLERK

                              By: /s/ Anita Engle
                                  Case Manager

JSB/ae